# Mac VerStandig

| | |
|---|---|
| **From:** | Mac VerStandig |
| **Sent:** | Sunday, June 13, 2021 9:12 PM |
| **To:** | Mitch Wagner |
| **Cc:** | enwaubani391@gmail.com; BEnglander@wtplaw.com |
| **Subject:** | RE: NSBA: Request for Holleran and Rainaldi to appear on June 23 |

Mitch,

Thanks for the e-mail. We will ensure Mr. Rainaldi is present, without the need for a subpoena, and I appreciate your producing The Motiva Group, Inc.'s CFO as its PMK, also without the need for a subpoena. My firm is arranging for an interpreter.

Thanks,

Maurice "Mac" VerStandig, Esq.
The VerStandig Law Firm, LLC
Phone: (301)444-4600
Cell: (240)351-6442
Facsimile: (301)444-4600
mac@mbvesq.com
Twitter: @mac_verstandig

Nevada Mailing Address:
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

Maryland Mailing Address:
9812 Falls Road, #114-160
Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Mitch Wagner <mitchwagner57@gmail.com>
**Sent:** Friday, June 11, 2021 6:54 PM
**To:** Mac VerStandig <mac@mbvesq.com>
**Cc:** enwaubani391@gmail.com; BEnglander@wtplaw.com
**Subject:** Re: NSBA: Request for Holleran and Rainaldi to appear on June 23

Counsel,

1

The request was not an invitation to dicker over professional courtesy.  If you do not care to produce Rainaldi without a subpoena, I will have him subpoenaed and, if unsuccessful, I will explain the circumstances to the Court.  Let me know by Monday if you change your mind so that, if not, I can arrange promptly to attempt to serve the subpoena.

As to your PMK request: (i) Motiva's claims against Rainaldi and VRC are obviously based on evidence and attorney legal analysis derived in the litigation and beyond the ability of a lay PMK to address; (ii) similarly, Motiva's Proof of Claim is based on the Judgments attached to it to which I attested; and (iii)(a) the agreement with the Receiver is irrelevant since he is withdrawing his claim, and (b) I, not anyone at Motiva, enlisted the Receiver who served, not pursuant to agreement with Motiva (or me), but on the terms of the Order Appointing Receiver which, as a courtesy, I attach.  Nevertheless, if you would like a "PMK" from Motiva, I can have the CFO attend.  He speaks very limited English.  As a consequence, you will need to arrange for a Spanish interpreter.  Let me know.

MITCHELL S. WAGNER
    Attorney at Law
  3771 Boone Court
 San Diego, CA 92117
    858/504-0095

On Fri, Jun 11, 2021 at 6:14 PM Mac VerStandig <mac@mbvesq.com> wrote:

> Mitch,
>
> We would be happy to produce Mr. Rainaldi without the need for a subpoena provided The Motiva Group Inc. produce its PMK about (i) the claims asserted against Mr. Rainaldi, Venture Resources Consulting, LLC, and the Rainaldi Family Trust in the state court in San Diego; (ii) The Motiva Group Inc.'s proof of claim in this bankruptcy; and (iii) any agreements between The Motiva Group Inc. and Michael Essary.
>
> Thanks,
>
> Maurice "Mac" VerStandig, Esq.
>
> The VerStandig Law Firm, LLC
>
> Phone: (301)444-4600
>
> Cell: (240)351-6442
>
> Facsimile: (301)444-4600
>
> mac@mbvesq.com
>
> Twitter: @mac_verstandig

Nevada Mailing Address:

1452 W. Horizon Ridge Pkwy, #665

Henderson, Nevada 89012

Maryland Mailing Address:

9812 Falls Road, #114-160

Potomac, Maryland 20854

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
**I**nformation contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Mitch Wagner <mitchwagner57@gmail.com>
**Sent:** Friday, June 11, 2021 1:24 PM
**To:** enwaubani391@gmail.com; Mac VerStandig <mac@mbvesq.com>
**Cc:** BEnglander@wtplaw.com
**Subject:** NSBA: Request for Holleran and Rainaldi to appear on June 23

Counsel,

Please let me know whether your will produce Mr. Holleran and Mr. Rainaldi as witnesses for the June 23 hearing without necessity of a subpoena.  Thank you.

MITCHELL S. WAGNER

    Attorney at Law

  3771 Boone Court

 San Diego, CA 92117

3

858/504-0095

4