Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Venture Resources Consulting*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-31-ELG |
| | ) | (Chapter 11) |
| National Small Business Alliance, Inc. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE RESPONSE TO MOTION TO ENTER AN ORDER DIRECTING MITCHELL S. WAGNER TO SHOW CAUSE WHY (i) HE SHOULD NOT BE HELD IN CONTEMPT OF COURT; AND (ii) WHY HIS ADMISSION *PRO HAC VICE* SHOULD NOT BE REVOKED**

Venture Resources Consulting, LLC, has filed a motion asking for the issuance of an order directing Mitchell S. Wagner to show cause why he should not be held in contempt of court and why his admission *pro hac vice* should not be revoked.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the settlement or the sale, or if you want the court to consider your views on the motion, then:

on or before **July 12, 2021**, you or your attorney must file with the Court a written opposition, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial of the request for relief from the automatic stay.

                                                        Respectfully submitted,

Dated: June 25, 2021                                  By: /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig, Esq.
                                                          Bar No. MD18071
                                                          The VerStandig Law Firm, LLC
                                                          1452 W. Horizon Ridge Pkwy, #665
                                                          Henderson, Nevada 89012
                                                          Phone: (301) 444-4600
                                                          Facsimile: (301) 444-4600
                                                          mac@mbvesq.com
                                                          *Counsel for Venture Resources*
                                                          *Consulting*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2021, a copy of the foregoing was served electronically upon filing via the ECF system, as well as via US Mail, postage prepaid, to:

        Mitchell S. Wagner, Esq.
        3771 Boone Court
        San Diego, CA 92117

                                                          /s/ Maurice B. VerStandig
                                                          Maurice B. VerStandig