Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Venture Resources*
*Consulting, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-31-ELG |
| | ) | (Chapter 11) |
| National Small Business Alliance, Inc. | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON MOTION TO ENTER AN ON
ORDER DIRECTING MITCHELL S. WAGNER TO SHOW CAUSE
(i) WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT;
AND (ii) WHY HIS ADMISSION *PRO HAC VICE* SHOULD NOT BE REVOKED**

Please take notice that a hearing will be held on July 14, 2021 at 10:00 am on the following

matters:

**MOTION TO ENTER AN ON ORDER DIRECTING MITCHELL S. WAGNER TO
SHOW CAUSE (i) WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT;
AND (ii) WHY HIS ADMISSION *PRO HAC VICE* SHOULD NOT BE REVOKED**

via Zoom video conferencing. Parties may contact Aimee_Mathewes@dcb.uscourts.gov for

Zoom access codes. Parties in interest with questions may contact the undersigned.

**[SIGNATURE AND CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

Respectfully submitted,

Dated: June 25, 2021

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Venture Resources*
*Consulting*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2021, a copy of the foregoing was

served electronically upon filing via the ECF system, as well as via US Mail, postage prepaid, to:

Mitchell S. Wagner, Esq.
3771 Boone Court
San Diego, CA 92117

/s/ Maurice B. VerStandig
Maurice B. VerStandig