IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-31-ELG |
| | ) | (Chapter 11) |
| National Small Business Alliance, Inc. | ) | |
| | ) | |
| Debtor. | ) | |

**<u>ORDER TO SHOW CAUSE</u>**

Upon consideration of the Motion to Enter an Order Directing Mitchell S. Wagner to Show Cause (i) Why He Should Not be Held in Contempt of Court; and (ii) Why his Admission *Pro Hac Vice* Should Not be Revoked (the "Motion"), filed by Venture Resources Consulting, LLC, the record herein, and the authorities cited therein, it is, by the United States Bankruptcy Court for the District of Columbia hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that not later than _____, Mitchell S. Wagner shall file a brief setting forth why (i) he should not be held in contempt; and (ii) his admission *pro hac vice* should not be revoked; and it is further

ORDERED, that Mitchell S. Wagner shall appear at a hearing on this matter on _____ and therein show cause why (i) he should not be held in contempt; and (ii) his admission *pro hac vice* should not be revoked.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Venture Resources Consulting, LLC*