Joshua W. Cox, No. 1033283
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>National Small Business Alliance, Inc.,<br><br>Debtor. | Case No. 21-00031-ELG<br>Chapter 11 |

## **PRAECIPE – FILING OF STATEMENT ON BEHALF OF RAYMOND LONGINO**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE:

Attached hereto is a statement prepared by Raymond Longino ("Mr. Longino"), the present Managing Director of National Small Business Alliance, Inc. ("NSBA"). The statement reflects the views of Mr. Longino with respect to the *Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* filed by the Trustee on July 12, 2023 [ECF Dkt. No. 403] and the *U.S. Trustee's Motion to Dismiss Chapter 11 Case* filed by the Office of the United States Trustee on July 13, 2023 [ECF Dkt. No. 404]. Both motions are set for hearing on August 16, 2023 at 2:00 pm. The statement of Mr. Longino is being filed by the Trustee upon the request of Mr. Longino to facilitate electronic filing of the document ahead of the pending hearings. The views expressed in the attached Statement are those of Mr. Longino alone, and do not necessarily reflect those of the Trustee.

Dated:  August 14, 2023

Respectfully submitted,

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
Fax:  (202) 572-9943
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 14, 2023, the foregoing Praecipe and attached statement were electronically filed with the Court, causing electronic service of the same to all parties registered to receive notice of filings in this case though the Court's CM/ECF System.

/s/ Joshua W. Cox
Joshua W. Cox

2