## STATEMENT OF RAYMOND LONGINO REGARDING THE STATE AND FUTURE OF THE NATIONAL SMALL BUSINESS ALLIANCE (NSBA)

1. My name is Raymond Longino, I am over the age of 18 and I am competent to testify to the matters set forth herein.

2.  I am presently the Managing Director and Executive officer of National Small Business Alliance, Inc. ("Debtor"), the debtor in Bankruptcy Case No. 21-00031 before the United States Bankruptcy Court for the District of Columbia

3. This Honorable Court confirmed the Debtor Plan in November 2022.  The projections in the confirmed Plan were a modest reflection of a test using remote agents in Mexico working from home-mostly moms- in Mexico a few months prior to COVID shut downs.  The success of this test was the underlying reasoning for my enthusiasm and confidence during Plan Confirmation hearings. Before we could begin the 6-month ramp up, the renewal income dropped nearly 20% and never recovered.  The renewal income was a key component to the cost of ramping up the program.   Post COVID changes in the call center industry between 2020 and 2023 have shown a diminished availability of talented work from home agents due to increased competition to find work from home agents.

4. In the event the Court rules to remain in Chapter 11 as proposed by VRC a new Plan was constructed for the consideration of the court.  I worked with VRC on that plan.  The plan allows NSBA to wind down the company in a controlled environment over the next 3 to 5 years.  There are

continued prepaid memberships that deserve to be serviced throughout their membership period.

5.  According to the proposed plan by VRC, there is significant renewal income to pay all tax payments, administrative fees, and creditor payments.  These payments are prioritized.  In the VRC plan there is adequate renewal income to pay all of the services for members.

6. With the prepaid NSBA membership debt and no likely ready buyers, Chapter 7 does not serve NSBA or Creditors. VRC made an additional investment for the ramp up period of Confirmed Plan.  In my opinion it will prove difficult to find another buyer in Chapter 7.

7.  Because this Chapter 11 status has been prolonged, it has become costly.  It has been very difficult to attract any external investment outside of VRC.  The program can not grow without a much larger investment and longer runway to take off.  In the event of a possible Dismissal the Court may attach certain conditions that guarantee all taxes, creditors, administrative fees are paid in full.  To insure the appropriate distribution of income the court can rule to assure funds are distributed properly and under the control of Court.

Raymond Longino, Managing Director
National Small Business Alliance