The order below is hereby signed.

Signed: August 18 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>National Small Business Alliance, Inc.,<br><br><br>Debtor. | Case No. 21-00031-ELG<br>Chapter 11 |

**ORDER GRANTING TRUSTEE'S MOTION TO CONVERT**
**CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**

This matter came before the Court on the Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) ("Motion"), filed by Marc E. Albert, the Chapter 11 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"). In the Motion, the Trustee seeks to convert the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code for cause. The Court has reviewed the Motion and the responses thereto, and, following a hearing on the Motion held on August 16, 2023, has found good and sufficient cause to convert this case. Therefore, it is hereby

CORE/3516991.0006/183885246.1

**ORDERED**, that the Motion be and the same hereby is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the above-captioned case shall be converted to a case under Chapter 7 of the Bankruptcy Code as of the date of the entry of this Order.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel:  (202) 728-3023
Fax:  (202) 572-9943
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*

Copies to:

ECF Recipients

and

National Small Business Alliance, Inc.
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004

CORE/3516991.0006/183885246.1