The order below is hereby signed.

Signed: August 18 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                    )
In re:                                                            )
                                                                    )        Case No. 21-00031-ELG
National Small Business Alliance, Inc.,    )        Chapter 11
                                                                    )
                                                                    )
                    Debtor.                                )
_____)

**ORDER GRANTING TRUSTEE'S MOTION TO CONVERT**
**CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b)**

This matter came before the Court on the Trustee's Motion to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) ("Motion"), filed by Marc E. Albert, the Chapter 11 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"). In the Motion, the Trustee seeks to convert the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code for cause. The Court has reviewed the Motion and the responses thereto, and, following a hearing on the Motion held on August 16, 2023, has found good and sufficient cause to convert this case. Therefore, it is hereby

CORE/3516991.0006/183885246.1

**ORDERED**, that the Motion be and the same hereby is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the above-captioned case shall be converted to a case under Chapter 7 of the Bankruptcy Code as of the date of the entry of this Order.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*


Copies to:

ECF Recipients

and

National Small Business Alliance, Inc.
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004

United States Bankruptcy Court

District of Columbia

In re:     Case No. 21-00031-ELG

National Small Business Alliance, Inc.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Aug 18, 2023     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Small Business Alliance, Inc., 601 Pennsylvania Avenue NW, South Building, Suite 900, Washington, DC 20004-2601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Creditor Ken Bethel ADavison@beankinney.com mbickel@beankinney.com |
| Andrea Campbell Davison | on behalf of Creditor Lisa Johnson ADavison@beankinney.com mbickel@beankinney.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Bradford F. Englander | on behalf of Defendant The Motiva Group Inc. benglander@whitefordlaw.com, twhitt@wtplaw.com |
| Bradford F. Englander | on behalf of Creditor The Motiva Group Inc. benglander@whitefordlaw.com, twhitt@wtplaw.com |
| Eric Chibueze Nwaubani | on behalf of Debtor National Small Business Alliance Inc. enwaubani391@gmail.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2023 | Form ID: pdf001 | Total Noticed: 1 |

Eric Chibueze Nwaubani
    on behalf of Attorney Law Group International Chartered enwaubani391@gmail.com

Jeffery T. Martin
    on behalf of Creditor Connelly Paving Co. jeff@martinlawgroupva.com Martin.JefferyT.B119228@notify.bestcase.com

Joshua W. Cox
    on behalf of Defendant Marc E Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Joshua W. Cox
    on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov

Marc E. Albert
    marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc Elliott Albert
    on behalf of Trustee Marc E. Albert malbert@stinson.com
    Porsche.barnes@stinson.com;marc.albert@stinson.com;Joshua.cox@stinson.com

Maurice Belmont VerStandig
    on behalf of Creditor Venture Resources Consulting LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor Rainaldi Family Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor John Rainaldi mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Venture Resources Consulting LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff John Rainaldi mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff The Rainaldi Family Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov
    paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 21