**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC.., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**APPLICATION TO AUTHORIZE RETENTION OF
COUNSEL PURSUANT TO 11 U.S.C. § 327**

COMES NOW Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"), by and through proposed counsel, McNamee Hosea, P.A., and as his Application to Authorize Retention of Counsel Pursuant to 11 U.S.C. §327, respectfully submits the following:

1. This case commenced on January 31, 2021, when the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Court. The case converted to Chapter 7 on August 18, 2023.

2. Wendell W. Webster is the Trustee of the Debtor's Chapter 7 estate.

3. The Trustee wishes to retain Janet M. Nesse, Justin Fasano and the firm of McNamee Hosea, P.A. (collectively the "Attorneys") as Trustee's Counsel in this Case. Specifically, the Trustee seeks to retain general counsel to counsel to provide representation in connection with certain matters in this proceeding, including preparation of pleadings, and making necessary court appearances on the Trustee's Behalf, to pursue the sale of certain assets

---
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

and potential Chapter 5 and other causes of action, and for such other matters as the Trustee shall direct and counsel shall agree in writing.

4. Ms. Nesse shall charge her standard hourly rate of $525.00 per hour. Mr. Fasano shall charge his standard hourly rate of $400.00 per hour. Other attorneys will charge their standard hourly rates.

5. The Trustee has selected the Attorneys to serve as Counsel because the Attorneys have considerable experience in the matters for which they are being retained and because the Trustee believes that the Attorneys are well-qualified to provide representation in all proceedings arising in connection with litigation and administration of the estate.

6. The professional services to be rendered by the Attorneys include, but are not limited to: provided, include:

   a. Preparing and filing of all necessary and advisable motions, briefs, applications, memoranda, pleadings, notices, orders, objections to claims, stipulations, contested matters, adversary proceedings and other matters on behalf of the Trustee;

   b. Negotiating with parties in interest with respect to the resolution of disputes, claims by or against the estate, or other matters affecting the administration of the estate;

   c. Appearing in Court on behalf of the Trustee;

   d. Any other legal services reasonably necessary and advisable in connection with the foregoing.

7. The Attorneys will apply to this Court periodically for approval and award of compensation and reimbursement of expenses, on notice and with opportunity for parties in interest to object.

8.  To the best of the Trustee's knowledge, the Attorneys are disinterested; represent no interests adverse to the estate or the Trustee; and have no connection to the Debtor, creditors, any other parties in interest or their respective attorneys, accountants, or other Court-approved professionals, nor with the Office of the United States Trustee or person employed by the Office of the United States Trustee or the Court, except as stated in the Verified Statement filed herewith.

9.  The services to be rendered by the Attorneys shall be charged at applicable hourly rates, subject to change, but always subject to Court approval.

10. The Attorneys have not agreed to, and will not, share any compensation awarded in the course of their representation except with members and employees of the Attorneys, as permitted the Bankruptcy Code and Rules.

11. The Trustee believes that the retention of the Attorneys is necessary and appropriate and in the best interest of the estates and its creditors.

12. The Attorneys commenced reviewing this case on August 18, 2023, and request that their employment be approved effective August 18, 2023.

WHEREFORE, the Trustee requests that the Court enter an Order:

a.  Authorizing the Trustee to retain the Attorneys as Trustee's Counsel pursuant to 11 U.S.C. § 327 effective August 14, 2023 in the above captioned case; and

b.  Granting such other and further relief as is just and proper.

**[signatures on next page]**

| | |
|---|---|
| Dated: August 21, 2023 | Respectfully submitted |
| | /s/ Justin P. Fasano<br>Janet M. Nesse (D.C. Bar 358514)<br>Justin P. Fasano (DC Bar MD21201)<br>McNamee Hosea, P.A.<br>6404 Ivy Lane, Suite 820<br>Greenbelt, MD 20770<br>(301) 441-2420<br>jnesse@mhlawyers.com<br>jfasano@mhlawyers.com<br>*Proposed Counsel to the Trustee* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, I served a copy of the foregoing was served via first class mail, postage prepaid, upon the following:

U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314

/s/ Justin P. Fasano
Justin P. Fasano

4