IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC.., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

**VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED AS COUNSEL**

TO THE HONORABLE ELIZABETH L. GUNN, BANKRUPTCY JUDGE

Justin P. Fasano and the law firm of McNamee Hosea, P.A. ("McNamee Hosea"), as proposed counsel for Wendell W. Webster, the Chapter 7 Trustee in the above-captioned cases, and pursuant to Fed. R. Bankr. P. 2014(a), respectfully represent as follows:

1. McNamee Hosea has made due inquiry into the nature of any representation of parties in interest, insiders and affiliates, in this and other cases, and believes that neither Janet M. Nesse, Justin Fasano nor McNamee Hosea has any disqualifying conflicts of interest.

2. McNamee Hosea has no connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except as follows:

    A. McNamee Hosea has represented the Trustee in his capacity as trustee on other unrelated cases.  Janet M. Nesse is a Chapter 7 trustee in Maryland and subject to the supervision of the Office of the United States Trustee.

    B. McNamee Hosea attorneys Craig Palik and Steven Goldberg consulted with the Debtor prior to the petition being filed, but were not engaged.  Mr. Palik

and Mr. Goldberg will be screened from any representation of the Trustee in this matter per D.C. Rule of Professional Conduct 1.18(d).

C. McNamee Hosea attorney Justin Fasano briefly consulted with Mitchell Wagner, counsel for The Motiva Group, Inc. ("Motiva") after the petition was filed, but was not engaged.  Motiva's claims against the estate have been purchased by Rainaldi Family Trust, Venture Resources Consulting, LLC, and/or John Rainaldi, who consent to this representation per D.C. Rule of Professional Conduct 1.18(d).

D. McNamee Hosea has not yet attempted to run conflicts on the over 700 customers of the Debtor who may have executory contracts with the Debtor.  Under the circumstances, McNamee Hosea believes any connection with such customer would be considered *de minimus*.  McNamee Hosea will run conflicts on these parties on a rolling basis and will disclose any connections within 21 days of this verified statement.

I, Justin P. Fasano, a principal at McNamee Hosea P.A. declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  August 21, 2023                                      Respectfully submitted,

/s/ Justin P. Fasano
Justin P. Fasano