**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **IN RE:** ) | **21-00031-ELG** |
| **NATIONAL SMALL BUSINESS** ) |  |
| **ALLIANCE, INC.,** ) | **CHAPTER 7** |
| ) |  |
| **Debtor.** ) |  |

## ORDER GRANTING MOTION OF TRUSTEE TO OPERATE BUSINESS

This case came before the Court on the *Motion of Chapter 7 Trustee to Operate Business* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"), to operate the Debtor's business through and including October 21, 2023. The Court being satisfied that the Motion is necessary and is in the best interests of the estate, it is hereby:

ORDERED, that the Trustee is, pursuant to 11 U.S.C. § 721, authorized to operate the Debtors' businesses through and including October 21, 2023; and it is further

ORDERED, that the Trustee is authorized, in his discretion, to make pre-conversion payroll payments and maintain pre-conversion bank accounts; and it is further

ORDERED, that, pursuant to 11 U.S.C. § 704, on the first business day after the twentieth day of each month after the entry of this order, beginning on September 20, 2023, the Trustee shall file with the court, with the United States trustee, and with any governmental unit charged with responsibility for collection or determination of any tax arising out of such operation, periodic reports and summaries of the operation of such business for the previous month(s), including a statement of receipts and disbursements, and such other information as the United States trustee or the court requires.

## END OF ORDER

**I ASK FOR THIS**

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Proposed counsel to the Trustee*

**SEEN**

JOHN P. FITZGERALD, III
ACTING U.S. TRUSTEE, REGION 4

TO BE ADDED UPON RECEIPT

2

Copies to:

Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314