IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) |  |
| ALLIANCE, INC.., ) | CHAPTER 7 |
|  ) |  |
| Debtor. ) |  |

**MOTION TO EXPEDITE HEARING ON AND
SHORTEN TIME TO OBJECT TO MOTION OF CHAPTER 7 TRUSTEE
FOR AUTHORITY TO OPERATE BUSINESS**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"), hereby files this *Motion to Expedite Hearing on and Shorten Time to Object to Motion of Chapter 7 Trustee for Authority to Operate Business* (this "Motion to Expedite"), with respect to its *Motion of Chapter 7 Trustee for Authority to Operate Business* (the "Motion") and state as follows:

**Jurisdiction**

1. This Court has jurisdiction over the Motion and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. Background related to the relief requested herein are in the Motion. Additional relevant facts are discussed herein.

---

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Debtor*

**Summary of Relief Requested**

3. The Trustee requests that the Court hold a hearing on the Motion on Friday, August 25, 2023 or Monday, August 28, 2023, and that the Court order that all objections be filed by 4:00 p.m on the day before the expedited hearing.

**The Need for Shortened Time**

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5. The Motion must be heard promptly. The Debtor is down to a staff of two people, who are paid on a weekly basis. The Trustee will not make payroll tomorrow, but plans to pay two weeks of payroll ($7,000).

6. Cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules. The Trustee needs to be able to make sure the staff gets paid to preserve the value of the business.

7. A hearing on the Motion on shortened notice will not prejudice parties in interest. The Debtor believes all interested parties are prepared to go forward on the Motion on an expedited basis.

WHEREFORE, the Debtor requests that the Court grant this Motion to Expedite, hold a hearing on the Motion Friday, August 25, 2023 or Monday, August 28, 2023, and that the Court order that all objections be filed by 4:00 p.m on the day before the expedited hearing; and that the Court such other relief as it deems appropriate and proper.

| | |
|---|---|
| Date: August 21, 2023 | Respectfully submitted, |
| | /s/ *Justin P. Fasano* <br> Janet M. Nesse (DC Bar 358514) <br> Justin P. Fasano (DC Bar MD21201) <br> McNamee Hosea, P.A. <br> 6404 Ivy Lane, Suite 820 <br> Greenbelt, Maryland  20770 <br> (301) 441-2420 <br> jnesse@mhlawyers.com <br> jfasano@mhlawyers.com <br> *Counsel to the Debtor* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this August 21, 2023, a copy of the foregoing was served electronically via the Court's ECF system.

/s/ *Justin P. Fasano*
Justin P. Fasano

3