The order below is hereby signed.

Signed: August 21 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS | ) | |
| ALLIANCE, INC.., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON AND
SHORTEN TIME TO OBJECT TO MOTION OF CHAPTER 7 TRUSTEE
FOR AUTHORITY TO OPERATE BUSINESS**

Upon consideration of the *Motion to Expedite Hearing on and Shorten Time to Object to Motion of Chapter 7 Trustee for Authority to Operate Business* (the "Motion to Expedite"), with respect to *Motion to Expedite Hearing on and Shorten Time to Object to Motion of Chapter 7 Trustee for Authority to Operate Business* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the

circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.  The Motion to Expedite is granted.

2.  An expedited hearing on the Motion will be held on August 25, 2023 at 11:00 a.m., via videoconference.

3.  Objections to the relief sought in the Motions shall be filed electronically with the Court on or prior to 4:00 p.m. one business day before the hearing on the Motion.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all creditors receiving notice via CM/ECF