```
             UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF COLUMBIA

IN RE:                              |
    National Small Business         |
         Alliance, Inc.             |
                                    |
                                    |   Case No. 21-00031 ELG
                                    |   Chapter 7
    Debtor                          |
```

## TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ACCOUNTANT

Wendell Webster, Trustee, applies pursuant to 11 U.S.C. Sec. 327 and Bankruptcy Rule 2014 for entry of the attached order appointing and designating Arthur Lander, C.P.A., P.C. as Trustee's accountant during the pending Chapter 7 case, to perform accounting services for the Trustee, upon the following grounds:

1. <u>Specific Facts Showing Necessity for Employment:</u> Trustee requires accounting services to assist him in with respect to taxation and filing matters.

2. <u>Reasons for Selection of Applicant:</u> Proposed Certified Public Accountant, Arthur Lander, C.P.A., P.C. is knowledgeable with respect to both accounting and bankruptcy matters.

3. <u>Professional Services to be Rendered:</u> Compiling books and records; preparing and filing all necessary tax returns on

Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va 22314
703-486-0800
DC Bar No. 421860
fax 702-527-7207
law@businesslegalserviceinc.com

behalf of the estate; advising Trustee of his duties and responsibilities under the Internal Revenue Code; work with the Trustee in assessing the Estate's financial condition; and other matters that arise in the administration of this estate in bankruptcy relating to accounting matters.

    4.   <u>Proposed Arrangement for Compensation:</u>  Proposed accounting firm has received no retainer either pre-petition or post-petition.  The Trustee has agreed to pay Arthur Lander C.P.A., P.C. for any time and out-of-pocket expenses of Mr. Lander at a rate of $510.00 per hour, Thai Ton and Chris Mueller at a rate of $200.00 per hour, and bookkeeping at a rate of $85.00 per hour.  The hourly rate will vary according to the complexity of the task and individual working on the matter, and may change if the firm has a increase in the future in billable rates.  Arthur Lander, C.P.A., P.C.'s charges and work shall be subject to review by the Court and other interested parties at all times, and any funds to be paid directly to the accountant shall be reflected in applications for compensation to be filed by Counsel.

    5.   Applicant believes and represents that the Certified Public Accountant is a disinterested person within the meaning of 11 U.S.C. sec 327, as set forth in the Verified Statement.

     Applicant was the accountant during the Chapter 11 period.  During the Chapter 11 period the Applicant filed Motions for Compensation in the amount of $34,533.50, which was approved by the Court.  Of the $34,533.50, the Applicant has been paid 19,624.98, leaving a balance of unpaid approved accounting fees

of $14,908.52. The Applicant has an outstanding invoice which have not been yet been filed for Court approval in the amount $8,897.00 for the Chapter 11 period.

6. Connections of Proposed Certified Public Accountant with Debtor, Creditors, other Parties in Interest and their Respective Attorneys and Accountants, the Office of the United States Trustee or any person employed by the Office of the United States Trustee:

    (a) with Debtor:  None

    (b) with Creditors:  None

    (c) with other parties in interest:  None

    (d) with their respective attorneys and accountants:

Proposed Accountant has been employed by the Trustee on other cases unrelated to this case.

    (e) with the Office of the United States Trustee or any person employed by the Office of the United States Trustee:  None.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order Authorizing the appointment of Arthur Lander, C.P.A., P.C. as Trustee's Certified Public Accountant.

/S/ Wendell Webster

Wendell Webster, Trustee
APPLICANT

/S/ Arthur Lander
_____
Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va 22314
703-486-0800
DC Bar No. 421860
fax 702-527-7207

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Application to employee Accountant, including the 14 day Notice of Opportunity to Object, Proposed Order, and Verified Statement, were served on August 25, 2022, electronically through the Court's ECF system.

/S/ Arthur Lander

_____
Arthur Lander

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA

IN RE:                             |
    National Small Business        |
        Alliance, Inc.             |
                                   |
                                   |    Case No. 21-00031 ELG
                                   |    Chapter 7
    Debtor
```

ORDER APPROVING APPLICATION FOR
EMPLOYMENT OF ACCOUNTANT

UPON CONSIDERATION of the application of the trustee for the Appointment of Arthur Lander, C.P.A., P.C., as Certified Public Accountant for the Estate, it is by the Court

ORDERED that Arthur Lander, C.P.A., P.C., be, and is hereby authorized and designated as Certified Public Accountant for the Trustee, effective as of the date of the filing of the Application, and compensation to be determined by subsequent Order of this Court.

/S/ Arthur Lander

_____

Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
DC Bar No 421860
300 N. Washington St.   #104
Alexandria, VA 22314
703-486-0700
law@businesslegalservicesinc.com



Seen and agreed to:


/s/ Wendell Webster, Chapter 7 Trustee
_____
Wendell Webster, Trustee
1101 Connecticut Ave. NW  Suite 402
Washington, D.C.  20036
202-659-8510



cc:

U. S. Trustee
1725 Duke St.
Alexandria, Va.  22314

Wendell Webster, Trustee
1101 Connecticut Ave. NW  Suite 402
Washington, D.C.  20036

Arthur Lander C.P.A., P.C.
300 N. Washington St. #104
Alexandria, Virginia 22314

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA

IN RE:                                |
    National Small Business           |
        Alliance, Inc.                |
                                      |
                                      |    Case No. 21-00031 ELG
                                      |    Chapter 7
    Debtor
```

## VERIFIED STATEMENT

Connections of proposed Certified Public Accountant with the Debtor, creditors, other parties in interest, their respective attorneys and/or accountants, the Office of the United States Trustee or any other person employed at the Office of the United States Trustee:

  a) <u>with Debtor</u>:  None;

  b) <u>with Creditors</u>:  None;

  c) <u>with other parties in interest</u>:  None; except that the Proposed Accountant has been employed by the Trustee on other cases unrelated to this case.

  d) <u>with their respective attorneys and accountants</u>: None;

  e) <u>with the Office of the United States Trustee or any other person employed at the Office of the United States Trustee</u>:  None.

State of Virginia, City of Alexandria, to-wit

    I, Arthur Lander, having been duly sworn according to law, do hereby state that I have read the foregoing statement of all my connections with the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the office of the United States Trustee or any other person employed at the Office of the United States Trustee, and that the same is true and complete to the best of my knowledge and belief.

                              /S/ Arthur Lander

                              _____
                              Arthur Lander, C.P.A., P.C.

                              Arthur Lander, President

Subscribed and sworn to by me, a notary public in and for the aforesaid jurisdiction by Arthur Lander on this 25th day of August, 2023.

                              /S/ Scott Johnson

                              _____
                              Scott Johnson, Notary Public
                              Notary No.  7618695

My Commission expires: October 31, 2026

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
IN RE:                                |
    National Small Business           |
         Alliance, Inc.               |
                                      |
                                      |    Case No. 21-00031 ELG
                                      |    Chapter 7
         Debtor
```

NOTICE OF
MOTION FOR APPOINTMENT OF ACCOUNTANT TO THE ESTATE
AND OPPORTUNITY TO OBJECT

    PLEASE TAKE NOTICE, pursuant to U.S.C. §327 that Arthur Lander, C.P.A. P.C. has filed a Motion for Appointment as Accountant to the Estate.

    Any party in interest having an objection to the Application or to the Court's entry of an order approving the application must file a written objection on or before September 8, 2023 (14 day notice), with the Clerk of the United States Bankruptcy Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001.

    Any such written objection must contain a complete specification of the factual and legal grounds upon which it is based. If such an objection is timely filed and served, a hearing will be scheduled thereon.

    If no such objection is filed, the Court may approve the Motion and enter an order appointing Arthur Lander C.P.A., P.C. as accountant for the trustee upon expiration of the notice period.

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, VA 22314
(703) 486-0700
DC Bar No. 421860
law@businesslegalservicesinc.com