UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: |
    National Small Business |
        Alliance, Inc. |
         |
         | Case No. 21-00031 ELG
         | Chapter 7
    Debtor

## NOTICE OF
## MOTION FOR APPOINTMENT OF ACCOUNTANT TO THE ESTATE
## AND OPPORTUNITY TO OBJECT

    PLEASE TAKE NOTICE, pursuant to U.S.C. §327 that Arthur Lander, C.P.A. P.C. has filed a Motion for Appointment as Accountant to the Estate.

    Any party in interest having an objection to the Application or to the Court's entry of an order approving the application must file a written objection on or before September 8, 2023 (14 day notice), with the Clerk of the United States Bankruptcy Court for the District of Columbia, Third and Constitution Avenue, N.W., Washington, D.C. 20001.

    Any such written objection must contain a complete specification of the factual and legal grounds upon which it is based.  If such an objection is timely filed and served, a hearing will be scheduled thereon.

    If no such objection is filed, the Court may approve the Motion and enter an order appointing Arthur Lander C.P.A., P.C. as accountant for the trustee upon expiration of the notice period.

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, VA 22314
(703) 486-0700
DC Bar No. 421860
law@businesslegalservicesinc.com