UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
IN RE:                                |
    National Small Business           |
        Alliance, Inc.                |
                                      |
                                      |    Case No. 21-00031 ELG
                                      |    Chapter 7
    Debtor
```

AMENDED VERIFIED STATEMENT

Connections of proposed Certified Public Accountant with the Debtor, creditors, other parties in interest, their respective attorneys and/or accountants, the Office of the United States Trustee or any other person employed at the Office of the United States Trustee:

      a)    <u>with Debtor</u>:  None;

      b)    <u>with Creditors</u>:  None;

      c)    <u>with other parties in interest</u>:  None; except that the Proposed Accountant has been employed by the Wendell Webster, Trustee on other cases unrelated to this case.

Applicant was the accountant during the Chapter 11 period, per Court order June 10, 2021. During the Chapter 11 period the Applicant filed Motions for Compensation in the amount of $34,533.50, which was approved by the Court.  Of the $34,533.50,

the Applicant has been paid 19,624.98, leaving a balance of unpaid approved accounting fees of $14,908.52.   The Applicant has an outstanding invoice which have not been yet been filed for Court approval in the amount $8,897.00 for the Chapter 11 period.

The Trustee in the Chapter 11 period was Marc Albert. Applicant has provided accounting services on other case where Mr. Albert was the Trustee, and also provides individual tax preparation for Marc Albert.

      d)    <u>with their respective attorneys and accountants</u>: None;

      e)    <u>with the Office of the United States Trustee or any other person employed at the Office of the United States Trustee</u>:   None.

State of Virginia, City of Alexandria, to-wit

    I, Arthur Lander, having been duly sworn according to law, do hereby state that I have read the foregoing statement of all my connections with the Debtor, creditors, other parties in interest, their respective attorneys and accountants, the office of the United States Trustee or any other person employed at the Office of the United States Trustee, and that the same is true and complete to the best of my knowledge and belief.

                                     /S/ Arthur Lander

                                     _____
                                     Arthur Lander, C.P.A., P.C.

                                     Arthur Lander, President

Subscribed and sworn to by me, a notary public in and for the aforesaid jurisdiction by Arthur Lander on this 28th day of August, 2023.

                                     /S/ Scott Johnson

                                   _____
                                   Scott Johnson, Notary Public
                                   Notary No.  7618695

My Commission expires: October 31, 2026

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Amended Verified Statement, were served on August 28, 2022, electronically through the Court's ECF system.

/S/ Arthur Lander

_____
Arthur Lander