The order below is hereby signed.

Signed: September 11 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

```
            UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF COLUMBIA

   IN RE:                              |
      National Small Business          |
         Alliance, Inc.                |
                                       |
                                       |    Case No. 21-00031 ELG
                                       |    Chapter 7
         Debtor
```

## ORDER APPROVING APPLICATION FOR EMPLOYMENT OF ACCOUNTANT

UPON CONSIDERATION of the application of the trustee for the Appointment of Arthur Lander, C.P.A., P.C., as Certified Public Accountant for the Estate, it is by the Court

ORDERED that Arthur Lander, C.P.A., P.C., be, and is hereby authorized and designated as Certified Public Accountant for the Trustee, effective as of the date of the filing of the Application, and compensation to be determined by subsequent Order of this Court.

/S/ Arthur Lander

_____

Arthur Lander, Esq.
Counsel for Arthur Lander CPA PC
DC Bar No 421860
300 N. Washington St.   #104
Alexandria, VA 22314
703-486-0700
law@businesslegalservicesinc.com

Seen and agreed to:

/s/ Wendell Webster, Chapter 7 Trustee
_____
Wendell Webster, Trustee
1101 Connecticut Ave. NW  Suite 402
Washington, D.C.  20036
202-659-8510

cc:

U. S. Trustee
1725 Duke St.
Alexandria, Va.  22314

Wendell Webster, Trustee
1101 Connecticut Ave. NW  Suite 402
Washington, D.C.  20036

Arthur Lander C.P.A., P.C.
300 N. Washington St. #104
Alexandria, Virginia 22314