IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) |  |
| ALLIANCE, INC.., ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |

**MOTION TO EXPEDITE HEARING ON AND SHORTEN TIME TO OBJECT TO MOTION OF CHAPTER 7 TRUSTEE FREE AND CLEAR OF LIENS TO SELL SUBSTANTIALLY ALL ASSETS AND ASSUME AND ASSIGN ASSERTEDLY EXECUTORY CONTRACTS, AND  REQUEST TO EXTEND TIME TO ASSUME EXECUTORY <u>CONTRACTS</u>**

Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"), hereby files this *Motion to Expedite Hearing on and Shorten Time to Object to Motion to Sell Substantially Assets Free and Clear of Liens of the Debtor and Assume and Assign Asserted Executory Contracts, And Request to Extend Time to Assume Executory Contracts* (this "Motion to Expedite"), with respect to its *Motion to Sell Substantially Assets Free and Clear of Liens of the Debtor and Assume and Assign Asserted Executory Contracts, And Request to Extend Time to Assume Executory Contracts* (the "Motion") and state as follows:

### <u>Jurisdiction</u>

1. This Court has jurisdiction over the Motion and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

### Background

2.  Background related to the relief requested herein are in the Motion. Additional relevant facts are discussed herein.

### Summary of Relief Requested

3.  The Trustee requests that the Court hold a hearing on the Motion on Wednesday, October 4, 2023 at 10:00 a.m., and that the Court order that all objections be filed by 4:00 p.m on the day before the expedited hearing.

### The Need for Shortened Time

4.  Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5.  The Motion must be heard promptly. The Debtor is down to a staff of two people, who are paid on a weekly basis. The deadline to assume executory contracts is October 17, 2023. The trustee has authority to operate the Debtor's business only through October 21, 2023. The Court does not have available dates the week prior to October 17, 2023 (which is on a Tuesday). The Trustee anticipates possibly needing an in-person evidentiary hearing to proceed, rendering October 4, 2023 the best possible date for a hearing.

6.  Cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules. The Trustee must sell the business prior to October 17, 2023, and cannot obtain a hearing on typical 21-day notice.

7. A hearing on the Motion on shortened notice will not prejudice parties in interest. The Debtor believes all interested parties are prepared to go forward on the Motion on an expedited basis.

8. Further, due to costs, the Trustee requests authority pursuant to Fed. R. Bankr. Proc. 6006(e)(3) to mail only the Motion (without exhibits) and proposed order expediting hearing on the Motion to creditors. Mailing exhibits to all parties in interest would cost thousands of dollars. In light of the lack of funds in the estate and large number of creditors, it is appropriate that only the motion and proposed order to expedite be mailed to creditors and parties in interest. Counsel to the Trustee will e-mail exhibits immediately upon receiving any request therefor.

WHEREFORE, the Debtor requests that the Court grant this Motion to Expedite, hold a hearing on the Motion October 4, 2023 at 10:00 a.m., and that the Court order that all objections be filed by 4:00 p.m on the day before the expedited hearing; and that the Court such other relief as it deems appropriate and proper.

Dated: September 19, 2023        Respectfully submitted

/s/ *Justin P. Fasano*
Justin P. Fasano (Fed Bar No. MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel: 301-441-2420
Fax: 301-982-9450
jfasano@mhlawyers.com
*Counsel for the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano