The order below is hereby signed.

Signed: September 19 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) |  |
| ALLIANCE, INC.., ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |

**ORDER GRANTING MOTION TO EXPEDITE HEARING ON AND
SHORTEN TIME TO OBJECT TO MOTION OF CHAPTER 7 TRUSTEE TO
SELL SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS
AND ASSUME AND ASSIGN ASSERTEDLY EXECUTORY CONTRACTS, AND
<u>REQUEST TO EXTEND TIME TO ASSUME EXECUTORY CONTRACTS</u>**

Upon consideration of the *Motion to Expedite Hearing on and Shorten Time to Object to Motion to Sell Substantially Assets of the Debtor Free and Clear of Liens and Assume and Assign Asserted Executory Contracts, And Request to Extend Time to Assume Executory Contracts* (the "Motion to Expedite") with respect to the *Motion to Sell Substantially Assets Free and Clear of Liens of the Debtor and Assume and Assign Asserted Executory Contracts, And Request to Extend Time to Assume Executory Contracts* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business

Alliance, Inc. ("Debtor"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is granted.

2. An expedited hearing ("Hearing") on the Motion will be held on **October 4, 2023 at 10:00 a.m.**, via videoconference and in person at **333 Constitution Avenue, N.W., Courtroom 1, Washington DC 20001**.

3. Objections to the relief sought in the Motion shall be filed electronically with the Court **on or prior to 4:00 p.m. on October 3, 2023**.

4. Counsel for the Trustee shall serve a copy of the Motion without exhibits and this order by first class mail, postage prepaid, upon all creditors and parties in interest within one business day of the entry of this order, which shall constitute appropriate notice of the Motion and Hearing.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all creditors receiving notice via CM/ECF