Arthur Lander *C.P.A., P.C.*
*A professional corporation*

300 N. Washington St. #104
Alexandria, Virginia 22314
phone: (703) 486-0700
fax: (703) 527-7207

Wendell W. Webster, Chapter 7 Trustee
National Small Business Alliance, Inc.

We have compiled the following statements for the short quarter ended August 18, 2023 included in the accompanying prescribed form for the Bankruptcy Estate of National Small Business Alliance, Inc.:

- Office of the United States Trustee for the District of Columbia Quarterly Post-Confirmation Report, UST Form 11-PCR
- Supplemental statements and disclosures

We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with the form prescribed by the Office of the United States Trustee.

Wendell W. Webster, the Court appointed Chapter 7 Bankruptcy Trustee, is responsible for the preparation and fair presentation of the financial statements in accordance with requirements prescribed by the Office of the United States Trustee and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. The objective of a compilation is to assist Wendell W. Webster, Chapter 7 Trustee of National Small Business Alliance, Inc., in presenting financial information in the form of financial statements, without undertaking to obtain or provide any assurance that there are no material modifications that should be made to the financial statements. During our compilation, we did become aware of a departure from generally accepted accounting principles that is not

called for by the prescribed form or related instructions as described in the following paragraph:

Accounting principles generally accepted in the United State of America require statements to be reported on an accrual basis. Additionally, accounting principles generally accepted in the United State of America require the inclusion of a balance sheet. Finally, accounting principles generally accepted in the United State of America require footnotes. The statements provided are reported on a cash basis, a balance sheet has not been provided, and that footnotes are not included. The effect of this departure has not been determined.

These financial statements (including the related disclosures) are presented in accordance with the requirements of the Office of the United States Trustee, which differ from generally accepted accounting principles. Accordingly, these financial statements are not designed for those who are not informed about such differences.

*Arthur Lander*
_____
Signed, Arthur Lander
Arthur Lander, CPA, PC

September 19, 2023
_____
Date

**United States Bankruptcy Court for the District of Columbia**
**National Small Business Alliance, Inc., Case No. 21-00031**
UST Form 11-PCR Post-Confirmation Report for Short Quarter ended
August 18, 2023 (Date of Conversion from Chapter 11 to Chapter 7)

ADDITIONAL DISCLOSURES

This case was converted from Chapter 11 to Chapter 7 on August 18, 2023.

There were no transfers into the escrow account during the short quarter ended August 18, 2023.

Disbursements from National Small Business Alliance, Inc. paid to the Trustee and placed into the escrow account were categorized as an expense of the estate at the time of the original payment, and therefore have already been included as disbursements when preparing the monthly/quarterly operating reports and calculating the UST Fee.

The total balance of this account at the beginning of this period was $12,999.99.  This is the net of 1.) all transfers from NSBA Operations (-8607) or NSBA Debtor-in-Possession (-0307) into the escrow account, 2.) the remaining balance of $10k from the $25k transfer from VRC per the Confirmed Chapter 11 Plan Financing Agreement, 3.) the transfer of $3k from Michael Holleran per the Confirmed Chapter 11 Plan to retain his equity interests in NSBA, and 4.) the disbursements from the escrow account to pay administrative fees and US Trustee fees.

The disbursements from the escrow account in the short quarter ended August 18, 2023 consist of:

  1. The 2Q23 UST Fee in the amount of $255.89.

A reconciliation of the total transferred from NSBA's operating and debtor-in-possession accounts, VRC, and Michael P. Holleran into the escrow account, the amounts disbursed from the escrow account, and the remaining balance of the escrow account as of August 18, 2023 is provided below:

| Date | Description | Amount |
|---|---|---:|
| | Transferred from NSBA Operations (-8607) or DIP (-0307) to Escrow as of August 18, 2023 | 203,681.60 |
| 2021 | Less Paid to Marc Albert, Ch. 11 Trustee | (21,000.00) |
| 2021 | Less Paid to Stinson LLP | (29,165.00) |
| 7/18/2022 | Less Paid to US Trustee (UST Fee 2Q22) | (314.41) |
| 10/25/2022 | Less Paid to US Trustee (UST Fee 3Q22) | (386.59) |
| 9/1/2022 | Less Paid to Marc Albert, Ch. 11 Trustee | (50,000.00) |
| 9/1/2022 | Less Paid to Stinson LLP | (35,000.00) |
| 9/1/2022 | Less Paid to Stinson LLP | (92.09) |
| 9/1/2022 | Less Paid to Arthur Lander CPA PC | (11,998.50) |
| 11/22/2022 | Plus transferred into Escrow from VRC per Confirmed Plan Financing Agreement | 25,000.00 |
| 12/8/2022 | Less transferred from Escrow to Operations from VRC Financing | (15,000.00) |
| 1/17/2023 | Plus transferred into Escrow from Michael P. Holleran per Plan | 3,000.00 |
| 1/24/2023 | Less Paid to US Trustee (UST Fee 4Q22) | (334.87) |
| 2/3/2023 | Less Paid to Arthur Lander CPA PC | (7,626.48) |
| 2/3/2023 | Less Paid to Marc Albert, Ch. 11 Trustee | (4,848.95) |
| 2/3/2023 | Less Paid to Stinson LLP | (42,454.58) |
| 2/15/2023 | Less Paid to International Sureties, LTD | (200.00) |
| 5/18/2023 | Less Paid to US Trustee (UST Fee 1Q23) | (260.14) |
| 7/31/2023 | Less Paid to US Trustee (UST Fee 2Q23) | (255.89) |
| **Total Held in Escrow as of August 18, 2023** | | **12,744.10** |

<u>Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan, Line a. Administrative claims</u> includes, for Eric Chibueze Nwaubani, both the $25,000 administrative claim and the $63,121 subordinated value claim as laid out in "ORDER APPROVING LAW GROUP INTERNATIONAL CHARTERED AND ERIC NWAUBANI'S APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES" (docket entry #390) and the amended disclosure. As projected in the confirmed plan of reorganization, the full amount of the claims is estimated to be paid in full.

<u>Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan, Line d. General unsecured claims, column "Allowed Claims"</u> includes both the general unsecured claim, est. $396,662.68, and the subordinated judgement punitive damages (Motivia Judgment, now possessed by VRC), $360,000, totaling $756,662.68.  The amount under column <u>Total Anticipated Payments Under Plan</u> consists of, as projected in the confirmed plan of reorganization, the Class 4 General Unsecured Claims in the amount of $396,662.68, estimated to be paid in full, plus the amount estimated to be paid on the Class 5 Punitive Damages Claim (Motiva Judgment), $37,062.32.

<u>Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan, Lines b. Secured claims and c. Priority claims</u> include estimated interest due to the Internal Revenue Service on its claims.