*Arthur Lander* C.P.A., P.C.

*A professional corporation*

300 N. Washington St. #104
Alexandria, Virginia 22314
phone: (703) 486-0700
fax: (703) 527-7207

Wendell W. Webster, Chapter 7 Trustee
National Small Business Alliance, Inc.

We have compiled the following statements for the short month beginning August 19 and ended August 31, 2022 included in the accompanying prescribed form, UST Form 11-MOR, for the Bankruptcy Estate of National Small Business Alliance, Inc.:

- Statement of cash receipts and disbursements
- Balance sheet
- Statement of operations (profit and loss)
- Schedule of payments to insiders
- Bank statements and reconciliations

We have not audited or reviewed the accompanying financial statements and, accordingly, do not express an opinion or provide any assurance about whether the financial statements are in accordance with the form prescribed by the Office of the United States Trustee.

Wendell W. Webster, the Court appointed Chapter 7 Bankruptcy Trustee, is responsible for the preparation and fair presentation of the financial statements in accordance with requirements prescribed by the Office of the United States Trustee and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the financial statements.

Our responsibility is to conduct the compilation in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. The objective of a compilation is to assist Wendell W. Webster, Chapter 7 Bankruptcy Trustee of National Small Business Alliance, Inc., in presenting financial information in the form of financial statements, without undertaking to obtain

or provide any assurance that there are no material modifications that should be made to the financial statements. During our compilation, we did become aware of a departure from generally accepted accounting principles that is not called for by the prescribed form or related instructions as described in the following paragraph:

Accounting principles generally accepted in the United State of America require statements to be reported on an accrual basis.  Additionally, accounting principles generally accepted in the United State of America require the inclusion of a balance sheet.  Finally, accounting principles generally accepted in the United State of America require footnotes.  The statements provided are reported on a cash basis, a balance sheet has not been provided, and that footnotes are not included.  The effect of this departure has not been determined.

These financial statements (including the related disclosures) are presented in accordance with the requirements of the Office of the United States Trustee, which differ from generally accepted accounting principles.  Accordingly, these financial statements are not designed for those who are not informed about such differences.

*Arthur Lander*
_____
Signed, Arthur Lander
Arthur Lander, CPA, PC

September 20, 2023
_____
Date

**United States Bankruptcy Court for the District of Columbia**
**National Small Business Alliance, Inc., Case No. 21-00031**
**UST Form 11-MOR Monthly Operating Report for August 19 – 31, 2023**

<u>ADDITIONAL DISCLOSURES</u>

This case was converted from Chapter 11 to Chapter 7 on August 18, 2023. Per 11 U.S.C. § 704(a)(8), a monthly operating report must be filed with the court for the period in which the business is operating. The proper form is the same UST Form 11-MOR Monthly Operating Report for a Chapter 11 case that is operating. This is the first of such monthly operating reports.

Disbursements from National Small Business Alliance, Inc. paid to the Trustee and placed into the escrow account were categorized as an expense of the estate at the time of the original payment, and therefore have already been included as disbursements when preparing the monthly/quarterly operating reports and calculating the UST Fee.

Additionally, per the Confirmed Plan, $25,000 was deposited into this escrow account by VRC per the Confirmed Chapter 11 Plan Financing Agreement, and $3,000 was deposited into this escrow account by Michael Holleran to retain his equity interests in National Small Business Alliance, Inc.

A reconciliation of the total transferred from NSBA's operating and debtor-in-possession accounts, VRC, and Michael P. Holleran into the escrow account, the amounts disbursed from the escrow account, and the remaining balance of the escrow account as of August 31, 2023 is provided below. The balance of this account will be liquidated into the Chapter 7 Trustee's account over the August 2023 to October 2023 period.

| Date | Description | Amount |
|---|---|---:|
| | Transferred from NSBA Operations (-8607) or DIP (-0307) to Escrow as of August 18, 2023 | 203,681.60 |
| 2021 | Less Paid to Marc Albert, Ch. 11 Trustee | (21,000.00) |
| 2021 | Less Paid to Stinson LLP | (29,165.00) |
| 7/18/2022 | Less Paid to US Trustee (UST Fee 2Q22) | (314.41) |
| 10/25/2022 | Less Paid to US Trustee (UST Fee 3Q22) | (386.59) |
| 9/1/2022 | Less Paid to Marc Albert, Ch. 11 Trustee | (50,000.00) |
| 9/1/2022 | Less Paid to Stinson LLP | (35,000.00) |
| 9/1/2022 | Less Paid to Stinson LLP | (92.09) |
| 9/1/2022 | Less Paid to Arthur Lander CPA PC | (11,998.50) |
| 11/22/2022 | Plus transferred into Escrow from VRC per Confirmed Plan Financing Agreement | 25,000.00 |
| 12/8/2022 | Less transferred from Escrow to Operations from VRC Financing | (15,000.00) |
| 1/17/2023 | Plus transferred into Escrow from Michael P. Holleran per Plan | 3,000.00 |
| 1/24/2023 | Less Paid to US Trustee (UST Fee 4Q22) | (334.87) |
| 2/3/2023 | Less Paid to Arthur Lander CPA PC | (7,626.48) |
| 2/3/2023 | Less Paid to Marc Albert, Ch. 11 Trustee | (4,848.95) |
| 2/3/2023 | Less Paid to Stinson LLP | (42,454.58) |
| 2/15/2023 | Less Paid to International Sureties, LTD | (200.00) |
| 5/18/2023 | Less Paid to US Trustee (UST Fee 1Q23) | (260.14) |
| 7/31/2023 | Less Paid to US Trustee (UST Fee 2Q23) | (255.89) |
| 8/31/2023 | Less transferred to Chapter 7 Trustee's bank account | (10,000.00) |
| **Total Held in Escrow as of August 31, 2023** | | **2,744.10** |

*Part 7: Questionniare, line d* asks "Are you current on postpetition tax return filings?

*Part 7: Questionniare, line f* asks "Were all trust fund taxes remitted on a current basis?"

> The answers provided are "no." National Small Business Alliance, Inc. relied on Intuit QuickBooks Payroll to timely process and file tax returns and payroll tax payments. It was discovered in Quarter 3 of 2023 that there the payroll returns and taxes for Quarter 1 of 2023 were not filed by the payroll processor. Steps were taken immediately to remedy the deficiency including contacting Intuit to file, calculating the tax, and transferring funds to the payroll tax bank account for disbursement by the payroll processor, and National Small Business Alliance, Inc. is now waiting for the processor to complete the tax return filing and remittance of taxes.

*Part 7: Questionniare, line g* asks "Was there any postpetition borrowing, other than trade credit?"

> Pursuant to the terms of the Chapter 11 Trustee's First Amended Plan of Reorganization, the Debtor has entered into a Post-Confirmation Financing Agreement with VRC. The terms of this agreement are on pages 14 through 16 of the confirmed plan.

# National Small Business Alliance, Case No. #21-00031
## Statement of Cash Receipts and Disbursements, Net of Transfers
### August 19, 2023 through August 31, 2023

| Type | Date | Name | Memo | Split | Debit | Credit |
|---|---|---|---|---|---:|---:|
| **Axos Operating -8607** | | | | | | |
| Deposit | 08/22/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LLC ... | NSBA Services LLC | 5,361.41 | |
| Check | 08/23/2023 | Telsur Inc | DBT CRD 2022 08/23/23 49527248 TELSUR... | 66800 Call Center Services | | 290.00 |
| Check | 08/25/2023 | Intuit | DBT CRD 0821 08/24/23 80928205 INTUIT *... | 66720 Quickbooks Fees | | 137.80 |
| Deposit | 08/29/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LLC ... | NSBA Services LLC | 5,494.24 | |
| Check | 08/30/2023 | Telsur Inc | DBT CRD 1904 08/30/23 02654681 TELSUR... | 66800 Call Center Services | | 290.00 |
| Total Axos Operating -8607 | | | | | 10,855.65 | 717.80 |
| **TOTAL** | | | | | **10,855.65** | **717.80** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.

**National Small Business Alliance, Case No. #21-00031**

# Balance Sheet
### As of August 31, 2023

|  | Aug 31, 23 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       TriState Capital Bank -2245 | 10,000.00 |
|       Axos Operating -8607 | 33,911.93 |
|       Axos Payroll Tax -9456 | 4,627.26 |
|       Axos Trustee DIP -0307 | 25.00 |
|       Axos Cash Collateral -0331 | 2,744.10 |
|     **Total Checking/Savings** | 51,308.29 |
|   **Total Current Assets** | 51,308.29 |
| **TOTAL ASSETS** | **51,308.29** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         Loan from VRC | 25,000.00 |
|         24000 Payroll Liabilities | 6,000.00 |
|       **Total Other Current Liabilities** | 31,000.00 |
|     **Total Current Liabilities** | 31,000.00 |
|     **Long Term Liabilities** | |
|       **Priority Debt** | |
|         FTB Priority | 4,339.77 |
|         IRS-GIG Taxes Priority | 141,856.66 |
|         IRS Secure Priority | 164,304.67 |
|         Professional Fees | 134,791.50 |
|       **Total Priority Debt** | 445,292.60 |
|       **Secured Debt** | |
|         VRC | 151,328.04 |
|       **Total Secured Debt** | 151,328.04 |
|       **Unsecured Debt** | 569,546.05 |
|     **Total Long Term Liabilities** | 1,166,166.69 |
|   **Total Liabilities** | 1,197,166.69 |
|   **Equity** | |
|     Deposit from MH per Ch11 Plan | 3,000.00 |
|     32000 Retained Earnings | -1,161,374.59 |
|     Net Income | 12,516.19 |
|   **Total Equity** | -1,145,858.40 |
| **TOTAL LIABILITIES & EQUITY** | **51,308.29** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.

**National Small Business Alliance, Case No. #21-00031**
# Statement of Operations
August 19 - 31, 2023

|  | Aug 19 - 31, 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Revenue** | |
|       **Gross Income - Connected** | |
|         NSBA Services LLC | 10,855.65 |
|       **Total Gross Income - Connected** | 10,855.65 |
|     **Total Revenue** | 10,855.65 |
|   **Total Income** | 10,855.65 |
| **Gross Profit** | 10,855.65 |
|   **Expense** | |
|     **66700 Contract Labor Fees** | |
|       66720 Quickbooks Fees | 137.80 |
|     **Total 66700 Contract Labor Fees** | 137.80 |
|     **Payroll Taxes** | 377.42 |
|     **66800 Call Center Services** | 580.00 |
|   **Total Expense** | 1,095.22 |
| **Net Ordinary Income** | 9,760.43 |
| **Net Income** | **9,760.43** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.

**National Small Business Alliance, Case No. #21-00031**
## Schedule of Payments to Insiders
**August 19 - 31, 2023**

| Type | Date | Name | Memo | Split | Paid Amount |
|---|---|---|---|---|---|
| TOTAL | | | | | |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.

# National Small Business Alliance
## Reconciliation Detail
### TriState Capital Bank -2245, Period Ending 08/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| General Journal | 08/31/2023 | ART2... | Funds Transfer | X | 10,000.00 | 10,000.00 |
| Total Deposits and Credits | | | | | 10,000.00 | 10,000.00 |
| Total Cleared Transactions | | | | | 10,000.00 | 10,000.00 |
| Cleared Balance | | | | | 10,000.00 | 10,000.00 |
| Register Balance as of 08/31/2023 | | | | | 10,000.00 | 10,000.00 |
| **Ending Balance** | | | | | **10,000.00** | **10,000.00** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.

**TriState Capital Bank**
301 Grant Street, STE 2700
Pittsburgh PA 15219

# TriState Capital


Member FDIC

Period Covered:
August 01, 2023 - August 31, 2023
Page 1 of 2

Mr. Wendell W. Webster
1101 Connecticut Ave. NW Suite 402
Washington DC 20036

| | |
|---|---|
| Case Number | 21-00031 |
| Case Name | NATIONAL SMALL BUSINESS ALLIANCE, I DEBTOR |
| Trustee Number | |
| Trustee Name | Mr. Wendell W. Webster TRUSTEE |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 245 | $0.00 | $10,000.00 |
| Total | | $0.00 | $10,000.00 |

## TRUSTEE CHECKING

Account Number: 8100112245

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $0.00 |
| | + Total Additions | $10,000.00 |
| | - Total Subtractions | $0.00 |
| | Ending Balance | $10,000.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 08-31 | CUSTOMER DEPOSIT | $10,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-29 | $0.00 | 08-31 | $10,000.00 | | |

# National Small Business Alliance
## Reconciliation Detail
### Axos Operating -8607, Period Ending 08/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 23,774.08 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 08/23/2023 | | Telsur Inc | X | -290.00 | -290.00 |
| Check | 08/25/2023 | | Intuit | X | -137.80 | -427.80 |
| Check | 08/30/2023 | | Telsur Inc | X | -290.00 | -717.80 |
| Total Checks and Payments | | | | | -717.80 | -717.80 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 08/22/2023 | | NSBA Services LLC | X | 5,361.41 | 5,361.41 |
| Deposit | 08/29/2023 | | NSBA Services LLC | X | 5,494.24 | 10,855.65 |
| Total Deposits and Credits | | | | | 10,855.65 | 10,855.65 |
| Total Cleared Transactions | | | | | 10,137.85 | 10,137.85 |
| Cleared Balance | | | | | 10,137.85 | 33,911.93 |
| Register Balance as of 08/31/2023 | | | | | 10,137.85 | 33,911.93 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 10 items** | | | | | | |
| Check | 09/05/2023 | | RingCentral | M | -496.61 | -496.61 |
| Check | 09/05/2023 | | G4 Marketing Group | M | -300.00 | -796.61 |
| Check | 09/05/2023 | | Boston Commerce | M | -19.99 | -816.60 |
| Check | 09/06/2023 | | Liberty Mutual | M | -1,306.36 | -2,122.96 |
| Check | 09/06/2023 | | Telsur Inc | M | -290.00 | -2,412.96 |
| Check | 09/06/2023 | | Liberty Mutual | M | -34.42 | -2,447.38 |
| Check | 09/07/2023 | | Intuit | M | -238.50 | -2,685.88 |
| Check | 09/13/2023 | | Telsur Inc | M | -290.00 | -2,975.88 |
| Check | 09/14/2023 | | AT&T | M | -232.93 | -3,208.81 |
| Check | 09/14/2023 | | Spectrum | M | -94.99 | -3,303.80 |
| Total Checks and Payments | | | | | -3,303.80 | -3,303.80 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 09/06/2023 | | NSBA Services LLC | M | 5,911.11 | 5,911.11 |
| Deposit | 09/12/2023 | | NSBA Services LLC | M | 5,842.52 | 11,753.63 |
| Total Deposits and Credits | | | | | 11,753.63 | 11,753.63 |
| Total New Transactions | | | | | 8,449.83 | 8,449.83 |
| **Ending Balance** | | | | | 18,587.68 | 42,361.76 |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.



# Account Information Report

National Small Business Alliance Inc

**August 19, 2023 - August 31, 2023**
**Account: *8607 (National Small Business Alliance, Inc. Case 21-00031)**

| | |
|---|---|
| Available Balance | $33,911.93 |
| Opening Ledger Balance | $33,911.93 |
| Collected Balance | $33,911.93 |
| Current Balance | $33,911.93 |
| Closing Ledger | $33,911.93 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $5,494.24 |
| Last Deposit Date | 08/29/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 08/30/2023 | POS Sig-based Transaction<br>DBT CRD 1904 08/30/23 02654681<br>TELSUR INC.<br>619-862-7587 CA C#9209 | | | $290.00 |
| 08/29/2023 | Wire Transfer Credit<br>Wire Transfer Credit<br>NSBA SERVICES LLC<br>24 MESA VIEW DR<br>CATHEDRAL CTY,CA,92234 US<br>20230829I1Q73AGC000489<br>20230829MMQFMP9N000062 | | $5,494.24 | |
| 08/25/2023 | Recurring Debit Card - DDA<br>DBT CRD 0821 08/24/23 80928205<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#9209 | | | $137.80 |
| 08/23/2023 | POS Sig-based Transaction<br>DBT CRD 2022 08/23/23 49527248<br>TELSUR INC.<br>619-862-7587 CA C#9209 | | | $290.00 |
| 08/22/2023 | Wire Transfer Credit<br>Wire Transfer Credit<br>NSBA SERVICES LLC<br>24 MESA VIEW DR<br>CATHEDRAL CTY,CA,92234 US<br>20230822J1Q5040C000383<br>20230822MMQFMP9N000046 | | $5,361.41 | |

Report Generated on: 09/20/23 09:29:10 AM

# National Small Business Alliance
## Reconciliation Detail
### Axos Payroll Tax -9456, Period Ending 08/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 4,627.26 |
| Cleared Balance | | | | | | 4,627.26 |
| Register Balance as of 08/31/2023 | | | | | | 4,627.26 |
| **Ending Balance** | | | | | | **4,627.26** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.



# Account Information Report

**National Small Business Alliance Inc**

## August 19, 2023 - August 31, 2023
### Account: *9456 (National Small Business Alliance, Inc. TAX ACCOUNT)

| | |
|---|---|
| Available Balance | $4,627.26 |
| Opening Ledger Balance | $4,627.26 |
| Collected Balance | $4,627.26 |
| Current Balance | $4,627.26 |
| Closing Ledger | $4,627.26 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $4,200.00 |
| Last Deposit Date | 08/01/2023 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 09/20/23 09:28:59 AM

## National Small Business Alliance
## Reconciliation Detail
### Axos Trustee DIP -0307, Period Ending 08/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 25.00 |
| Cleared Balance | | | | | | 25.00 |
| Register Balance as of 08/31/2023 | | | | | | 25.00 |
| **Ending Balance** | | | | | | **25.00** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.



# Account Information Report

**National Small Business Alliance Inc**

### August 19, 2023 - August 31, 2023
#### Account: *0307 (NATIONAL SMALL BUSINESS ALLIANCE INC,)

| | |
|---|---:|
| Available Balance | $25.00 |
| Opening Ledger Balance | $25.00 |
| Collected Balance | $25.00 |
| Current Balance | $25.00 |
| Closing Ledger | $25.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $4,352.99 |
| Last Deposit Date | 11/22/2022 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 09/20/23 09:29:25 AM

# National Small Business Alliance
## Reconciliation Detail
### Axos Trustee Tax -0315, Period Ending 08/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
| Cleared Balance | | | | | | 0.00 |
| Register Balance as of 08/31/2023 | | | | | | 0.00 |
| **Ending Balance** | | | | | | **0.00** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.



# Account Information Report

**National Small Business Alliance Inc**

**August 19, 2023 - August 31, 2023**
**Account: *0315 (WENDELL W. WEBSTER)**

| | |
|---|---|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $0.00 |
| Last Deposit Date | |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 09/20/23 09:29:17 AM

# National Small Business Alliance
## Reconciliation Detail
### Axos Cash Collateral -0331, Period Ending 08/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| **Beginning Balance** | | | | | | 12,744.10 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| General Journal | 08/31/2023 | ART2... | Funds Transfer | X | -10,000.00 | -10,000.00 |
| Total Checks and Payments | | | | | -10,000.00 | -10,000.00 |
| Total Cleared Transactions | | | | | -10,000.00 | -10,000.00 |
| Cleared Balance | | | | | -10,000.00 | 2,744.10 |
| Register Balance as of 08/31/2023 | | | | | -10,000.00 | 2,744.10 |
| **Ending Balance** | | | | | **-10,000.00** | **2,744.10** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 21-00031 | Trustee Name: | Marc E. Albert DC Ch 11 |
| Case Name: National Small Business Alliance, Inc. | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0331 |
| | | Cash Collateral Moneys |
| Taxpayer ID No: XX-XXX0871 | Blanket Bond (per case limit): | |
| For Period Ending: 09/18/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/23 | 3012 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 900-21-00031<br>Chapter 11 Quarterly Fee<br>Estimated Balance Due for<br>National Small Business<br>Alliance | 2950-000 | | $260.14 | $12,999.99 |
| 07/31/23 | 3013 | United States Trustee<br>United States Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6200 | Account No. 900-21-00031<br>Case No. #21-00031<br>National Small Business<br>Alliance, Inc.<br>2Q23 UST Fee | 2950-000 | | $255.89 | $12,744.10 |
| 08/29/23 | 3014 | Wendell W. Webster, Trustee<br>1101 Connecticut Avenue, NW<br>Suite 402<br>Washington, DC 20036 | Per Instruction | 0000-000 | | $10,000.00 | $2,744.10 |