The order below is hereby signed.

Signed: October 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE
TO SELL SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF LIENS AND
ASSUME AND ASSIGN ASSERTEDLY EXECUTORY CONTRACTS**

Upon consideration of the *Motion to Sell Substantially Assets Free and Clear of Liens of the Debtor and Assume and Assign Asserted Executory Contracts, And Request to Extend Time to Assume Executory Contracts* (the "Motion") filed by Wendell W. Webster, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of National Small Business Alliance, Inc. ("Debtor"), and no objections having been filed, and the agreement of Venture Resources Consulting, LLC, a California limited liability company, John Rainaldi, and The Rainaldi Family Trust (collectively, "VRC") under the terms set forth below, as read into the record, and as documented by the

signature of VRC counsel's hereto, it is, by the United States Bankruptcy Court for the District Columbia, hereby

**ORDERED**, that the Motion is GRANTED, and it is further hereby

**ORDERED**, that the Contract attached as **Exhibit A** to the Motion is hereby approved as a proper exercise of the Trustee's business judgment, and it is further hereby

**ORDERED**, that the Trustee is hereby authorized, pursuant to 11 U.S.C. § 363(b), to sell all of the assets of the Debtor listed on Schedule 1 to the Contract (the "Assets")  (which, for avoidance of doubt, shall not include the Excluded Contracts, as defined in the Contract) to Raymond Longino or his assigns ("Purchaser"), and it is further hereby

**ORDERED**, pursuant to 11 U.S.C § 363(f)(4), that the sale of the Assets shall be free and clear of any lien of the Internal Revenue Service, but subject to the lien of VRC; and it is further hereby

**ORDERED**, that VRC shall waive its liens as to all remaining assets of the Debtor's estate, and to all of the proceeds of the sale of Assets, with the exception of $5,000, which the Trustee shall pay to VRC at closing; and it is further hereby

**ORDERED**, that the executory contracts listed on Schedule 2 of the Contract are hereby assumed by the Debtor's estate and shall be deemed assigned to Purchaser upon closing of the sale under the Contract, at which point, pursuant to 11 U.S.C. § 365(k), the Debtor's estate shall be free of any future liability under said executory contracts;  and it is further hereby

**ORDERED** that this Order shall become effective immediately, and any stay pursuant to Federal Rule of Bankruptcy Procedure 6004(h) and 6006(d) is WAIVED.

**WE ASK FOR THIS**

| | |
|---|---|
| /s/ Justin P. Fasano | /s/ Maurice B. Verstandig |
| Justin P. Fasano (Fed Bar No. MD21201) | Maurice B. VerStandig, Esq. |
| McNamee Hosea, P.A. | Bar No. MD18071 |
| 6404 Ivy Lane, Suite 820 | The VerStandig Law Firm, LLC |
| Greenbelt, MD 20770 | 1452 W. Horizon Ridge Pkwy, #665 |
| Tel: 301-441-2420 | Henderson, Nevada 89012 |
| Fax: 301-982-9450 | Phone/Facsimile: (301) 444-4600 |
| jfasano@mhlawyers.com | mac@mbvesq.com |
| *Counsel for Wendell W. Webster, Chapter 7 Trustee of the bankruptcy estate of National Small Business Alliance, Inc.* | *Counsel for Venture Resources Consulting, LLC, a California limited liability company, John Rainaldi, and The Rainaldi Family Trust* |