*Arthur Lander* C.P.A., P.C.

*A professional corporation*

...shington St. #104
Alexandria, Virginia 22314
phone: (703) 486-0700
fax: (703) 527-7207

Wendell W. Webster, Chapter 7 Trustee
National Small Business Alliance, Inc.

We have compiled the following statements for the month
ended September 30, 2023 included in the accompanying
prescribed form, UST Form 11-MOR, for the Bankruptcy
Estate of National Small Business Alliance, Inc.:

- Statement of cash receipts and disbursements
- Balance sheet
- Statement of operations (profit and loss)
- Schedule of payments to insiders
- Bank statements and reconciliations

We have not audited or reviewed the accompanying
financial statements and, accordingly, do not express
an opinion or provide any assurance about whether the
financial statements are in accordance with the form
prescribed by the Office of the United States Trustee.

Wendell W. Webster, the Court appointed Chapter 7
Bankruptcy Trustee, is responsible for the preparation
and fair presentation of the financial statements in
accordance with requirements prescribed by the Office
of the United States Trustee and for designing,
implementing, and maintaining internal control relevant
to the preparation and fair presentation of the
financial statements.

Our responsibility is to conduct the compilation in
accordance with Statements on Standards for Accounting
and Review Services issued by the American Institute of
Certified Public Accountants. The objective of a
compilation is to assist Wendell W. Webster, Chapter 7
Bankruptcy Trustee of National Small Business Alliance,
Inc., in presenting financial information in the form
of financial statements, without undertaking to obtain
or provide any assurance that there are no material

modifications that should be made to the financial statements. During our compilation, we did become aware of a departure from generally accepted accounting principles that is not called for by the prescribed form or related instructions as described in the following paragraph:

Accounting principles generally accepted in the United State of America require statements to be reported on an accrual basis. Additionally, accounting principles generally accepted in the United State of America require the inclusion of a balance sheet. Finally, accounting principles generally accepted in the United State of America require footnotes. The statements provided are reported on a cash basis, a balance sheet has not been provided, and that footnotes are not included. The effect of this departure has not been determined.

These financial statements (including the related disclosures) are presented in accordance with the requirements of the Office of the United States Trustee, which differ from generally accepted accounting principles. Accordingly, these financial statements are not designed for those who are not informed about such differences.

_____
Signed, Arthur Lander
Arthur Lander, CPA, PC

October 12, 2023

_____
Date

**United States Bankruptcy Court for the District of Columbia**
**National Small Business Alliance, Inc., Case No. 21-00031**
**UST Form 11-MOR Monthly Operating Report for September 30, 2023**

<u>ADDITIONAL DISCLOSURES</u>

This case was converted from Chapter 11 to Chapter 7 on August 18, 2023. Per 11 U.S.C. § 704(a)(8), a monthly operating report must be filed with the court for the period in which the business is operating. The proper form is the same UST Form 11-MOR Monthly Operating Report for a Chapter 11 case that is operating.

Disbursements from National Small Business Alliance, Inc. paid to the Trustee and placed into the escrow account were categorized as an expense of the estate at the time of the original payment, and therefore have already been included as disbursements when preparing the monthly/quarterly operating reports and calculating the UST Fee.

Additionally, per the Confirmed Plan, $25,000 was deposited into this escrow account by VRC per the Confirmed Chapter 11 Plan Financing Agreement, and $3,000 was deposited into this escrow account by Michael Holleran to retain his equity interests in National Small Business Alliance, Inc.

A reconciliation of the total transferred from NSBA's operating and debtor-in-possession accounts, VRC, and Michael P. Holleran into the escrow account, the amounts disbursed from the escrow account, and the remaining balance of the escrow account as of September 30, 2023 is provided below. The balance of this account will be liquidated into the Chapter 7 Trustee's account over the August 2023 to October 2023 period.

| Transferred from NSBA Operations (-8607) or DIP (-0307) to Escrow as of September 30, 2023 | 203,681.60 |
|---|---|
| 2021 Less Paid to Marc Albert, Ch. 11 Trustee | (21,000.00) |
| 2021 Less Paid to Stinson LLP | (29,165.00) |
| 7/18/2022 Less Paid to US Trustee (UST Fee 2Q22) | (314.41) |
| 10/25/2022 Less Paid to US Trustee (UST Fee 3Q22) | (386.59) |
| 9/1/2022 Less Paid to Marc Albert, Ch. 11 Trustee | (50,000.00) |
| 9/1/2022 Less Paid to Stinson LLP | (35,000.00) |
| 9/1/2022 Less Paid to Stinson LLP | (92.09) |
| 9/1/2022 Less Paid to Arthur Lander CPA PC | (11,998.50) |
| 11/22/2022 Plus transferred into Escrow from VRC per Confirmed Plan Financing Agreement | 25,000.00 |
| 12/8/2022 Less transferred from Escrow to Operations from VRC Financing | (15,000.00) |
| 1/17/2023 Plus transferred into Escrow from Michael P. Holleran per Plan | 3,000.00 |
| 1/24/2023 Less Paid to US Trustee (UST Fee 4Q22) | (334.87) |
| 2/3/2023 Less Paid to Arthur Lander CPA PC | (7,626.48) |
| 2/3/2023 Less Paid to Marc Albert, Ch. 11 Trustee | (4,848.95) |
| 2/3/2023 Less Paid to Stinson LLP | (42,454.58) |
| 2/15/2023 Less Paid to International Sureties, LTD | (200.00) |
| 5/18/2023 Less Paid to US Trustee (UST Fee 1Q23) | (260.14) |
| 7/31/2023 Less Paid to US Trustee (UST Fee 2Q23) | (255.89) |
| 8/31/2023 Less transferred to Chapter 7 Trustee's bank account | (10,000.00) |
| **Total Held in Escrow as of September 30, 2023** | **2,744.10** |

*Part 2: Asset and Liability Status, line h asks "Postpetition taxes payable"*

    In a prior period, the amount of this line plus line i, Postpetition taxes past due equalled the total amount of taxes payable.  In the current period, the amount on line h is corrected to include the total amount payable.  This way, UST Form 11-MOR's calculation on line j. is now accurate, as this line does  not include the value on line i.

*Part 7: Questionniare, line d asks "Are you current on postpetition tax return filings?*

*Part 7: Questionniare, line f asks "Were all trust fund taxes remitted on a current basis?"*

    The answers provided are "no."  National Small Business Alliance, Inc. relied on Intuit QuickBooks Payroll to timely process and file tax returns and payroll tax payments.  It was discovered in Quarter 3 of 2023 that there the payroll returns and taxes for Quarter 1 of 2023 were not filed by the payroll processor.  It was then discovered that payroll returns were filed but incorrectly.  Steps were taken immediately to remedy the deficiency including contacting Intuit to file, calculating the tax, and transferring funds to the payroll tax bank account for disbursement by the payroll processor, and National Small Business Alliance, Inc. is now in the process of preparing the amended returns and remitting the tax.

*Part 7: Questionniare, line g asks "Was there any postpetition borrowing, other than trade credit?"*

    Pursuant to the terms of the Chapter 11 Trustee's First Amended Plan of Reorganization, the Debtor has entered into a Post-Confirmation Financing Agreement with VRC.  The terms of this agreement are on pages 14 through 16 of the confirmed plan.

**National Small Business Alliance, Case No. #21-00031**
## Statement of Cash Receipts and Disbursements
**As of September 30, 2023**

| Type | Date | Name | Memo | Split | Debit | Credit |
|------|------|------|------|-------|-------|--------|
| **TriState Capital Bank -2245** | | | | | | |
| Check | 09/05/2023 | Quang Ngo | | Quango Ngo | | 2,000.00 |
| Check | 09/12/2023 | Raymond Longino | | Raymond Longino | | 3,000.00 |
| Check | 09/15/2023 | Quang Ngo | | Quango Ngo | | 1,000.00 |
| Check | 09/15/2023 | Raymond Longino | | Raymond Longino | | 1,500.00 |
| Check | 09/21/2023 | Quang Ngo | | Quango Ngo | | 1,000.00 |
| Check | 09/21/2023 | Quang Ngo | | Quango Ngo | | 1,000.00 |
| Check | 09/21/2023 | Raymond Longino | | Raymond Longino | | 1,500.00 |
| Check | 09/21/2023 | Raymond Longino | | Raymond Longino | | 1,500.00 |
| Check | 09/28/2023 | Quang Ngo | | Quango Ngo | | 1,000.00 |
| Check | 09/28/2023 | Raymond Longino | | Raymond Longino | | 1,500.00 |
| Check | 09/29/2023 | TriState Capital | September 2023 banking fee | 60400 Bank Service Charges | | 32.24 |
| Total TriState Capital Bank -2245 | | | | | 0.00 | 15,032.24 |
| **Axos Operating -8607** | | | | | | |
| Check | 09/05/2023 | RingCentral | DBT CRD 0236 09/02/23 73801645 RING... | 66800 Call Center Services | | 496.61 |
| Check | 09/05/2023 | G4 Marketing Group | DBT CRD 0410 09/03/23 30483647 IN *G... | Advertising | | 300.00 |
| Check | 09/05/2023 | Boston Commerce | DBT CRD 0721 09/01/23 45066157 BOST... | 60400 Bank Service Charges | | 19.99 |
| Check | 09/06/2023 | Telsur Inc | DBT CRD 2045 09/06/23 63278872 TELS... | 66800 Call Center Services | | 290.00 |
| Check | 09/06/2023 | Liberty Mutual | DBT CRD 0455 09/05/23 57405896 Libert... | 63300 Insurance Expense | | 34.42 |
| Check | 09/06/2023 | Liberty Mutual | DBT CRD 0108 09/05/23 21264958 LIBE... | 63300 Insurance Expense | | 1,306.36 |
| Deposit | 09/06/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LL... | NSBA Services LLC | 5,911.11 | |
| Check | 09/07/2023 | Intuit | DBT CRD 0836 09/06/23 90052424 INTUI... | 66720 Quickbooks Fees | | 238.50 |
| Deposit | 09/12/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LL... | NSBA Services LLC | 5,842.52 | |
| Check | 09/13/2023 | Telsur Inc | DBT CRD 1935 09/12/23 21239932 TELS... | 66800 Call Center Services | | 290.00 |
| Check | 09/14/2023 | AT&T | 0 0 Pinless Bill Payment ATT*BUS PHON... | 68100 Telephone Expense | | 232.93 |
| Check | 09/14/2023 | Spectrum | 0 0 Pinless Bill Payment Spectrum LOC: 8... | 61700 Computer and Internet Exp | | 94.99 |
| Check | 09/15/2023 | Axos Bank | | 60400 Bank Service Charges | | 122.41 |
| Deposit | 09/19/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LL... | NSBA Services LLC | 5,891.40 | |
| Check | 09/20/2023 | Telsur Inc | DBT CRD 1654 09/20/23 88471865 TELS... | 66800 Call Center Services | | 290.00 |
| Check | 09/25/2023 | Intuit | DBT CRD 0823 09/24/23 82368145 INTUI... | 66720 Quickbooks Fees | | 137.80 |
| Check | 09/25/2023 | Boston Commerce | DBT CRD 0756 09/22/23 65721621 BOST... | 60400 Bank Service Charges | | 50.00 |
| Deposit | 09/26/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LL... | NSBA Services LLC | 6,073.75 | |
| Check | 09/27/2023 | Telsur Inc | DBT CRD 2004 09/27/23 38592035 TELS... | 66800 Call Center Services | | 290.00 |
| Total Axos Operating -8607 | | | | | 23,718.78 | 4,194.01 |
| **Axos Payroll Tax -9456** | | | | | | |
| Total Axos Payroll Tax -9456 | | | | | | |
| **Axos Trustee DIP -0307** | | | | | | |
| Total Axos Trustee DIP -0307 | | | | | | |
| **Axos Cash Collateral -0331** | | | | | | |
| Total Axos Cash Collateral -0331 | | | | | | |
| **TOTAL** | | | | | **23,718.78** | **19,226.25** |

**See attached Accountant's Compilation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

# National Small Business Alliance, Case No. #21-00031
## Balance Sheet
### As of September 30, 2023

|  | Sep 30, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TriState Capital Bank -2245 | 29,967.76 |
| Axos Operating -8607 | 18,436.70 |
| Axos Payroll Tax -9456 | 4,627.26 |
| Axos Trustee DIP -0307 | 25.00 |
| Axos Cash Collateral -0331 | 2,744.10 |
| **Total Checking/Savings** | 55,800.82 |
| **Total Current Assets** | 55,800.82 |
| **TOTAL ASSETS** | **55,800.82** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Loan from VRC | 25,000.00 |
| 24000 Payroll Liabilities | 6,000.00 |
| **Total Other Current Liabilities** | 31,900.00 |
| **Total Current Liabilities** | 31,900.00 |
| **Long Term Liabilities** | |
| **Priority Debt** | |
| FTB Priority | 4,339.77 |
| IRS-GIG Taxes Priority | 141,856.66 |
| IRS Secure Priority | 164,304.67 |
| Professional Fees | 134,791.50 |
| **Total Priority Debt** | 445,292.60 |
| **Secured Debt** | |
| VRC | 151,328.04 |
| **Total Secured Debt** | 151,328.04 |
| **Unsecured Debt** | 569,546.05 |
| **Total Long Term Liabilities** | 1,166,166.69 |
| **Total Liabilities** | 1,198,066.69 |
| **Equity** | |
| Deposit from MH per Ch11 Plan | 3,000.00 |
| 32000 Retained Earnings | -1,161,374.59 |
| Net Income | 16,108.72 |
| **Total Equity** | -1,142,265.87 |
| **TOTAL LIABILITIES & EQUITY** | **55,800.82** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

**National Small Business Alliance, Case No. #21-00031**
## Statement of Operations
**September 2023**

|  | Sep 23 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Revenue** | |
| **Gross Income - Connected** | |
| **NSBA Services LLC** | 23,718.78 |
| **Total Gross Income - Connected** | 23,718.78 |
| **Total Revenue** | 23,718.78 |
| **Total Income** | 23,718.78 |
| **Gross Profit** | 23,718.78 |
| **Expense** | |
| **60400 Bank Service Charges** | 224.64 |
| **61700 Computer and Internet Exp** | 94.99 |
| **63300 Insurance Expense** | 1,340.78 |
| **66700 Contract Labor Fees** | |
| **66720 Quickbooks Fees** | 376.30 |
| **Quango Ngo** | 6,000.00 |
| **Raymond Longino** | 9,000.00 |
| **Total 66700 Contract Labor Fees** | 15,376.30 |
| **Payroll Taxes** | 900.00 |
| **66800 Call Center Services** | 1,656.61 |
| **68100 Telephone Expense** | 232.93 |
| **Advertising** | 300.00 |
| **Total Expense** | 20,126.25 |
| **Net Ordinary Income** | 3,592.53 |
| **Net Income** | **3,592.53** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

**National Small Business Alliance, Case No. #21-00031**
## Schedule of Payments to Insiders
**September 2023**

| Type | Date | Name | Memo | Split | Paid Amount |
|------|------|------|------|-------|-------------|
| **TOTAL** | | | | | |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

**National Small Business Alliance**
**Reconciliation Detail**
**TriState Capital Bank -2245, Period Ending 09/30/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 10,000.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 11 items** | | | | | | |
| Check | 09/05/2023 | 101 | Quang Ngo | X | -2,000.00 | -2,000.00 |
| Check | 09/12/2023 | 103 | Raymond Longino | X | -3,000.00 | -5,000.00 |
| Check | 09/15/2023 | 105 | Raymond Longino | X | -1,500.00 | -6,500.00 |
| Check | 09/15/2023 | 104 | Quang Ngo | X | -1,000.00 | -7,500.00 |
| Check | 09/21/2023 | 108 | Raymond Longino | X | -1,500.00 | -9,000.00 |
| Check | 09/21/2023 | 109 | Raymond Longino | X | -1,500.00 | -10,500.00 |
| Check | 09/21/2023 | 106 | Quang Ngo | X | -1,000.00 | -11,500.00 |
| Check | 09/21/2023 | 107 | Quang Ngo | X | -1,000.00 | -12,500.00 |
| Check | 09/28/2023 | 111 | Raymond Longino | X | -1,500.00 | -14,000.00 |
| Check | 09/28/2023 | 110 | Quang Ngo | X | -1,000.00 | -15,000.00 |
| Check | 09/29/2023 | | TriState Capital | X | -32.24 | -15,032.24 |
| | | | Total Checks and Payments | | -15,032.24 | -15,032.24 |
| | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 09/15/2023 | | Funds Transfer | X | 35,000.00 | 35,000.00 |
| | | | Total Deposits and Credits | | 35,000.00 | 35,000.00 |
| | | | Total Cleared Transactions | | 19,967.76 | 19,967.76 |
| Cleared Balance | | | | | 19,967.76 | 29,967.76 |
| Register Balance as of 09/30/2023 | | | | | 19,967.76 | 29,967.76 |
| **Ending Balance** | | | | | **19,967.76** | **29,967.76** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219


**Member FDIC**

Period Covered:
September 01, 2023 - September 30, 2023
Page 1 of 6

Mr. Wendell W. Webster
1101 Connecticut Ave. NW Suite 402
Washington DC 20036

| | |
|---|---|
| Case Number | 21-00031 |
| Case Name | NATIONAL SMALL BUSINESS ALLIANCE, I DEBTOR |
| Trustee Number | |
| Trustee Name | Mr. Wendell W. Webster TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| **Checking Account** | | | | |
| TRUSTEE CHECKING | | | $10,000.00 | $29,967.76 |
| **Total** | | | **$10,000.00** | **$29,967.76** |

## TRUSTEE CHECKING

**Account Number:**

| Enclosures | 10 | Beginning Balance | $10,000.00 |
|---|---|---|---|
| | | + Total Additions | $35,000.00 |
| | | - Total Subtractions | $15,032.24 |
| | | **Ending Balance** | **$29,967.76** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 101 | 09-05 | $2,000.00 |
| 103* | 09-12 | $3,000.00 |
| 104 | 09-15 | $1,000.00 |
| 105 | 09-15 | $1,500.00 |
| 106 | 09-21 | $1,000.00 |
| 107 | 09-21 | $1,000.00 |
| 108 | 09-21 | $1,500.00 |
| 109 | 09-21 | $1,500.00 |
| 110 | 09-28 | $1,000.00 |
| 111 | 09-28 | $1,500.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 09-29 | BANK & TECH FEE | $32.24 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 09-15 | NSB Alliance Transfer National Small Busines | $35,000.00 |

**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
**FDIC**

Period Covered:
September 01, 2023 - September 30, 2023
Page 2 of 6

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | $10,000.00 | 09-05 | $8,000.00 | 09-12 | $5,000.00 |
| 09-15 | $37,500.00 | 09-21 | $32,500.00 | 09-28 | $30,000.00 |
| 09-29 | $29,967.76 | | | | |

**TRI STATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
September 01, 2023 - September 30, 2023
Page 3 of 6



| | | |
|---|---|---|
| 09/05/2023 | 101 | $2,000.00 |
| 09/12/2023 | 103 | $3,000.00 |
| 09/15/2023 | 104 | $1,000.00 |
| 09/15/2023 | 105 | $1,500.00 |



**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member
**FDIC**

Period Covered:
September 01, 2023 - September 30, 2023
Page 4 of 6



| 09/21/2023 | 106 | $1,000.00 | | 09/21/2023 | 106 | $1,000.00 |
| 09/21/2023 | 107 | $1,000.00 | | 09/21/2023 | 107 | $1,000.00 |
| 09/21/2023 | 108 | $1,500.00 | | 09/21/2023 | 108 | $1,500.00 |
| 09/21/2023 | 109 | $1,500.00 | | 09/21/2023 | 109 | $1,500.00 |

**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
September 01, 2023 - September 30, 2023
Page 5 of 6





| 09/28/2023 | 110 | $1,000.00 | 09/28/2023 | 110 | $1,000.00 |





| 09/28/2023 | 111 | $1,500.00 | 09/28/2023 | 111 | $1,500.00 |

**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
September 01, 2023 - September 30, 2023
Page 6 of 6

### ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com

**National Small Business Alliance**
## Reconciliation Detail
**Axos Operating -8607, Period Ending 09/30/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 33,911.93 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 16 items** | | | | | | |
| Check | 09/05/2023 | | RingCentral | X | -496.61 | -496.61 |
| Check | 09/05/2023 | | G4 Marketing Group | X | -300.00 | -796.61 |
| Check | 09/05/2023 | | Boston Commerce | X | -19.99 | -816.60 |
| Check | 09/06/2023 | | Liberty Mutual | X | -1,306.36 | -2,122.96 |
| Check | 09/06/2023 | | Telsur Inc | X | -290.00 | -2,412.96 |
| Check | 09/06/2023 | | Liberty Mutual | X | -34.42 | -2,447.38 |
| Check | 09/07/2023 | | Intuit | X | -238.50 | -2,685.88 |
| Check | 09/13/2023 | | Telsur Inc | X | -290.00 | -2,975.88 |
| Check | 09/14/2023 | | AT&T | X | -232.93 | -3,208.81 |
| Check | 09/14/2023 | | Spectrum | X | -94.99 | -3,303.80 |
| Check | 09/15/2023 | | Funds Transfer | X | -35,000.00 | -38,303.80 |
| Check | 09/15/2023 | | Axos Bank | X | -122.41 | -38,426.21 |
| Check | 09/20/2023 | | Telsur Inc | X | -290.00 | -38,716.21 |
| Check | 09/25/2023 | | Intuit | X | -137.80 | -38,854.01 |
| Check | 09/25/2023 | | Boston Commerce | X | -50.00 | -38,904.01 |
| Check | 09/27/2023 | | Telsur Inc | X | -290.00 | -39,194.01 |
| | | Total Checks and Payments | | | -39,194.01 | -39,194.01 |
| **Deposits and Credits - 4 items** | | | | | | |
| Deposit | 09/06/2023 | | NSBA Services LLC | X | 5,911.11 | 5,911.11 |
| Deposit | 09/12/2023 | | NSBA Services LLC | X | 5,842.52 | 11,753.63 |
| Deposit | 09/19/2023 | | NSBA Services LLC | X | 5,891.40 | 17,645.03 |
| Deposit | 09/26/2023 | | NSBA Services LLC | X | 6,073.75 | 23,718.78 |
| | | Total Deposits and Credits | | | 23,718.78 | 23,718.78 |
| | | Total Cleared Transactions | | | -15,475.23 | -15,475.23 |
| Cleared Balance | | | | | -15,475.23 | 18,436.70 |
| Register Balance as of 09/30/2023 | | | | | -15,475.23 | 18,436.70 |
| **Ending Balance** | | | | | **-15,475.23** | **18,436.70** |

See attached Accountant's Compliation Report.
No assurance is provided on these financial statements.
The financial statements do not include a statement of cash flows.
Substantially all disclosures required by GAAP omitted.



## Account Information Report

**National Small Business Alliance Inc**

**September 01, 2023 - September 30, 2023**

**Account: *8607 (National Small Business Alliance, Inc. Case 21-00031)**

| | |
|---|---|
| Available Balance | $18,436.70 |
| Opening Ledger Balance | $18,436.70 |
| Collected Balance | $18,436.70 |
| Current Balance | $18,436.70 |
| Closing Ledger | $18,436.70 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $6,073.75 |
| Last Deposit Date | 09/26/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 09/27/2023 | POS Sig-based Transaction<br>DBT CRD 2004 09/27/23 38592035<br>TELSUR INC.<br>619-862-7587 CA C#9209 | | | $290.00 |
| 09/26/2023 | Wire Transfer Credit<br>Wire Transfer Credit<br>NSBA SERVICES LLC<br>24 MESA VIEW DR<br>CATHEDRAL CTY,CA,92234 US<br>20230926L3LF151C000485<br>20230926MMQFMP9N000051 | | $6,073.75 | |
| 09/25/2023 | Recurring Debit Card - DDA<br>DBT CRD 0823 09/24/23 82368145<br>INTUIT *QBooks Online<br>CL.INTUIT.COM CA C#9209 | | | $137.80 |
| 09/25/2023 | Recurring Debit Card - DDA<br>DBT CRD 0756 09/22/23 65721621<br>BOSTON COMMERCE INC<br>RICHARD YOURF MA C#9209 | | | $50.00 |
| 09/20/2023 | POS Sig-based Transaction<br>DBT CRD 1654 09/20/23 88471865<br>TELSUR INC.<br>619-862-7587 CA C#9209 | | | $290.00 |
| 09/19/2023 | Wire Transfer Credit<br>Wire Transfer Credit<br>NSBA SERVICES LLC<br>24 MESA VIEW DR<br>CATHEDRAL CTY,CA,92234 US<br>20230919MMQFMP31000599<br>20230919MMQFMP9N000046 | | $5,891.40 | |
| 09/15/2023 | ACH Debit<br>Transfer NSB Alliance<br>CCD<br>NSB Alliance<br>INDIVIDUAL ID #3578701747 | | | $35,000.00 |
| 09/15/2023 | Account Analysis Charge | | | $122.41 |
| 09/14/2023 | POS Sig-based Transaction<br>DBT CRD 0809 09/13/23 73470075<br>ATT*BUS PHONE PMT<br>888-851-1115 TX C#9209 | | | $232.93 |
| 09/14/2023 | Recurring Debit Card - DDA | | | $94.99 |

|            |                              |            |          |
|------------|------------------------------|------------|----------|
|            | DBT CRD 1107 09/13/23 80732073 |          |          |
|            | Spectrum                     |            |          |
|            | 855-707-7328 MO C#9209       |            |          |
| 09/13/2023 | POS Sig-based Transaction    |            | $290.00  |
|            | DBT CRD 1935 09/12/23 21239932 |          |          |
|            | TELSUR INC                   |            |          |
|            | 619-489-2466 CA C#9209       |            |          |
| 09/12/2023 | Wire Transfer Credit         | $5,842.52  |          |
|            | Wire Transfer Credit         |            |          |
|            | NSBA SERVICES LLC            |            |          |
|            | 24 MESA VIEW DR              |            |          |
|            | CATHEDRAL CTY,CA,92234 US    |            |          |
|            | 20230912J1Q5040C000366       |            |          |
|            | 20230912MMQFMP9N000058       |            |          |
| 09/07/2023 | Recurring Debit Card - DDA   |            | $238.50  |
|            | DBT CRD 0836 09/06/23 90052424 |          |          |
|            | INTUIT *QBooks Online        |            |          |
|            | CL.INTUIT.COM CA C#9209      |            |          |
| 09/06/2023 | POS Sig-based Transaction    |            | $290.00  |
|            | DBT CRD 2045 09/06/23 63278872 |          |          |
|            | TELSUR INC.                  |            |          |
|            | 619-862-7587 CA C#9209       |            |          |
| 09/06/2023 | POS Sig-based Transaction    |            | $34.42   |
|            | DBT CRD 0455 09/05/23 57405896 |          |          |
|            | Liberty Mutual Insuran       |            |          |
|            | Boston MA C#9209             |            |          |
| 09/06/2023 | Recurring Debit Card - DDA   |            | $1,306.36 |
|            | DBT CRD 0108 09/05/23 21264958 |          |          |
|            | LIBERTY MUTUAL               |            |          |
|            | 866-290-2920 NH C#9209       |            |          |
| 09/06/2023 | Wire Transfer Credit         | $5,911.11  |          |
|            | Wire Transfer Credit         |            |          |
|            | NSBA SERVICES LLC            |            |          |
|            | 24 MESA VIEW DR              |            |          |
|            | CATHEDRAL CTY,CA,92234 US    |            |          |
|            | 20230906L3LF151C000336       |            |          |
|            | 20230906MMQFMP9N000058       |            |          |
| 09/05/2023 | Recurring Debit Card - DDA   |            | $496.61  |
|            | DBT CRD 0236 09/02/23 73801645 |          |          |
|            | RINGCENTRAL INC.             |            |          |
|            | 888-898-4591 CA C#9209       |            |          |
| 09/05/2023 | Recurring Debit Card - DDA   |            | $300.00  |
|            | DBT CRD 0410 09/03/23 30483647 |          |          |
|            | IN *G4 MARKETING GROUP       |            |          |
|            | 619-5785963 CA C#9209        |            |          |
| 09/05/2023 | Recurring Debit Card - DDA   |            | $19.99   |
|            | DBT CRD 0721 09/01/23 45066157 |          |          |
|            | BOSTON COMMERCE INC          |            |          |
|            | RICHARD YOURF MA C#9209      |            |          |

Report Generated on: 10/10/23 02:25:06 PM

**National Small Business Alliance**
**Reconciliation Detail**
**Axos Payroll Tax -9456, Period Ending 09/30/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 4,627.26 |
| Cleared Balance | | | | | | 4,627.26 |
| Register Balance as of 09/30/2023 | | | | | | 4,627.26 |
| **Ending Balance** | | | | | | **4,627.26** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



**Account Information Report**

**National Small Business Alliance Inc**

**September 01, 2023 - September 30, 2023**

Account: *9456 (National Small Business Alliance, Inc. TAX ACCOUNT)

| | |
|---|---:|
| Available Balance | $4,627.26 |
| Opening Ledger Balance | $4,627.26 |
| Collected Balance | $4,627.26 |
| Current Balance | $4,627.26 |
| Closing Ledger | $4,627.26 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $4,200.00 |
| Last Deposit Date | 08/01/2023 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 10/10/23 02:25:28 PM

**National Small Business Alliance**
**Reconciliation Detail**
**Axos Trustee DIP -0307, Period Ending 09/30/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 25.00 |
| Cleared Balance | | | | | | 25.00 |
| Register Balance as of 09/30/2023 | | | | | | 25.00 |
| **Ending Balance** | | | | | | **25.00** |

**See attached Accountant's Compilation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



## Account Information Report

**National Small Business Alliance Inc**

**September 01, 2023 - September 30, 2023**

**Account: *0307 (NATIONAL SMALL BUSINESS ALLIANCE INC,)**

| | |
|---|---|
| Available Balance | $25.00 |
| Opening Ledger Balance | $25.00 |
| Collected Balance | $25.00 |
| Current Balance | $25.00 |
| Closing Ledger | $25.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $4,352.99 |
| Last Deposit Date | 11/22/2022 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 10/10/23 02:24:17 PM

**National Small Business Alliance**
**Reconciliation Detail**
**Axos Trustee Tax -0315, Period Ending 09/30/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| Cleared Balance | | | | | | 0.00 |
| Register Balance as of 09/30/2023 | | | | | | 0.00 |
| **Ending Balance** | | | | | | **0.00** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



## Account Information Report

**National Small Business Alliance Inc**

| September 01, 2023 - September 30, 2023 |
| --- |
| **Account: *0315 (WENDELL W. WEBSTER)** |

| | |
| --- | --- |
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $0.00 |
| Last Deposit Date | |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 10/10/23 02:24:46 PM