**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, a copy of the (1) *Notice of Order Establishing Administrative Claims Bar Date* attached as **Schedule 1** and (2) *Request for Payment of Administrative Claim* attached as **Schedule 2** was distributed by first class mail, postage prepaid, to the parties on the attached service list.

Dated: October 16, 2023                RESPECTFULLY SUBMITTED

/s/ *Justin P. Fasano*
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com/ jfasano@mhlawyers.com
Counsel for Wendell Webster, Chapter 7 Trustee

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/ *Justin P. Fasano*
Counsel

# SCHEDULE 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

### NOTICE OF ORDER ESTABLISHING
### CHAPTER 11 ADMINISTRATIVE CLAIM BAR DATE

**PLEASE TAKE NOTICE THAT:**

Any person or governmental unit (as those terms are defined in sections 101(41) and (27) of the Bankruptcy Code, respectively) or other incorporated or unincorporated entity or association asserting a Chapter 11 Administrative Claim in the above-captioned case is required to file a request for allowance of such Chapter 11 Administrative Claim with the Court on or before December 20, 2023 (the "Chapter 11 Administrative Claims Bar Date"). The term "Chapter 11 Administrative Claim" shall mean, as the Debtor, (a) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, and (b) any right to an equitable remedy for breach of performance if such breach gives rise to a payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured that (x) arises under sections 365(d)(3), 365(d)(5), or 503(b)(1) through (8) of the Bankruptcy Code and (y) arose (or, as applicable under relevant law, accrued) on or after the Petition Date, but prior to the Conversion Date. For the avoidance of doubt, the definition of "Chapter 11 Administrative Claim" encompasses applications for compensation for professionals. Notwithstanding the preceding paragraph, the Chapter 11

Administrative Claim Bar Date will not apply to the following (the "Excluded Administrative Claims"):

> i. fees payable to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930;
> ii. any party that has already properly filed a proof of claim, application, or other pleading with the Court that clearly sets forth that such party is asserting a Chapter 11 Administrative Claim;
> iii. any party whose Chapter 11 Administrative Claim has been allowed by a prior order of the Court;
> iv. Chapter 11 Administrative Claims that have been paid in full at any time prior to the Chapter 11 Administrative Claims Bar Date; and
> v. administrative claims incurred by the Trustee or other parties on or after the Conversion Date. These claims will be dealt with separately.

This Notice does not alter, amend, or otherwise affect this Court's prior Notice of Possible Dividends and Deadline to File Proofs of Claim (the "Notice of Claims Bar Date") [Docket No. 440].

With the exception of holder of Excluded Administrative Claims, any person, entity or governmental unit that has a Chapter 11 Administrative Claim, but fails to submit a request for allowance of such Chapter 11 Administrative Claim by the Chapter 11 Administrative Claim Bar Date, will be forever barred, estopped, and enjoined from: (a) asserting their Chapter 11 Administrative Claim against the Debtor, its estate or property; (b) asserting any claim that is a different nature or classification on account of such Chapter 11 Administrative Claim; and (c) participating in any distribution, or receiving any payment, or otherwise from the Debtor, its estate, or the Trustee on account of such Chapter 11 Administrative Claim.

**SCHEDULE 2**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS | ) | |
| ALLIANCE, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM[1]**

1. Name of Claimant (the person or other entity to whom the estate owes money):

2. Name and address where notices should be sent:

Telephone number: _____

E-Mail:

3. Name and address where payment should be sent (if different from above):

Telephone number:

E-mail:

4. Amount of claim (after taking into account payments already received):

---

[1] Do not use this form to assert a claim that arose before the filing of the petition on January 31, 2021.  Claims like that must be asserted via a proof of claim (Official Form No. B10) available at the clerk's office, on the court's website, www.dcb.uscourts.gov, under the link regarding "Statutes, Rules, Forms, Guides, etc," and on the U.S. Courts website, www.uscourts.gov.

5. Date or dates on which claim was incurred:

_____

6. Basis of claim (type of debt or how it was incurred) (this form should not be used to assert a claim that arose before the commencement of the bankruptcy case, for which you must use a proof of claim, Official Form No. 10.):

_____

_____

[Attached are ___ additional sheet(s) when needed .]

7. Documents: Attached, with any required redactions[2] are copies (totaling _____ page(s)) of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts . DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain:

8. Signature: Check the appropriate box. ☐ I am the claimant. ☐ I am the claimant's authorized agent.

---

[2] A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A claimant must show only the last four digits of any social-security, individual's tax identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

I declare under penalty of perjury that the information provided in this Request for Payment of Administrative Claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: _____

Title: _____

Company: _____

Address and telephone number (if different from notice address above):

Address: _____

Telephone number: _____

E- Mail:_____

_____
 (Signature)

_____
(Date)

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| **NATIONAL SMALL BUSINESS** ) | |
| **ALLIANCE, INC.,** ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| ) | |

## SERVICE LIST

Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314


National Small Business Alliance, Inc.
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004

Eric Chibueze Nwaubani
1629 K Street, NW
#300
Washington, DC 20006

Law Group International Chartered
1629 K Street NW, Suite 300
Washington DC 20006-1631

Arthur Lander CPA PC
300 N. Washington St.
Suite 104
Alexandria, VA 22314-2530

Lisa Johnson
c/o BEAN, KINNEY & KORMAN, P.C.
 Attn: Andrea Campbell Davison
 2311 Wilson Blvd., 5th Floor Suite 402
Washington, DC 20036-4303

Ken BEthell
c/o BEAN, KINNEY & KORMAN, P.C.
Attn: Andrea Campbell Davison
2311 Wilson Blvd., 5th Floor Suite 402
Washington, DC 20036-4303

Connelly Paving Company
c/o Jeff Martin, Esq.
7918 Jones Branch Drive 4th Fl
McLean, VA 22102

Venture Resources Consulting
c/o Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

John Rainaldi
c/o Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

The Rainaldi Family Trust
c/o Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012

The Motiva Group, Inc.
c/o Bradford F. Englander, Esq.
WHITEFORD, TAYLOR & PRESTON L.L.P.
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510

The Motiva Group, Inc.
c/o Mitchell Wagner, Esq.
3771 Boone Court
San Diego, CA, 92117

Raymond Longino
2726 Shelter Island Dr#428
San Diego, CA 92106

Marc E. Albert
Stinson LLP
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006

Stinson LLP
C/o Joshua Cox, Esq.
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

**DC Office of Tax and Revenue**
Compliance Administration
Collection Division
1101 4th Street, SW, 6th Floor
Washington, DC  20024

Quang Ngo
9038 Libra Dr
San Diego, CA. 92126