**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) |  |
| ALLIANCE, INC.., ) | CHAPTER 7 |
| ) |  |
| Debtor. ) |  |

### TRUSTEE'S REPORT OF SALE

COMES NOW Wendell W. Webster, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy estate, by and through counsel, McNamee Hosea, P.A., and as his Report of Sale states as follows:

This report is pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(1). On or about October 17, the Trustee sold property of the estate as set forth in the attached bill of sale to RayCL Companies LLC, a limited liability company organized under the laws of the District of Columbia.  Undersigned counsel is holding $25,000 from the sale, of which he will disburse $5,000 to counsel for Venture Resources Consulting, LLC, a California limited liability company, John Rainaldi, and The Rainaldi Family Trust and $20,000 to the Trustee.  Any questions may be directed to the undersigned.

Dated:  October 17, 2023

Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17. 2023, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

           /s/ Justin P. Fasano
           Justin P. Fasano