## Bill of Sale

This Bill of Sale (this "Bill of Sale") is made as of the 17th day of October, 2023, by and among WENDELL W. WEBSTER (hereinafter referred to as "Seller"), chapter 7 trustee for NATIONAL SMALL BUSINESS ALLIANCE, INC. a District of Columbia corporation (hereinafter referred to as "Debtor"), and RAYCL COMPANIES LLC, (hereinafter referred to as "Buyer"):

### RECITALS:

A. Concurrently herewith, Seller is selling to Buyer the Assets, pursuant to the Asset Purchase Agreement dated as of the 19th day of September 2023 by and between Seller, Seller Principal, and Buyer (the "Asset Purchase Agreement").

B. Pursuant to the Asset Purchase Agreement, Seller has agreed to sell to Seller certain tangible assets, all as set forth with greater particularity in the Asset Purchase Agreement.

C. The parties desire to set forth their understandings in writing with respect to the sale of such tangible assets.

In consideration of the mutual agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the parties hereto agree as follows:

### AGREEMENTS:

1. *Sale and Assignment.* Seller hereby sells, assigns, transfers, sets over, delivers and conveys unto Buyer, to and for the benefit of the Buyer and its successors and assigns, to have and to hold all to its own use forever, all of Seller's right, title and interest in, to and under, the Assets and Contracts and purchased pursuant to the Asset Purchase Agreement. The Assets include, but are not limited to, those assets listed on Schedule A hereto. Seller acknowledges and here affirms the representations and warranties made by Seller in the Asset Purchase Agreement with respect to the Assets.

2. *Further Actions.* The Seller agrees that, at any time and from time to time after the delivery hereof, he will, upon reasonable request of the Buyer, take all appropriate action and execute and deliver all appropriate documents, instruments and conveyances of any kind which may be desirable or necessary to carry out the provisions of this Bill of Sale.

4. *Defined Terms.* Capitalized terms used herein, and not defined herein, shall have the meanings given them in the Asset Purchase Agreement.

5. *Binding Agreement.* This Bill of Sale shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

6. *Asset Purchase Agreement Terms.* This Bill of Sale is subject to the Asset Purchase Agreement and is incorporated therein. For the avoidance of doubt, this Bill of Sale is subject to Section 10 (Miscellaneous) of the Asset Purchase Agreement and such terms are incorporated herein.

7. *Counterparts.* This Bill of Sale may be executed by the parties hereto in separate counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. A facsimile of an original signature is valid as an original signature.

IN WITNESS WHEREOF, the undersigned parties have executed this Bill of Sale under seal as of the date first written above.



RayCL Companies LLC, a District of Columbia limited liability company

By: <u>Raymond Longino</u>

Title: <u>Sole member</u>

Date:

Wendell W. Webster, Chapter 7 Trustee

By: *[signature]*

Date: 10/17/23

### Schedule A to Bill of Sale

All accounts receivable of the Debtor and the Debtor's estate.

All rights associated with the website

All assets of Global Impact Group, Inc conveyable by the Seller

All assets of National Small Business Alliance conveyable by the Seller

All Contracts on Schedule 2 to the Agreement and rights associated with such Contracts.

2

## ASSIGNMENT OF CONTRACT

On this the __th day of October, 2023 ("Effective Date"), I, the undersigned, RAYMOND LONGINO, party to that certain Asset Purchase Agreement (the "Agreement") dated September 19, 2023 between WENDELL W. WEBSTER, chapter 7 trustee for NATIONAL SMALL BUSINESS ALLIANCE, INC. a District of Columbia corporation and RAYMOND LONGINO, (hereinafter referred to as "Buyer"), do hereby transfer, convey, and assign, all of my rights, powers, obligations and duties, under the Agreement to RayCL Companies LLC, a limited liability company formed under the laws of the District of Columbia ("Assignee". Pursuant to the Agreement, I hereby affirm that I am the sole member of the Assignee.

Witness: _____

By: _____
RAYMOND LONGINO

SEE ATTACHED
CALIFORNIA
ACKNOWLEDGMENT

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____San Diego_____)

On 17 October 2023 before me, Sandra Velazquez Zamora, Notary Public
(insert name and title of the officer)

personally appeared Raymond Longino _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

[Notary Seal: SANDRA VELAZQUEZ ZAMORA, COMM #2353997, NOTARY PUBLIC • CALIFORNIA, SAN DIEGO COUNTY, COMMISSION EXPIRES MAY 5, 2025]