```
              UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLUMBIA
In Re:                                )
    National Small Business           )
              Alliance, Inc.          )    Case No. 21-00031 ELG
                                      )    Chapter 11
              Debtor                  )
```

## MOTION FOR APPLICATION FOR FINAL COMPENSATION AS ACCOUNTANT FOR THE TRUSTEE CHAPTER 11 PERIOD

Arthur Lander C.P.A., P.C. respectfully represents to the Court:

1. <u>Employment as Certified Public Accountant</u>. Applicant applied to the Court and was appointed to act as Certified Public Accountant for the Trustee pursuant to an order of the Court dated June 6, 2022 for the Chapter 11 period.

2. <u>Previous Payments have been made for SubChapter 11 period</u>. The Accountant was paid $11,998.50 for the Subchapter V period of January 31, 2021 through April 18, 2022.  An additional payment of $7,626.48 for the Chapter 11 period from April 22, 2022 through November 21, 2022.  Total approved accounting fees through to this current application is $34,533.50 of which 19,624.98 has been paid.  This leaves a balance of 14,908.52 through November 21, 2022, and with the current application of $8,897.00 leaves a balance due of 23,805.52.

3. <u>Summary of services performed during the Chapter 11 period of November 22, 2022 through to August 18, 2023</u>.  The precise dates, descriptions and hours of services are fully set forth in the statement of services attached hereto as an Exhibit.  To summarize, the work was to prepare corporate tax returns for 2022, 1099 forms, monthly reports, payroll issues, and spreadsheets.

4. <u>Requested Compensation</u>. Applicant has no agreement to share any compensation which may be awarded by this Court.  The services performed herein were performed entirely by applicant. Applicant respectfully submits that the rates of $170 to $450 per hour is a fair rate of compensation for services of the type rendered by the applicant.

Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Wherefore, the applicant prays that the Court enter an Order authorizing and awarding fees to Arthur Lander C.P.A., P.C. for services rendered in the amount of $8,897.00.

Arthur Lander C.P.A., P.C.

/S/ Arthur Lander

President

/S/ Arthur Lander
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

I, Marc Albert, the Trustee, have reviewed this Motion and have

no objection.

/s/ Marc Albert

_____

Marc Albert

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Application for Final Compensation As Accountant for the Trustee, the Proposed Order, and Notice of the Motion was mailed postage prepaid November 8, 2023, to Marc Albert, Chapter 11 Trustee, the U.S. Trustee, and parties listed on the Clerk's mailing matrix.

/S/ Arthur Lander

_____

Arthur Lander

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
In Re:                              )
    National Small Business         )
                Alliance, Inc.      )   Case No. 21-00031 ELG
                                    )         Chapter 11
                Debtor              )
```

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation for the Subchapter V period of the November 22, 2022 through August 18, 2023 to Arthur Lander C.P.A., P.C. in the amount of $8,897.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N.  Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Seen and Agreed to:


/s/ Marc Albert, Chapter 11 Subchapter V Trustee
_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC   20006
202-659-2214
malbert@stinson.com



Seen and _____ to:



_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov



Service of order: recipients of electronic notice


Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
```

In Re:                              )
    National Small Business         )
                Alliance, Inc.    )   Case No. 21-00031 ELG
                                    )           Chapter 11
                Debtor          )

NOTICE OF OPPORTUNITY TO OBJECT TO
MOTION FOR APPLICATION FOR FINAL COMPENSATION
AS ACCOUNTANT FOR THE TRUSTEE

    PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and 2002(c)(2) of the Federal Rules of Bankruptcy that Arthur Lander, C.P.A. P.C. has filed an Application for Payment of Accountant's Fees in the amount of $8,897.00 for the period November 22, 2022 through August 18, 2023.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to approve the fees sought by Arthur Lander CPA PC in the Application, or if you want the Court to consider your views on the matter, then on or before **November 29, 2023**, (21 days) you or your attorney must:

    File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

        Clerk, U.S. Bankruptcy Court
        E. Barrett Prettyman U.S. Courthouse
        333 Constitution Avenue, N.W.
        Washington, D.C. 20001.

    If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

    You must also mail a copy of your objection to:
Arthur Lander, Esq., 300 N. Washington St. #104, Alexandria, Va 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.


/S/ Arthur Lander

Arthur Lander, Esq. DC Bar No. 421860
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com

Arthur Lander, C.P.A., P.C.
300 N. Washington St. #104
Alexandria VA 22314


Invoice submitted to:
National Small Business Alliance
601 Pennsylvania Ave NW
South Building Suite 900
Washington DC 20004


August 25, 2023

Invoice #13963

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 12/12/22 Chr (0.1) Correspondence regarding escrow balance request. (0.4) Research and correspondence regarding effective date of plan and determining when final MOR occurs and when first PCR's period begins. (0.3) Copying over UST Form 11-MOR and other documents from prior month to begin work on November MOR. (0.5) Downloading transactions and bank statements from Axos Secure Browser. | 1.30 170.00/hr | 221.00 |
| 12/13/22 Chr (0.2) Review of prior month's MOR and escrow disclosure. (1.2) Importing transactions into QuickBooks for each of the four accounts and coding them into their proper accounts. (1.0) Generating income statement, balance sheet, | 2.70 170.00/hr | 459.00 |

National Small Business Alliance                                              Page    2

                                                          Hrs/Rate           Amount

                statement of cash disbursements
and receipts, and statement of
payments to insiders.
(0.3) Correspondence with
Trustee regarding effective date
and final day of this period.

12/16/22 Chr  (0.3) Updating Excel spreadsheet          2.50              425.00
with this month's financial                             170.00/hr
information.
(0.4) Starting to enter
transaction information into UST
Form 11.
(0.6) Generating PDF documents
for attachments: bank statement
reconciliations and redacted
bank statements and relevant
footnotes and annotations.
(0.2) Drafting Compilation
Report for November 2022 MOR
(0.7) Review and analysis of
plan documents and
post-confirmation financing
agreement and meeting with Art.
(0.3) Correspondence to trustee
and trustee's attorney regarding
escrow account and new deposits.

12/19/22 Chr  (0.2) Phone call to Art                   3.90              663.00
regarding issues reaised in                             170.00/hr
correspondence regarding escrow
account and how to report on
disclosures.
(1.7) Revision of escrow
reconcilation and updating with
deposit from VEC. Drafting
disclosures for escrow and for
explanation of outside financing.
(1.3) Finishing preparation of
UST Form 11 MOR with all
information received including
Part 5.
(0.4) Final assembly and

National Small Business Alliance                                            Page   3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | reconversion of MOR and attachments for filing.<br>(0.3) Delivery to trustee for review and additional correspondence regarding escrow. | | |
| 1/2/23 Chr | (0.3) Review of prior period transactions and MOR<br>(0.1) Backup of prior period's books<br>(0.3) Downloading and initial setup of UST Form 11-PCR<br>(0.1) Correspondence with trustee's counsel re: escrow balance<br>(0.3) Downloading transactions and bank statements from Axos Bank<br>(1.3) Coding transactions and review, renaming rules for new vendors, and bank reconcilations/outstanding checks. | 2.40<br>170.00/hr | 408.00 |
| 1/3/23 Chr | (0.3) Continuing to work on preparation of UST Form 11-PCR.<br>(0.4) Beginning analysis of disbursements and receipts for Part 1 | 0.70<br>170.00/hr | 119.00 |
| 1/4/23 Chr | (0.3) Finalizing Part 1 and checking disbursements<br>(1.2) Review and Analysis of docket for Part 2<br>(0.5) Review of disclosure statement for calculation of Part 3 | 2.00<br>170.00/hr | 340.00 |
| 1/5/23 Chr | (0.3) Setting up spreadsheet to track changes for Part 2 and Part 3 | 2.90<br>170.00/hr | 493.00 |

National Small Business Alliance                                        Page    4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/6/23 Chr | (0.3) Preparation for meeting with Trustee regarding draft form (0.4) Meeting with Trustee and Trustee's attorney (1.4) Updating disclosure statement with new information discussed in meeting (0.3) Recalculating Parts 2 and 3 per meeting with new information on docket | 2.40 170.00/hr | 408.00 |
| 1/7/23 Chr | (0.4) Review of disclsoure statement and amended plan; notes from Friday's meeting (0.5) Finalizing changes to additional disclosures. | 0.90 170.00/hr | 153.00 |
| 1/9/23 Chr | (0.1) Meeting with Art regarding plan payments and estimates (0.3) Final assembly and delivery of Post Confirmation Report | 0.40 170.00/hr | 68.00 |
| 1/12/23 Chr | (0.2) Review of quarterly disbursements and calculation of total UST Fee for 4Q22. (0.2) Drafting payment voucher (0.2) Drafting correspondence and instructions for filing; delivery of voucher. | 0.60 170.00/hr | 102.00 |
| 1/25/23 APL | Preparation of 1099s and 1096 for 2022. | 0.80 450.00/hr | 360.00 |
| 4/5/23 Chr | Working on preparation of 1Q23 Post-confirmation Report. (0.2) Correspondence with US Trustee's office (0.2) Reviewing docket (0.7) Reviewing Axos Web Browser and downloading bank statements and transactions. | 1.10 170.00/hr | 187.00 |

```
National Small Business Alliance                                           Page    5

                                                         Hrs/Rate          Amount

  4/6/23  Chr  Continuing to work on 1Q23                   1.20           204.00
               Post-confirmation report.               170.00/hr
               (0.6) Ingest of transactions
               from Axos.
               (0.6) Reviewing payroll tax
               liabilities and strategy to book
               quarterly.  Adjusting journal
               entries.

  4/11/23 Chr  Continuing to work on the 1Q23               1.20           204.00
               Post-confirmation Report.              170.00/hr
               (0.8) Recording and coding
               transactions for Axos -0307,
               -0315, -9456
               (0.4) Reconciliation of accounts
               and creating bank reconciliation
               reports.

  4/12/23 Chr  (0.2) Correspondence.                        0.20            34.00
                                                      170.00/hr

  4/18/23 Chr  Working on 1Q23                              2.60           442.00
               Post-Confirmation Report             170.00/hr
               (0.4) Recording and coding
               transactions for Axos -8607
               (0.2) Reconciliation of accounts
               and creating bank reconciliation
               reports.
               (0.7) Reviewing and reconcilling
               transfers to escrow account and
               working on reviewing current
               payments and approvals for
               pre-confirmation professional
               fees.
               (0.3) Working on narrative for
               additional attachments.
               (0.2) Preparation of Compliation
               Report.
               (0.4) Beginning preparation of
               PCR Form 11.
               (0.4) Calculation of adjustments
               to spreadsheets for 1Q23
               disbursement calculation.
```

National Small Business Alliance                                        Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/19/23 | Chr | Finalizing preparation of 1Q23 Post-confirmation Report. (0.9) Posting all information to UST Form 11-PCR including Part 2 and 3 from calculations on QuickBooks and spreadsheets. Finalizing Form 11 and conversion to fileable format. (0.5) Final adjustments to escrow disclosure and additional attachments. (0.8) Assembly of documents and correspondence and delivery to Trustee for review and changes or filing. (0.6) Calculation of quarterly UST fee and preparation of voucher. | 2.80 170.00/hr | 476.00 |
|  | Chr | Working on preparation of 2022 Corporate Tax Return for National Small Business Alliance, Inc. (0.4) Review of prior year's return and methodology to prepare return. (0.3) Input of basic information (0.5) Comparing 2021 balance sheet to 2022 balance sheet, and rolling over balance sheet from 2021 to 2022. Adjustment to bank balances to our reconciled amounts from 2022. | 1.20 170.00/hr | 204.00 |
| 4/20/23 | Chr | Continuing to work on preparation of 2022 Corporate Tax Return for National Small Business Alliance, Inc. (0.6) Continuing to adjust balances per strategy to combine prior bookkeeping and current bookkeeping (0.3) Adding VRC Loan to balance | 3.90 170.00/hr | 663.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | National Small Business Alliance | | Page 7 |
| | sheet and adjustments<br>(0.7) Adjusting journal entries to reconcile balances from 2021 tax return to ending balances for 2022 and to account for contract labor fees per workpapers.<br>(1.4) Preparation, input, and error checking of federal corporate return form 1120<br>(0.9) Preparation, input, and error checking of DC corporate return Form D-20 | | |
| 7/3/23 Chr | Starting to work on 2Q23 Post-confirmation report.<br><br>(0.3) Reviewing docket for any changes<br>(0.5) Downloading transactions from Axos bank<br>(0.3) Downloading statements from Axos Bank<br>(1.0) Ingest of transactions into QuickBooks | 2.10<br>170.00/hr | 357.00 |
| 7/5/23 Chr | Continuing work on 2Q23 Post-confirmation report.<br><br>(0.9) Coding transactions in QuickBooks.<br>(0.4) Reconciliation of accounts to statements and preparation of reconciliation reports.<br>(0.4) Preparation of Form 11-PCR and rolling over information from 1Q23.<br>(0.3) Review and analysis of escrow account<br>(0.2) Updating spreadsheet with disbursement information<br>(0.1) Starting to work on disclosure statement | 2.30<br>170.00/hr | 391.00 |

National Small Business Alliance                                       Page    8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/6/23 Chr | Continuing work on 2Q23 UST Form-11 PCR<br>(0.4) Finalizing work on Disclosure statement and adjustements to running balance of escrow<br>(0.3) Preparation of Compliation Report and working on additional schedules and notes<br>(0.7) Updating Form 11-PCR and review of Parts 2 and 3 against payments from escrow. Conversion to fileable format. | 1.40<br>170.00/hr | 238.00 |
| 7/7/23 Chr | (0.4) Phone call with Josh and Axos representative regarding approval and release of payments to employees. | 0.40<br>170.00/hr | 68.00 |
| 7/10/23 Chr | Preparation of information rquested by Harry Acevedo at US Trustee's office.<br>(0.1) Reviewing Request<br>(0.9) Preparation of compiliation report, P&L statements by month, calculation of disbursements and receipts, footnotes to reports.<br>(0.3) Assembly and delivery and corresponence. | 1.30<br>170.00/hr | 221.00 |
| 7/11/23 Chr | (0.7) Finalizing 2Q23 UST Form 11-PCR and assembly, correpsondence, and delivery to trustee.<br>(0.6) Calculation of 2Q23 UST fee, preparation of voucher, and correspondence and delivery to trustee. | 1.30<br>170.00/hr | 221.00 |

```
National Small Business Alliance                                   Page    9

                                              Hrs/Rate           Amount

 7/11/23 Chr (0.3) Phone call with Josh and       0.30             51.00
             Axos representative to address    170.00/hr
             issue regarding secuirty on
             approval and releasing of
             paychecks.

 7/25/23 Chr (0.7) Correspondence and review      1.00            170.00
             of tax issue; review of books to  170.00/hr
             support net check for Q1 and Q2
             2023
             (0.3) Payment approvals for
             employee and Ray payments

 7/27/23 Chr (0.4) Review tax issue with Art.     0.40             68.00
                                               170.00/hr

 7/28/23 Chr (0.4) Final review of tax issue      0.40             68.00
             and correspondence explaining    170.00/hr
             calculation, plus estimating Q1
             tax liability.

         APL (0.8) Research and review of         0.80            360.00
             Quarter 1 and Quarter 2 payroll  450.00/hr
             calculation and correspondence
             with Ray, Marc and Josh
             regarding payroll expense.
             Advising on correct amount to
             transfer to payroll bank
             account.

  8/1/23 Chr Review and approval of wires for     0.10             17.00
             payments to Ray and Quang        170.00/hr
             8/1/2023.

  8/8/23 Chr Review and approval of wires for     0.10             17.00
             payments to Ray and Quang        170.00/hr
             8/8/2023.

 8/15/23 Chr Review and approval of wires for     0.10             17.00
             payments to Ray and Quang        170.00/hr
             8/15/2023.
```

National Small Business Alliance                                    Page   10

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 49.70 | $8,897.00 |
| Previous balance |  | $22,535.00 |
| 2/12/23 Payment - thank you |  | ($7,626.48) |
| Balance due |  | $23,805.52 |

Payment can be made via PayPal at    arthurlander.com/paynow

AL    Arthur Lander
Chr   Christopher Mueller
SJ    Scott Johnson