```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
```
In Re:                              )
    National Small Business         )
              Alliance, Inc.        )   Case No. 21-00031 ELG
                                    )         Chapter 11
            Debtor                  )

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation for the Subchapter V period of the November 22, 2022 through August 18, 2023 to Arthur Lander C.P.A., P.C. in the amount of $8,897.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Seen and Agreed to:

/s/ Marc Albert, Chapter 11 Subchapter V Trustee
_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC   20006
202-659-2214
malbert@stinson.com


Seen and _____ to:



_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov



Service of order: recipients of electronic notice


Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA   22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC   20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA   22314