```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
In Re:                              )
    National Small Business         )
                   Alliance, Inc.   ) Case No. 21-00031 ELG
                       Debtor       )        Chapter 11
```

### NOTICE OF OPPORTUNITY TO OBJECT TO
### MOTION FOR APPLICATION FOR FINAL COMPENSATION
### AS ACCOUNTANT FOR THE TRUSTEE

PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and 2002(c)(2) of the Federal Rules of Bankruptcy that Arthur Lander, C.P.A. P.C. has filed an Application for Payment of Accountant's Fees in the amount of $8,897.00 for the period November 22, 2022 through August 18, 2023.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the fees sought by Arthur Lander CPA PC in the Application, or if you want the Court to consider your views on the matter, then on or before **November 29, 2023**, (21 days) you or your attorney must:

> File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:
>
> Clerk, U.S. Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001.
>
> If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to: Arthur Lander, Esq., 300 N. Washington St. #104, Alexandria, Va 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.

/S/ Arthur Lander

Arthur Lander, Esq. DC Bar No. 421860
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com