**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-00031-ELG |
| National Small Business Alliance, Inc., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING TRUSTEE'S SECOND APPLICATION**
**FOR FINAL ALLOWANCE OF COMPENSATION**

Marc E. Albert, previous Chapter 11 trustee for the bankruptcy estate of National Small Business Alliance, Inc., having filed his Chapter 11 Trustee's Second and Final Application for Compensation and Reimbursement of Expenses to Trustee for the Period from November 16, 2022 through August 18, 2023, and notice and opportunity for hearing having been given to all creditors and other parties in interest, and upon consideration of any objections filed, it is

**ORDERED** that reasonable compensation for actual and necessary expenses incurred is hereby awarded or allowed pursuant to 11 U.S.C. § § 326(a), 330(a), 503(b)(2) or 503(b)(4), as follows:

CORE/3516991.0006/184954906.1

| Applicant | Compensation | Expenses |
|---|---|---|
| Marc E. Albert, Trustee | $10,611.11 | $0.00 |

and it is

**FURTHER ORDERED,** that the current chapter 7 trustee is authorized to pay the compensation awarded herein.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

Copies to:

ECF Recipients

2