Joshua W. Cox, No. 1033283
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 21-00031-ELG |
| National Small Business Alliance, Inc., | ) Chapter 7<br>)<br>) |
| Debtor. | )<br>) |

### NOTICE OF OPPORTUNITY TO OBJECT TO CHAPTER 11 TRUSTEE'S SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES TO CHAPTER 11 TRUSTEE FOR THE PERIOD FROM NOVEMBER 16, 2022 THROUGH AUGUST 18, 2023

**PLEASE TAKE NOTICE** that Marc E. Albert, previous Chapter 11 Trustee for the bankruptcy estate of National Small Business Alliance, Inc., has filed an Application for Compensation. The Application seeks Trustee commission of **$10,611.11** and expenses of **$0.00**. This is the second and final application for compensation for the Chapter 11 Trustee and covers the period from November 16, 2022 through August 18, 2023.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on for before **November 29, 2023**, you or your attorney must:

File with the Court a written objection or other response to the application stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

Clerk, U.S. Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001.

CORE/3516991.0006/184954693.1

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:
    Joshua W. Cox
    Stinson LLP
    1775 Pennsylvania Ave, NW, Suite 800
    Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Parties in interest with questions may contact the undersigned.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated: November 8, 2023        /s/ Joshua W. Cox
                                        Joshua W. Cox