# EXHIBIT A

CORE/3516991.0006/184459128.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:  )
) Case No. 21-00031-ELG
National Small Business Alliance, Inc., ) Chapter 7
)
Debtor. )
)

**SUMMARY SHEET REGARDING ITEMIZATION OF
SERVICES RENDERED BY STINSON LLP**

Stinson LLP provides the following Summary Sheet in support of its second and final application for allowance and payment of its fees and expenses as counsel for Marc E. Albert, Chapter 11 trustee of the bankruptcy estate of National Small Business Alliance, Inc.:

**NAME OF APPLICANT:** Stinson LLP

**ROLE IN CASE:** Counsel to Chapter 11 Trustee

**FEES PREVIOUSLY REQUESTED:** $125,000.00 (voluntarily reduced from $146,097.00).

**FEES PREVIOUSLY AWARDED:** $125,000.00[1]

**EXPENSES PREVIOUSLY REQUESTED:** $446.39

**EXPENSES PREVIOUSLY AWARDED:** $446.39

**RETAINER(S) PAID:** $0.00

**FEES REQUESTED HEREIN:** $45,180.00

**EXPENSES REQUESTED HEREIN:** $636.77

---

[1] Prior to revocation of the Debtor's subchapter v and small business debtor status, Applicant served in the separate role as counsel to the Subchapter V Trustee. In that role, Applicant filed two applications for compensation and was awarded respective fees of $29,165.00 and $35,000.00 and $92.09 in expenses for total compensation of $64,257.09 for Applicant's role as counsel to the Subchapter V Trustee. See Orders at ECF Dkt. Nos. 222 and 366.

1

CORE/3516991.0006/184459128.1

## FEE APPLICATION – SUMMARY OF TIME SPENT

| TITLE | NAMES OF PROFESSIONALS | HOURS BILLED | RATE | TOTAL FEES |
|---|---|---|---|---|
| Of Counsel | Joshua Cox | 100.40 | $450.00 | $45,180.00 |
|  | First Bar Admission: 2014 |  |  |  |

**Total**                                                100.4                              **$45,180.00**

**Average Hourly Rate:**                                            $450.00

## FEE APPLICATION – BREAKDOWN BY CATEGORY

| CATEGORY | ABBREVIATION | TOTAL HOURS | AMOUNT |
|---|---|---|---|
| General/Case Administration | CA | 19.2 | $8,640.00 |
| Employment/Fee Applications | EMP/F | 28.1 | $12,645.00 |
| Plan and Disclosure Statement/Conversion | P/DS/C | 53.1 | $23,895.00 |
|  | **TOTAL:** | **100.4** | **$45,180.00** |
|  |  |  |  |
| Time Entries Not Billed | NB | 55.8 | $23,760.00 |

Dated: November 8, 2023          Respectfully submitted,

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*

2