# EXHIBIT B

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3516991.0006                                                                    Page 2

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Marc Albert | Partner | 840.00 | ~~30.30~~ | ~~25,452.00~~ T |
| Marc Albert | Partner | 795.00 | ~~1.10~~ | ~~874.50~~ T |
| Joshua Cox | Of Counsel | 450.00 | ~~138.20~~ | ~~62,190.00~~ |
| | | | 100.40 | 45,180.00 |
| Ruiqiao Wen | Associate | 375.00 | ~~18.00~~ | ~~6,750.00~~ |
| **Current Professional Services** | | | **100.40** | **$45,180.00** |

| Professional Services | | | | |
|---|---|---|---|---|
| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
| 11/16/22 | Marc Albert | Review order prepared by Debtor counsel. | ~~0.30~~ | ~~238.50~~ T |
| 11/18/22 | Marc Albert | Telephone conference with Mr. Cox. | ~~0.20~~ | ~~159.00~~ T |
| 11/21/22 | Marc Albert | Telephone conference with Mr. Cox regarding wire; email from lender counsel regarding wire. | ~~0.30~~ | ~~238.50~~ T |
| 11/23/22 | Marc Albert | Telephone conference with Mr. Cox regarding fee applications. | ~~0.30~~ | ~~238.50~~ T |
| 12/05/22 | Marc Albert | Review proposed distributions for week. | ~~0.20~~ | ~~168.00~~ T |
| 12/06/22 | Marc Albert | Conference with Mr. Raymond and Mr. Cox regarding financials and operations .3; Conference with Mr. Cox regarding same .2 | ~~0.50~~ | ~~420.00~~ T |
| 12/14/22 | Marc Albert | Review email from accountant regarding plan deadlines and response by Mr. Cox (.2); telephone conference with Mr. Cox concerning status of plan execution (.2). | ~~0.20~~ | ~~168.00~~ T |
| 12/14/22 | Joshua Cox | Speak with Mr. Longino by email regarding weekly status (0.1); confer with Mr. Albert regarding the same (0.1). | 0.20 | 90.00 CA |
| 12/14/22 | Joshua Cox | Review and respond to email from Chris from Mr. Lander's office regarding effective date of plan. | 0.20 | 90.00 P/DS/C |
| 12/15/22 | Joshua Cox | Send email to Mr. Lander regarding coordination of filing and service of fee | 0.10 | 45.00 EMP/F |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3516991.0006                                                                    Page 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | applications. | | |
| 12/16/22 | Marc Albert | Review email from accountant and respond. | ~~0.20~~ | ~~168.00~~ T |
| 12/19/22 | Marc Albert | Review email from management (.2); review email from Mr. Cox and Mr. Lander regarding fee applications, monies received and how it is booked (.3). | ~~0.50~~ | ~~420.00~~ T |
| 12/21/22 | Joshua Cox | Review Monthly Operating Report and place call to Mr. Lander for needed small revision (0.5); review updated report and place call again regarding needed format change and file upon receipt. (0.3). | 0.80 | 360.00 CA |
| 12/21/22 | Joshua Cox | Review time entries for preparation of Stinson and trustee fee applications and send in request to finance department for needed update to consolidate time (0.8); review time entries for needed revisions and to code for tasks. (3.4). | 4.20 | 1,890.00 EMP/F |
| 12/22/22 | Marc Albert | Telephone conference with Mr. Cox regarding status on National fee applications. | ~~0.20~~ | ~~168.00~~ T |
| 12/22/22 | Joshua Cox | Continue work to review time entries for needed revisions and to make task codes and note time to not include in billing and make notes of work completed during application period for inclusion in narrative description of fee applications. | ~~4.00~~ | ~~1,800.00~~ NB |
| 12/23/22 | Marc Albert | Work with Mr. Cox on fee applications. | ~~0.90~~ | ~~756.00~~ T |
| 12/23/22 | Joshua Cox | Continue coding and needed revisions for time entries and send revisions requests to Ms. Wilson (4.0); confer with Ms. Wilson on revisions and review received invoice (0.6). | ~~4.60~~ | ~~2,070.00~~ NB |
| 12/23/22 | Joshua Cox | Review monthly operating reports to calculate appropriate disbursal amount for trustee application (1.6); make further calculations for Stinson application in excel and correspond with projection amount and confer with Mr. Albert regarding the same (2.5). | 4.10 | 1,845.00 EMP/F |

**Stinson LLP**                                                        **Invoice Detail**

File No. 3516991.0006                                                            Page 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/23/22 | Joshua Cox | Work on drafting of trustee application for compensation. | 2.00 | 900.00 EMP/F |
| 12/24/22 | Joshua Cox | Continue work to draft trustee application for interim commission. | 0.60 | 270.00 EMP/F |
| 12/26/22 | Joshua Cox | Continue work to draft trustee application for interim commission. | 1.20 | 540.00 EMP/F |
| 12/27/22 | Joshua Cox | Finalize first draft of trustee application for compensation and send to Mr. Albert. | 1.20 | 540.00 EMP/F |
| 12/28/22 | Joshua Cox | Approve and release weekly wires in Axos secure browser; place call to Mr. Longino about error message and reinitializing wire. | ~~0.30~~ | ~~135.00~~ NB |
| 12/29/22 | Marc Albert | Telephone conference with Mr. Cox; review fee applications. | ~~1.00~~ | ~~840.00~~ T |
| 12/29/22 | Joshua Cox | Work to calculate time splits and revise invoice for Stinson fee application. | ~~4.40~~ | ~~1,980.00~~ NB |
| 12/30/22 | Marc Albert | Review final fee application for counsel for Chapter 11 Trustee. | ~~1.00~~ | ~~840.00~~ T |
| 12/30/22 | Joshua Cox | Continue work on category split calculations and drafting of Stinson final fee application. | ~~5.30~~ | ~~2,385.00~~ NB |
| 01/03/23 | Joshua Cox | Work to review and calculate time splits for Stinson fee application. | ~~5.80~~ | ~~2,610.00~~ NB |
| 01/03/23 | Joshua Cox | Review status email from debtor and confer with Mr. Albert and set up Zoom meeting for check in. | 0.10 | 45.00 CA |
| 01/04/23 | Joshua Cox | Review and approve weekly wires in Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 01/04/23 | Joshua Cox | Place call and speak with Mr. Lander regarding filing time for fee applications and joint service of notice, and revisions to fee applications. | 0.20 | 90.00 CA |
| 01/04/23 | Joshua Cox | Continue work to confirm category split times for fee application and work to draft Stinson fee application narratives. | 7.20 | 3,240.00 EMP/F |
| 01/05/23 | Marc Albert | Meeting with Mr. Cox and management and prepare for meeting (.5); review fee application (.5). | ~~1.00~~ | ~~840.00~~ T |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3516991.0006                                                              Page 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/05/23 | Joshua Cox | Work to draft fee application for Stinson following final calculations. | 5.00 | 2,250.00 EMP/F |
| 01/05/23 | Joshua Cox | Attend Zoom meeting regarding debtor status and progress. | 0.20 | 90.00 CA |
| 01/05/23 | Joshua Cox | Send email to Mr. Lander concerning filing of fee applications and service. | 0.10 | 45.00 EMP/F |
| 01/06/23 | Marc Albert | Review fee applications (.4); review email from Mr. Lander regarding report (.3); conference with Mr. Lander and Mr. Cox concerning same (.4). | ~~1.10~~ | ~~924.00~~ T |
| 01/06/23 | Joshua Cox | Draft notice and order for Stinson fee application; finalize Stinson and trustee fee applications and coordinate filing including answering filing questions from Ms. Harris. | 1.50 | 675.00 EMP/F |
| 01/06/23 | Joshua Cox | Draft and file certificate of mailing for three fee applications. | 0.30 | 135.00 EMP/F |
| 01/06/23 | Joshua Cox | Participate in Zoom call with Chris from Lander office to answer questions concerning post confirmation reporting. | 0.40 | 180.00 CA |
| 01/09/23 | Marc Albert | Review information from Mr. Lander regarding report. | ~~0.30~~ | ~~252.00~~ T |
| 01/10/23 | Joshua Cox | Approve and release NSBA weekly wires in Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 01/13/23 | Marc Albert | Telephone conference with Mr. Longino regarding progress (.3); review quarterly report and payment email concerning quarterly fee (.5). | ~~0.80~~ | ~~672.00~~ T |
| 01/13/23 | Joshua Cox | Participate in Zoom conversation via telephone to discuss weekly status. | 0.20 | 90.00 CA |
| 01/18/23 | Joshua Cox | Approve and release weekly wires in Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 01/23/23 | Marc Albert | Review changes to monthly report (.2); review management report and ok it (.4). | ~~0.60~~ | ~~504.00~~ T |
| 01/23/23 | Joshua Cox | Review monthly operating report and confer with Mr. Lander about needed change (0.3); review update report and coordinate filing (0.2). | 0.50 | 225.00 CA |

**Stinson LLP**                                                           **Invoice Detail**

File No. 3516991.0006                                                           Page 6

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 01/24/23 | Marc Albert | Telephone conference with Mr. Lander regarding tax filings. | ~~0.20~~ | ~~168.00~~ T |
| 01/24/23 | Joshua Cox | Confer with Ms. Barnes regarding check drafting for UST fees. | ~~0.20~~ | ~~90.00~~ NB |
| 01/25/23 | Marc Albert | Review emails regarding tax issues from Mr. Lander (.3); review emails from management concerning tax issues (.3). | ~~0.60~~ | ~~504.00~~ T |
| 01/26/23 | Marc Albert | Telephone conference with management and Mr. Cox regarding status of case. | ~~0.30~~ | ~~252.00~~ T |
| 01/26/23 | Joshua Cox | Prepare and participate in Zoom conference to discuss business status and progression under plan. | 0.20 | 90.00 P/DS/C |
| 01/30/23 | Marc Albert | Email Mr. Cox regarding need to allocate fees to be paid and Mr. Cox regarding same (.2); review email from Mr. Raymond regarding status (.3). | ~~0.50~~ | ~~420.00~~ T |
| 01/30/23 | Joshua Cox | Add endorsement and upload trustee fee application order (0.1); send email to Ms. Eustis inquiring about endorsement of Stinson fee application order, review response, add endorsement and upload order (0.3). | 0.40 | 180.00 EMP/F |
| 01/31/23 | Joshua Cox | Review and release wires in Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 01/31/23 | Joshua Cox | Make pro rata calculations for checks to disburse from cash collateral funds to pending professionals and send by email to Mr. Albert. | 0.40 | 180.00 CA |
| 02/02/23 | Joshua Cox | Review procedures for release of weekly wires in Axos secure browser with Ms. Barnes. | ~~0.30~~ | ~~135.00~~ NB |
| 02/02/23 | Joshua Cox | Speak with Mr. Tabatkin regarding status of fee application order entry and send email to Mr. Albert concerning the same. | 0.20 | 90.00 EMP/F |
| 02/03/23 | Marc Albert | Review various emails regarding Axos issue (.2); review Order of Bankruptcy Court and give instructions concerning payments (.3). | ~~0.50~~ | ~~420.00~~ T |

**Stinson LLP**                                               **Invoice Detail**

File No. 3516991.0006                                                    Page 7

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/03/23 | Joshua Cox | Draft instruction email to Ms. Barnes for wire release. | 0.30 | 135.00 CA |
| 02/07/23 | Marc Albert | Email exchange with U.S. Trustee regarding bond (.1); review payment authorizations (.2). | ~~0.30~~ | ~~252.00~~ T |
| 02/14/23 | Marc Albert | Telephone conference with Mr. Cox and management regarding status (.5); telephone conference with Mr. Raymond regarding status (.3). | ~~0.80~~ | ~~672.00~~ T |
| 02/14/23 | Joshua Cox | Review and attend NSBA check in meeting via Zoom (0.2); release weekly wires in Axos secure Browser (0.1). | 0.20<br>~~0.10~~ | 90.00 CA<br>~~45.00~~ NB |
| 02/14/23 | Joshua Cox | Review status of transfer of funds for bond payment. | 0.10 | 45.00 CA |
| 02/21/23 | Marc Albert | review weekly financial | ~~0.50~~ | ~~420.00~~ T |
| 02/22/23 | Marc Albert | Review payments. | ~~0.30~~ | ~~252.00~~ T |
| 02/22/23 | Joshua Cox | release wires in Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 02/27/23 | Marc Albert | Teleconference management and judgment regarding status. | ~~0.30~~ | ~~252.00~~ T |
| 02/27/23 | Joshua Cox | Attend check in meeting with Mr. Albert and Mr. Longino. | 0.20 | 90.00 CA |
| 02/28/23 | Joshua Cox | Approve and release weekly wires in Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 03/01/23 | Marc Albert | Teleconference with Mr. Cox regarding report from management (.2); consider various reports options regarding report (.3). | ~~0.50~~ | ~~420.00~~ T |
| 03/06/23 | Marc Albert | Teleconference with Mr. Cox regarding operations. | ~~0.20~~ | ~~168.00~~ T |
| 03/07/23 | Joshua Cox | Review and release weekly wires in Axos secure browser. | ~~0.20~~ | ~~90.00~~ NB |
| 03/07/23 | Joshua Cox | Review past reporting and contemplate procedures for further review and reporting by client and contemplate adjustments in wake of lagging income. | 1.80 | 810.00 CA |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3516991.0006                                                                    Page 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/08/23 | Marc Albert | Management teleconference with Mr. Cox regarding developments. | ~~0.70~~ | ~~588.00~~ T |
| 03/08/23 | Joshua Cox | Participate in Zoom conference concerning business status. | 0.30 | 135.00 CA |
| 03/15/23 | Marc Albert | Meeting with management and Mr. Cox; review memo and consider various scenarios. | ~~1.00~~ | ~~840.00~~ T |
| 03/15/23 | Joshua Cox | Prepare for NSBA zoom call regarding status by review recently prepared reports from Mr. Longino and speak with Mr. Albert concerning the same (0.5); attend meeting (0.3). | 0.80 | 360.00 CA |
| 03/15/23 | Joshua Cox | Release wire from Axos secure browser. | ~~0.10~~ | ~~45.00~~ NB |
| 03/21/23 | Marc Albert | Review weekly financials. | ~~0.30~~ | ~~252.00~~ T |
| 03/22/23 | Marc Albert | Review reports. | ~~0.40~~ | ~~336.00~~ T |
| 03/27/23 | Marc Albert | Telephone conference with Mr. Cox regarding financials (.2); telephone conference with Mr. Lander concerning same (.2). | ~~0.40~~ | ~~336.00~~ T |
| 03/29/23 | Marc Albert | Telephone conference with management and Mr. Cox regarding status and telephone conference with Mr. Cox regarding same. | ~~0.50~~ | ~~420.00~~ T |
| 03/29/23 | Joshua Cox | Review weekly reports and prepare for weekly check in meeting (0.2); attend check in meeting (0.2). | 0.40 | 180.00 CA |
| 04/04/23 | Marc Albert | Review financials; telephone conference with Mr. Cox reports. | ~~0.50~~ | ~~420.00~~ T |
| 04/04/23 | Joshua Cox | Review reports from Mr. Longino and confer with Mr. Albert on business status (0.4); approve weekly wires (0.1). | 0.40 ~~0.10~~ | 180.00 CA ~~45.00~~ NB |
| 04/06/23 | Marc Albert | Teleconference Van Standig and leave message for Drew Glasnovich and teleconference Caldie (.5); Teleconference Glasnovich and follow through with Mac Van Standig (.2) | ~~0.70~~ | ~~588.00~~ T |

**Stinson LLP**                                                                                          **Invoice Detail**

File No. 3516991.0006                                                                                          Page 9

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/11/23 | Joshua Cox | Speak with Mr. Albert and Mr. Longino regarding upcoming status zoom. | 0.30 | 135.00 CA |
| 04/13/23 | Marc Albert | Review summary, management, and Cox | ~~0.60~~ | ~~504.00~~ T |
| 04/13/23 | Joshua Cox | Prepare for and participate in Zoom conference for business status update. | 0.30 | 135.00 CA |
| 04/14/23 | Joshua Cox | Confer with Mr. Longino and review emails and work to correct debit card issues including calls with Axos bank. | 1.50 | 675.00 CA |
| 04/21/23 | Joshua Cox | Review and finalize quarterly report for filing; confer with Mr. Albert regarding the same and file. | 0.50 | 225.00 CA |
| 04/25/23 | Marc Albert | Review weekly statements and approve; telephone conference with Mr. Cox regarding same. | ~~0.30~~ | ~~252.00~~ T |
| 04/25/23 | Joshua Cox | Approve weekly wires in Axos secure browser. | ~~0.20~~ | ~~90.00~~ NB |
| 04/26/23 | Marc Albert | Teleconference with Cox regarding status of report | ~~0.30~~ | ~~252.00~~ T |
| 04/27/23 | Marc Albert | Meeting with Cox and teleconference Cox regarding status of plan | ~~0.80~~ | ~~672.00~~ T |
| 04/27/23 | Joshua Cox | Review data from business for reporting to Mr. Albert regarding current business and plan progress status (0.5); speak with Mr. Albert regarding the same (0.2). | 0.70 | 315.00 P/DS |
| 04/27/23 | Joshua Cox | Prepare and participate in business status zoom conference with Mr. Albert and Mr. Longino. | 0.50 | 225.00 CA |
| 04/27/23 | Joshua Cox | Speak with Mr. Albert and Mr. Longino by phone regarding amount of monthly tax payments under plan and write email regarding the same. | 0.50 | 225.00 P/DS |
| 05/02/23 | Marc Albert | Review financial and provide okay to disbursement (.5) Teleconference Cox regarding next steps (.2) | ~~0.70~~ | ~~588.00~~ T |
| 05/02/23 | Joshua Cox | Release weekly wires in Axos secure browser. | ~~0.20~~ | ~~90.00~~ NB |

**Stinson LLP**                                                          **Invoice Detail**

File No. 3516991.0006                                                          Page 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/09/23 | Marc Albert | Meeting with management and Cox | ~~0.30~~ | ~~252.00~~ T |
| 05/09/23 | Joshua Cox | Prepare for meeting weekly status meeting (0.2); attend status hearing to discuss business status and plan progress (0.6). | 0.80 | 360.00 P/DS/C |
| 05/16/23 | Marc Albert | Teleconference with management and Landers and Cox and prepare for meeting and review emails | ~~1.00~~ | ~~840.00~~ T |
| 05/16/23 | Joshua Cox | Review reports and prepare for weekly status meeting with Mr. Albert and Mr. Longino (0.5); attend meeting (0.8). | 1.30 | 585.00 CA |
| 05/16/23 | Joshua Cox | Release weekly wires in Axos secure browser. | ~~0.20~~ | ~~90.00~~ NB |
| 05/16/23 | Joshua Cox | Review plan for provisions concerning trustee sale and further review plan obligations. | 1.50 | 675.00 P/DS/C |
| 05/17/23 | Joshua Cox | Review and release wire for payment of UST fees in Axos secure browser.. | ~~0.10~~ | ~~45.00~~ NB |
| 05/23/23 | Marc Albert | Telephone conference with Mr. VerStandig regarding alternatives based on numbers (.3); review materials, telephone conference with management and Mr. Cox concerning status (.7). | ~~1.00~~ | ~~840.00~~ T |
| 05/23/23 | Joshua Cox | Attend status conference via Zoom with Mr. Longino, Mr. Albert, and Mr. Lander; confer with Mr. Albert regarding potential next steps. | 0.40 | 180.00 CA |
| 05/23/23 | Joshua Cox | Release weekly wires in NSBA in Axos Secure Browser. | ~~0.10~~ | ~~45.00~~ NB |
| 05/23/23 | Joshua Cox | Review Plan and Disclosure Statement for provisions concerning sale and default and contemplate potential next steps and procedural steps needed. | 0.70 | 315.00 P/DS/C |
| 05/24/23 | Marc Albert | Telephone conference with Mr. VerStandig and Mr. Cox regarding next steps with case. | ~~0.50~~ | ~~420.00~~ T |
| 05/24/23 | Joshua Cox | Prepare for call with Mr. VerStandig and the trustee(0.5); meet with Mr. Albert to discuss | 1.40 | 630.00 P/DS/C |

**Stinson LLP**                                                                  **Invoice Detail**

File No. 3516991.0006                                                                  Page 11

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | potential next steps and conduct call with Mr. VerStandig to discuss the same (0.9). | | |
| 05/30/23 | Marc Albert | Meeting with Raymond and Mr. Cox regarding status. | ~~0.40~~ | ~~336.00~~ T |
| 05/30/23 | Joshua Cox | Prepare for and attend weekly status meeting via Zoom. | 0.40 | 180.00 CA |
| 05/30/23 | Joshua Cox | Make notes for summary of debtor status for file note. | 0.80 | 360.00 CA |
| 05/31/23 | Marc Albert | Review emails regarding authorization and status | ~~0.40~~ | ~~336.00~~ T |
| 05/31/23 | Joshua Cox | Review weekly reports and release wires in Axos secure browser with trustee approval. | ~~0.30~~ | ~~135.00~~ NB |
| 06/05/23 | Marc Albert | Teleconference debtor counsel regarding objections to claims | ~~0.10~~ | ~~84.00~~ T |
| 06/05/23 | Joshua Cox | Speak with Mr. Longino regarding business status. | 0.10 | 45.00 CA |
| 06/05/23 | Joshua Cox | Review plan and code sections concerning likely conversion and steps how to present to court. | 1.30 | 585.00 P/DS/C |
| 06/06/23 | Marc Albert | Review financials and meeting with Raymond and Michael and Joe | ~~0.80~~ | ~~672.00~~ T |
| 06/06/23 | Joshua Cox | Prepare for meeting and attend meeting to discuss issues for moving forward. | 0.90 | 405.00 P/DS/C |
| 06/06/23 | Joshua Cox | Speak with Mr. VerStanding regarding case and future discussions. | 0.10 | 45.00 CA |
| 06/06/23 | Joshua Cox | Draft summary of meeting and plans for moving forward and send to Mr. Albert for review (2.3); send to Mr. Longino and Mr. Holleran (0.1). | 2.40 | 1,080.00 P/DS/C |
| 06/06/23 | Joshua Cox | Approve and release weekly wires. | ~~0.10~~ | ~~45.00~~ NB |
| 06/12/23 | Joshua Cox | Research parameters and factors for conversion of post confirmation case to chapter 7. | 1.30 | 585.00 P/DS/C |
| 06/13/23 | Joshua Cox | Attend weekly status meeting with Mr. Longino and Mr. Holleran (0.8), review and | 0.80 0.10 | 360.00 CA 45.00 NB |

**Stinson LLP**                                              **Invoice Detail**

File No. 3516991.0006                                              Page 12

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | approve weekly wires (0.1). | | |
| 06/13/23 | Joshua Cox | Speak with Mr. Lander regarding case and business status. | 0.10 | 45.00 CA |
| 06/14/23 | Joshua Cox | Continue work to review and make notes and work on drafting of conversion motion. | 1.80 | 810.00 P/DS/C |
| 06/21/23 | Joshua Cox | Review and approve weekly wires. | ~~0.20~~ | ~~90.00~~ NB |
| 06/21/23 | Joshua Cox | Work on research and conversion motion. | 1.60 | 720.00 P/DS/C |
| 06/22/23 | Joshua Cox | Research and work on conversion matters. | 2.80 | 1,260.00 P/DS/C |
| 06/27/23 | Marc Albert | Review projections; conference with Mr. Cox regarding Motion to Convert. | ~~0.50~~ | ~~420.00~~ T |
| 06/27/23 | Joshua Cox | Attend meeting by telephone to review 2 factor authorization for Axos accounts. | ~~0.50~~ | ~~225.00~~ NB |
| 06/27/23 | Joshua Cox | Review balances for weekly wire release; complete enrollment process for two factor authorization in Axos secure browser. | ~~0.40~~ | ~~180.00~~ NB |
| 06/29/23 | Joshua Cox | Prepare for (0.2) and attend zoom meeting regarding status with Mr. Longino and Mr. Holleran (0.6); speak again with Mr. Longino by telephone (0.1) | 0.90 | 405.00 CA |
| 06/29/23 | Joshua Cox | Work on conversion. | 1.90 | 855.00 P/DS/C |
| 06/30/23 | Joshua Cox | Attend meeting with Mr. Longino and Mr. Holleran via Zoom. | 0.30 | 135.00 CA |
| 07/03/23 | Marc Albert | Email communication with Mr. Lander and teleconference with Mr. VerStandig regarding status of case and conversion. | ~~0.70~~ | ~~588.00~~ T |
| 07/05/23 | Marc Albert | Teleconference with Mr. Cox regarding motion to convert. | ~~0.20~~ | ~~168.00~~ T |
| 07/05/23 | Joshua Cox | Work on Motion to Convert. | 0.60 | 270.00 P/DS/C |
| 07/05/23 | Joshua Cox | Continue work on Motion to convert. | 1.80 | 810.00 P/DS/C |
| 07/06/23 | Marc Albert | Telephone conference with Mr. Cox regarding status. | ~~0.10~~ | ~~84.00~~ T |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0006                                                        Page 13

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/23 | Joshua Cox | Continue work to draft Motion to Convert case to chapter 7. | 5.50 | 2,475.00 P/DS/C |
| 07/07/23 | Marc Albert | Teleconference Axos regarding authorization. | ~~0.10~~ | ~~84.00~~ T |
| 07/07/23 | Joshua Cox | Work on Motion to Convert. | 0.40 | 180.00 P/DS/C |
| 07/07/23 | Joshua Cox | Speak with Mr. Longino regarding motion to convert and wire release for week. | 0.10 | 45.00 P/DS/C |
| 07/07/23 | Joshua Cox | Work with Axos staff, Mr. Longino, and Mr. Lander to resolve wire issues and release wires to NSBA staff. | ~~2.90~~ | ~~1,305.00~~ NB |
| 07/07/23 | Joshua Cox | Continue work on Motion to Convert. | 1.70 | 765.00 P/DS/C |
| 07/09/23 | Joshua Cox | Work to finalize draft of Motion to Convert. | 4.00 | 1,800.00 P/DS/C |
| 07/10/23 | Marc Albert | Teleconference with UST and teleconference with Mr. Cox regarding motion to convert (.3); teleconference with Mr. Cox regarding same (.3). | ~~0.60~~ | ~~504.00~~ T |
| 07/10/23 | Joshua Cox | Send Motion to Convert draft to Mr. Albert for review. | 0.10 | 45.00 P/DS/C |
| 07/10/23 | Joshua Cox | Draft and send email to Mr. Longino regarding conversion questions. | 0.10 | 45.00 P/DS/C |
| 07/11/23 | Marc Albert | Teleconference with Mr. Cox regarding ok on financial and payment and review same. | ~~0.50~~ | ~~420.00~~ T |
| 07/11/23 | Joshua Cox | Work to revise Motion to Convert. | 1.60 | 720.00 P/DS/C |
| 07/11/23 | Joshua Cox | Work on issues concerning wire releases with new security protocols. | ~~1.10~~ | ~~495.00~~ NB |
| 07/11/23 | Joshua Cox | Work on conversion motion revisions and drafting other filing documents. | 0.30 | 135.00 P/DS/C |
| 07/12/23 | Joshua Cox | Draft and send email to Ms. Matthewes regarding hearing times for conversion motion. | 0.10 | 45.00 P/DS/C |
| 07/12/23 | Joshua Cox | Make revision to conversion motion. | 0.20 | 90.00 P/DS/C |
| 07/12/23 | Joshua Cox | Exchange emails with Mr. Freeman and Mr. Albert to discuss conversion motion. | 0.10 | 45.00 P/DS/C |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3516991.0006                                                    Page 14

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07/13/23 | Marc Albert | Teleconferences with Mr. Freidman and Mr. Cox regarding dismissal and review motion in anticipation of meeting. | ~~1.00~~ | ~~840.00~~ T |
| 07/13/23 | Joshua Cox | Participate in Zoom meeting with Mr. Albert and Mr. Freeman concerning UST filing motion seeking dismissal instead of conversion. | 0.30 | 135.00 P/DS/C |
| 07/13/23 | Joshua Cox | Review UST filed Motion to Dismiss. | 0.20 | 90.00 P/DS/C |
| 07/17/23 | Joshua Cox | Speak with NSBA member by telephone regarding questions concerning mailed notice. | 0.10 | 45.00 CA |
| 07/17/23 | Joshua Cox | Review and make notes for drafting of response to Motion to Dismiss. | 0.50 | 225.00 P/DS/C |
| 07/18/23 | Joshua Cox | Work to draft response to Motion to Dismiss. | 2.70 | 1,215.00 P/DS/C |
| 07/18/23 | Joshua Cox | Work to issues weekly wires with Mr. Lander's office including tech help from Axos. | ~~0.30~~ | ~~135.00~~ NB |
| 07/19/23 | Marc Albert | Response to U.S. Trustee motion and teleconference Cox regarding same | ~~0.30~~ | ~~252.00~~ T |
| 07/19/23 | Joshua Cox | Make revision to response to Motion to Dismiss and coordinate filing. | 0.40 | 180.00 P/DS/C |
| 07/21/23 | Joshua Cox | Review quarterly report, confer with Mr. Albert on filing and coordinate filing. | 0.40 | 180.00 CA |
| 07/21/23 | Joshua Cox | Speak with Mr. Holleran by telephone concerning motion statuses and send email providing filed motions and response. | 0.40 | 180.00 CA |
| 07/25/23 | Joshua Cox | Speak with NSBA member by phone to answer questions regarding received notice. | 0.10 | 45.00 CA |
| 07/25/23 | Joshua Cox | Work to review and release wires and speak with Mr. Longino regarding tax return and payment issue. | ~~0.70~~ | ~~315.00~~ NB |
| 07/27/23 | Marc Albert | Deal with tax issues. | ~~0.40~~ | ~~336.00~~ T |
| 07/27/23 | Joshua Cox | Review filings for needed transfer of tax funds; work with Mr. Lander, Mr. Longino, | ~~1.60~~ | ~~720.00~~ NB |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3516991.0006                                                                                    Page 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | and Axos to coordinate transfer and check on correctness. | | |
| 07/28/23 | Marc Albert | Review tax issues. | ~~0.20~~ | ~~168.00~~ T |
| 07/28/23 | Joshua Cox | Speak with Chris from Lander office concerning quarterly tax reporting. | 0.10 | 45.00 CA |
| 07/31/23 | Marc Albert | Verify filing UST report and tax returns. | ~~0.30~~ | ~~252.00~~ T |
| 07/31/23 | Joshua Cox | Coordinate drafting of check for UST payment. | ~~0.10~~ | ~~45.00~~ NB |
| 08/01/23 | Joshua Cox | Review and work to send out weekly wires with Axos help. | ~~0.50~~ | ~~225.00~~ NB |
| 08/04/23 | Marc Albert | Telephone conference with Mr. Freeman; telephone conference with Mr. Longino; exchange with Mr. Freeman. | ~~0.20~~ | ~~168.00~~ T |
| 08/08/23 | Joshua Cox | Work to initiate and release weekly wires. | ~~0.20~~ | ~~90.00~~ NB |
| 08/10/23 | Joshua Cox | Speak with Mr. Holleran regarding upcoming hearings. | 0.10 | 45.00 CA |
| 08/10/23 | Joshua Cox | Review and begin making notes to prepare for upcoming conversion and dismissal hearings. | 1.80 | 810.00 P/DS/C |
| 08/11/23 | Joshua Cox | Prepare for upcoming conversion and dismissal hearings. | 2.50 | 1,125.00 P/DS/C |
| 08/14/23 | Joshua Cox | Draft Praecipe to include with statement of Mr. Longino (0.4); speak with Mr. Longino by telephone regarding the same and coordinate filing (0.4). | 0.80 | 360.00 P/DS/C |
| 08/14/23 | Joshua Cox | Review matters to prepare for upcoming conversion or dismissal hearing. | 1.50 | 675.00 P/DS/C |
| 08/15/23 | Joshua Cox | Review and work to release weekly payroll wires. | ~~0.20~~ | ~~90.00~~ NB |
| 08/15/23 | Joshua Cox | Review and work to prepare for upcoming hearing. | 2.00 | 900.00 CA |
| 08/16/23 | Joshua Cox | Prepare for conversion/dismissal hearing. | 4.00 | 1,800.00 P/DS/C |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3516991.0006                                                                       Page 16

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/16/23 | Joshua Cox | Attend hearing on conversion or dismissal (1.2); review proposed order and speak with Ms. Eustis following hearing regarding order (0.3). | 1.50 | 675.00 P/DS/C |
| 08/17/23 | Joshua Cox | Review and work to finalize and submit order on conversion. | 0.30 | 135.00 P/DS/C |
| 08/18/23 | Joshua Cox | Speak with NSBA member by telephone to answer questions. | 0.10 | 45.00 CA |
| 08/18/23 | Joshua Cox | Coordinate call with Mr. Webster on conversion. | 0.10 | 45.00 CA |
| 08/21/23 | Joshua Cox | Speak with Mr. Fasano and Mr. Webster by telephone regarding logistical issues (0.7); further speak with Mr. Longino concerning the same. (0.2). | ~~0.90~~ | ~~405.00~~ NB |
| 08/24/23 | Joshua Cox | Speak with Ms. Nesse to provide background on case. | ~~0.20~~ | ~~90.00~~ NB |
| 08/28/23 | Joshua Cox | Participate in call between Mr. Lander and Mr. Webster concerning transfer/conversion issues. | ~~0.20~~ | ~~90.00~~ NB |
| 09/12/23 | Joshua Cox | Look for information for Mr. Fasano and send. | ~~0.50~~ | ~~225.00~~ NB |
| 09/15/23 | Ruiqiao Wen | Start drafting Stinson's second and final fee application as counsel for chapter 11 trustee. | ~~3.00~~ | ~~1,125.00~~ NB |
| 9/15/23 | Ruiqiao Wen | Prepare Exhibit A – Summary Sheet in support of Stinson's second and final fee application as counsel for the chapter 11 trustee. | ~~0.40~~ | ~~150.00~~ NB |
| 09/17/23 | Ruiqiao Wen | Draft chapter 11 trustee's application for compensation. | ~~0.60~~ | ~~225.00~~ NB |
| 09/18/23 | Ruiqiao Wen | Review monthly operating reports and post-confirmation operation reports to calculate appropriate disbursal amount for trustee's second and final fee application (1.5); start drafting trustee's second and final fee application (0.5). | ~~2.00~~ | ~~750.00~~ NB |
| 09/18/23 | Ruiqiao Wen | Review updated time entries for preparation of Stinson and trustee fee applications and | ~~1.00~~ | ~~375.00~~ NB |

**Stinson LLP**                                                                **Invoice Detail**

File No. 3516991.0006                                                                Page 17

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | send in request to consolidate time and expenses. | | |
| 09/18/23 | Ruiqiao Wen | Review time entries for needed revisions and to code tasks. | ~~1.20~~ | ~~450.00~~ NB |
| 10/03/23 | Ruiqiao Wen | Continue reviewing time entries for needed revisions and to code tasks (1.1); add new time entries incurred in September to Exhibit B - time entires record attached to Stinson's fee application (0.4). | ~~1.50~~ | ~~562.50~~ NB |
| 10/03/23 | Ruiqiao Wen | Finalize the narratives in Stinson's second and final fee application. | ~~1.40~~ | ~~525.00~~ NB |
| 10/06/23 | Ruiqiao Wen | Make further calculations for Stinson's second and final fee application in excel and finalize Exhibit A and Exhibit B attached to Stinson's fee application. | ~~1.80~~ | ~~675.00~~ NB |
| 10/06/23 | Ruiqiao Wen | Draft the notice of Stinson's second and final fee application. | ~~0.20~~ | ~~75.00~~ NB |
| 10/06/23 | Ruiqiao Wen | Draft proposed order granting Stinson's second and final fee application. | ~~0.20~~ | ~~75.00~~ NB |
| 10/06/23 | Ruiqiao Wen | Draft the certificate of mailing regarding Stinson's second and final fee application. | ~~0.20~~ | ~~75.00~~ NB |
| 10/06/23 | Ruiqiao Wen | Finalize Stinson's second and final fee application documents and exhibits. | ~~1.50~~ | 562.50 NB |
| 10/09/23 | Ruiqiao Wen | Review updated time entries and invoices received from finance department regarding Stinson's second and final fee application. | ~~0.20~~ | ~~75.00~~ NB |
| 10/09/23 | Ruiqiao Wen | Draft notice and proposed order regarding Trustee's second and final application for compensation. | ~~0.20~~ | ~~75.00~~ NB |
| 10/09/23 | Ruiqiao Wen | Review updated post-confirmation report and continue drafting trustee's final application for compensation. | ~~2.30~~ | ~~862.50~~ NB |
| 10/09/23 | Ruiqiao Wen | Finalize trustee's second and final application for compensation documents; send same to Mr. Cox. | ~~0.30~~ | ~~112.50~~ NB |
| **Current Professional Services** | | | **100.40** | **$45,180.00** |

**Stinson LLP**                                                                                          **Invoice Detail**

File No. 3516991.0006                                                                                        Page 18

| | **Disbursements** | |
|---|---|---|
| **Date** | **Description** | **Amount** |
| | Postage | 448.11 |
| 01/24/23 | Ship Date: 01/24/2023 Inv: # 802531850 Tracking No: 393806559940 To: Marc Albert INFORMATION NOT SUPPLIED 11 ISLAND AVE APT 602 MIAMI BEACH, FL 33139 From: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW WASHINGTON, DC 20006 | 39.28 |
| 01/25/23 | Ship Date: 01/25/2023 Inv: # 802531850 Tracking No: 796564275758 To: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW WASHINGTON, DC 20006 From: Marc Albert INFORMATION NOT SUPPLIED 11 ISLAND AVE APT 602 MIAMI BEACH, FL 33139 | 22.53 |
| 01/31/23 | Ship Date: 01/31/2023 Inv: # 803188817 Tracking No: 394079689452 To: Marc Albert INFORMATION NOT SUPPLIED 11 ISLAND AVE APT 602 MIAMI BEACH, FL 33139 From: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW WASHINGTON, DC 20006 | 41.79 |
| 02/02/23 | Ship Date: 02/02/2023 Inv: # 803188817 Tracking No: 796568883162 To: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW WASHINGTON, DC 20006 From: Marc Albert INFORMATION NOT SUPPLIED 11 ISLAND AVE APT 602 MIAMI BEACH, FL 33139 | 22.68 |
| 02/03/23 | Ship Date: 02/03/2023 Inv: # 803188817 Tracking No: 394214591675 To: Marc Albert INFORMATION NOT SUPPLIED 11 ISLAND AVE APT 602 MIAMI BEACH, FL 33139 From: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW WASHINGTON, DC 20006 | 39.58 |
| 02/06/23 | Ship Date: 02/06/2023 Inv: # 803962372 Tracking No: 796571034386 To: Porsche Barnes Stinson LLP 1775 Pennsylvania Ave NW WASHINGTON, DC 20006 From: Marc Albert INFORMATION NOT SUPPLIED 11 ISLAND AVE APT 602 MIAMI BEACH, FL 33139 | 22.80 |

**Total Disbursements**                                                                                   **$636.77**

CORE/3516991.0006/185454320.1



CORE/3516991.0006/185454320.1