6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420

Webster & Frederickson, PLLC
Wendell Webster, Trustee
1775 K Street, NW, Ste 290
Washington DC, 20006

Statement as of October 31, 2023

Statement No. 336271

Matter ID: 20463-0012
Trustee Representation - National Small Business Alliance, Inc.

**Professional Fees**

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/18/2023 | JPF | Call with Verstandig regarding NSBA case. | 0.50 | 200.00 |
| 8/21/2023 | JPF | NSBA - Draft application to employ (0.4); 721 motion (.7); motion to expedite (0.7); call with Cox and Webster (0.6); e-mail court (0.1). | 2.50 | 1000.00 |
| 8/22/2023 | JPF | E-mails with UST regarding Lander application. | 0.40 | 160.00 |
| 8/28/2023 | JPF | Call with Lander, Webster, Halleran and Longino regarding transition (0.5); research regarding 365(b)(1) and draft motion to extend (1.0); e-mail Eustis regarding 721 order and upload same and e-mail Webster regarding same (0.2); listen to audio of 721 hearing (0.2). | 1.90 | 760.00 |
| 8/29/2023 | JPF | Transition call with Axos Bank. NO CHARGE | 0.40 | 0.00 |
| 9/5/2023 | JPF | Call with Webster and Verstandig regarding Longino sale offer. | 0.50 | 200.00 |
| 9/6/2023 | JPF | E-mail regarding employment order (0.1). Begin draft motion to sell (0.8) | 0.90 | 360.00 |
| 9/7/2023 | JPF | Draft sale agreement | 1.10 | 440.00 |
| 9/8/2023 | JPF | Submit employment orders. | 0.10 | 40.00 |
| 9/11/2023 | JPF | Call with Verstandig regarding proposed sale. | 0.10 | 40.00 |
| 9/12/2023 | JPF | Revise contract and e-mail Longino. | 0.30 | 120.00 |
| 9/14/2023 | JPF | Call with Verstandig regarding NSBA sale. | 0.20 | 80.00 |
| 9/18/2023 | JPF | Work on motion to sell, motion to expedite. | 2.10 | 840.00 |
| 9/19/2023 | JPF | Finalize and file motion to sell, expedite, calls with Certificateofservice.com | 2.20 | 880.00 |
| 9/19/2023 | JPF | E-mail regarding MORs. | 0.10 | 40.00 |
| 9/21/2023 | JPF | Work on motion for claims bar date | 1.00 | 400.00 |
| 9/22/2023 | JPF | Finalize and file motion fro administrative claims bar date. | 0.50 | 200.00 |
| 9/26/2023 | JPF | Call with Verstandig regarding sale. | 0.10 | 40.00 |
| 9/29/2023 | JPF | E-mail with Longino. | 0.20 | 80.00 |
| 10/4/2023 | JPF | Attend sale hearing, draft sale order. | 0.80 | 320.00 |

| 10/13/2023 | JPF | Submit order regarding claims bar date (0.1); draft COS regarding notice (0.7). | 0.80 | 320.00 |
| 10/16/2023 | JPF | Work on NSBA closing. | 0.30 | 120.00 |
| 10/18/2023 | JPF | E-mails with Longino, Lander and Webster regarding closing/ transition issues, payroll, auto debits, etc. | 0.30 | 120.00 |
| 10/19/2023 | JPF | Attention to transition issues. | 0.30 | 120.00 |
| 10/20/2023 | JPF | Work on fee application. | 0.70 | 280.00 |
| 10/25/2023 | JPF | E-mails regarding transition issues, remaining payroll. | 0.10 | 40.00 |
| | | Sub-total Fees: | | $7,200.00 |

**Expenses** — Amount

| | PACER Search Fee | 6.60 |
| 09/19/2023 | Service Fee | 1,097.77 |
| | Prints - BW | 9.50 |
| | Sub-total Expenses: | $1,113.87 |

**Trust Account** — Beginning Balance: $0.00

| 09/29/2023 | Trust Deposit - Other (Escrow) | 10,000.00 |
| 10/17/2023 | Trust Deposit - Incoming Wire - RAYMOND LONGINO - JPF | 5,000.00 |
| 10/18/2023 | Trust Deposit - Other | 10,000.00 |
| 10/20/2023 | Transfer to Wire Account - Outgoing Wire - The Verstandig Law Firm | (5,000.00) |
| 10/30/2023 | Sale Proceeds | (20,000.00) |
| | Ending Balance: | $0.00 |

| Previous Balance Due: | $0.00 |
| Total Current Fees: | $7,200.00 |
| Total Current Expenses: | $1,113.87 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $8,313.87 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$8,313.87** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**