**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | **21-00031-ELG** |
| **NATIONAL SMALL BUSINESS** ) | |
| **ALLIANCE, INC.,** ) | **CHAPTER 7** |
| ) | |
| **Debtor.** ) | |
| ) | |

**ORDER GRANTING**
**APPLICATION OF MCNAMEE HOSEA, P.A.**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") filed by McNamee Hosea, P.A. ("McNamee Hosea"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED,** that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of **August 13, 2023** through **November 9, 2023**, in the amount of $7,612.50 as compensation for

services rendered, and in the additional amount of $1,493.87 for a total award of for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the Chapter 7 Trustee is authorized to pay McNamee Hosea the sum of $9,106.37; and it is further

**ORDERED,** that absent further order of the Court, upon approval of the Trustee's Final Report, that this interim award shall be deemed to be awarded on a final basis.

### END OF ORDER

I ASK FOR THIS

/s/ *Justin P. Fasano*
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea et al.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
*Counsel for the Chapter 7 Trustee*

**SEEN**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4

TO BE ADDED UPON RECEIPT

cc:   Office of the United States Trustee
      1725 Duke Street
      Suite 650
      Alexandria, VA 22314

      Wendell Webster
      Webster & Frederickson, PLLC
      1101 Connecticut Ave NW
      Washington, DC 20036