**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS | ) | |
| ALLIANCE, INC., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO FIRST AND FINAL APPLICATION OF
MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("McNamee Hosea"), has filed a *First and Final Application for Approval of Compensation and Expenses* ("Application") for the period of August 13, 2023 through November 9, 2023. The Application seeks fees for McNamee Hosea in the amount of $7,612.50 and expenses in the amount of $1,493.87 for a total award of $9,106.37. This is the first and final application for approval of compensation.

**PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, within 21 days after the filing of this Notice, file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection.

**IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Dated: November 10, 2023                          Respectfully Submitted,

                                                                          /s/ *Justin P. Fasano*
                                                                          Janet M. Nesse (D.C. Bar 358514)
                                                                          Justin P. Fasano (D.C. Bar MD21201)
                                                                          McNamee Hosea, P.A.
                                                                          6404 Ivy Lane, Suite 820
                                                                          Greenbelt, MD 20770
                                                                          Telephone: (301) 441-2420
                                                                          Facsimile: (301) 982-9450
                                                                          *Counsel for the Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2023, a copy of the foregoing *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid to:

Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

Wendell Webster
Webster & Frederickson, PLLC
1101 Connecticut Ave NW
Washington, DC 20036

And the attached service list.

/s/ *Justin P. Fasano*
Justin P. Fasano