**Arthur Lander** *C.P.A., P.C.*

*A professional corporation*

300 N. Washington St. #104
Alexandria, Virginia 22314
phone: (703) 486-0700
fax: (703) 527-7207

Wendell W. Webster, Chapter 7 Trustee
National Small Business Alliance, Inc.

We have compiled the following statements for the short
month ended October 17, 2023 included in the
accompanying prescribed form, UST Form 11-MOR, for the
Bankruptcy Estate of National Small Business Alliance,
Inc.:

- Statement of cash receipts and disbursements
- Balance sheet
- Statement of operations (profit and loss)
- Schedule of payments to insiders
- Bank statements and reconciliations

We have not audited or reviewed the accompanying
financial statements and, accordingly, do not express
an opinion or provide any assurance about whether the
financial statements are in accordance with the form
prescribed by the Office of the United States Trustee.

Wendell W. Webster, the Court appointed Chapter 7
Bankruptcy Trustee, is responsible for the preparation
and fair presentation of the financial statements in
accordance with requirements prescribed by the Office
of the United States Trustee and for designing,
implementing, and maintaining internal control relevant
to the preparation and fair presentation of the
financial statements.

Our responsibility is to conduct the compilation in
accordance with Statements on Standards for Accounting
and Review Services issued by the American Institute of
Certified Public Accountants. The objective of a
compilation is to assist Wendell W. Webster, Chapter 7
Bankruptcy Trustee of National Small Business Alliance,
Inc., in presenting financial information in the form
of financial statements, without undertaking to obtain

or provide any assurance that there are no material modifications that should be made to the financial statements. During our compilation, we did become aware of a departure from generally accepted accounting principles that is not called for by the prescribed form or related instructions as described in the following paragraph:

Accounting principles generally accepted in the United State of America require statements to be reported on an accrual basis.  Additionally, accounting principles generally accepted in the United State of America require the inclusion of a balance sheet.  Finally, accounting principles generally accepted in the United State of America require footnotes.  The statements provided are reported on a cash basis, a balance sheet has not been provided, and that footnotes are not included.  The effect of this departure has not been determined.

These financial statements (including the related disclosures) are presented in accordance with the requirements of the Office of the United States Trustee, which differ from generally accepted accounting principles.  Accordingly, these financial statements are not designed for those who are not informed about such differences.


*Arthur Lander*
_____
Signed, Arthur Lander
Arthur Lander, CPA, PC

November 17, 2023
_____
Date

**United States Bankruptcy Court for the District of Columbia**
**National Small Business Alliance, Inc., Case No. 21-00031**
**UST Form 11-MOR Monthly Operating Report for October 17, 2023**

<u>ADDITIONAL DISCLOSURES</u>

This case was converted from Chapter 11 to Chapter 7 on August 18, 2023. Per 11 U.S.C. § 704(a)(8), a monthly operating report must be filed with the court for the period in which the business is operating. The proper form is the same UST Form 11-MOR Monthly Operating Report for a Chapter 11 case that is operating. Substantially all assets of the business were sold on October 17, 2023, and that is the end date for this final report.

Disbursements from National Small Business Alliance, Inc. paid to the Trustee and placed into the escrow account were categorized as an expense of the estate at the time of the original payment, and therefore have already been included as disbursements when preparing the monthly/quarterly operating reports and calculating the UST Fee.

Additionally, per the Confirmed Plan, $25,000 was deposited into this escrow account by VRC per the Confirmed Chapter 11 Plan Financing Agreement, and $3,000 was deposited into this escrow account by Michael Holleran to retain his equity interests in National Small Business Alliance, Inc.

A reconciliation of the total transferred from NSBA's operating and debtor-in-possession accounts, VRC, and Michael P. Holleran into the escrow account, the amounts disbursed from the escrow account, and the remaining balance of the escrow account as of September 30, 2023 is provided below. The balance of this account will be liquidated into the Chapter 7 Trustee's account in November of 2023.

| Transferred from NSBA Operations (-8607) or DIP (-0307) to Escrow as of September 30, 2023 | 203,681.60 |
|---|---|
| 2021 Less Paid to Marc Albert, Ch. 11 Trustee | (21,000.00) |
| 2021 Less Paid to Stinson LLP | (29,165.00) |
| 7/18/2022 Less Paid to US Trustee (UST Fee 2Q22) | (314.41) |
| 10/25/2022 Less Paid to US Trustee (UST Fee 3Q22) | (386.59) |
| 9/1/2022 Less Paid to Marc Albert, Ch. 11 Trustee | (50,000.00) |
| 9/1/2022 Less Paid to Stinson LLP | (35,000.00) |
| 9/1/2022 Less Paid to Stinson LLP | (92.09) |
| 9/1/2022 Less Paid to Arthur Lander CPA PC | (11,998.50) |
| 11/22/2022 Plus transferred into Escrow from VRC per Confirmed Plan Financing Agreement | 25,000.00 |
| 12/8/2022 Less transferred from Escrow to Operations from VRC Financing | (15,000.00) |
| 1/17/2023 Plus transferred into Escrow from Michael P. Holleran per Plan | 3,000.00 |
| 1/24/2023 Less Paid to US Trustee (UST Fee 4Q22) | (334.87) |
| 2/3/2023 Less Paid to Arthur Lander CPA PC | (7,626.48) |
| 2/3/2023 Less Paid to Marc Albert, Ch. 11 Trustee | (4,848.95) |
| 2/3/2023 Less Paid to Stinson LLP | (42,454.58) |
| 2/15/2023 Less Paid to International Sureties, LTD | (200.00) |
| 5/18/2023 Less Paid to US Trustee (UST Fee 1Q23) | (260.14) |
| 7/31/2023 Less Paid to US Trustee (UST Fee 2Q23) | (255.89) |
| 8/31/2023 Less transferred to Chapter 7 Trustee's bank account | (10,000.00) |
| **Total Held in Escrow as of September 30, 2023** | **2,744.10** |

*Final Report*

An Order Granting Motion of Chapter 7 Trustee for Authority to Operate Business was entered into the docket on August 21, 2023 (see docket entry #422) which granted the Trustee the authority to operate the business through October 21, 2023. However, on October 17, 2023, substantially all assets of the business were sold, and therefore the business was no longer operating as of that date. This date is the period end for this final Chapter 7 Monthly Operating Report.

*Part 3: Assets Sold or Transferred*

This Part of the Monthly Operating Report is left blank; however, substantially all assets of the business were sold on October 17, 2023 for the amount of $25,000 (see docket entry #452). The payment for this was not made until a later date, so this amount was not included on this form.

*Part 7: Questionniare, line g* asks "Was there any postpetition borrowing, other than trade credit?"

Pursuant to the terms of the Chapter 11 Trustee's First Amended Plan of Reorganization, the Debtor has entered into a Post-Confirmation Financing Agreement with VRC. The terms of this agreement are on pages 14 through 16 of the confirmed plan.

### National Small Business Alliance, Case No. #21-00031
## Statement of Cash Receipts and Disbursements

**As of October 17, 2023**

| Type | Date | Name | Memo | Split | Debit | Credit |
|------|------|------|------|-------|-------|--------|
| **TriState Capital Bank -2245** | | | | | | |
| Check | 10/02/2023 | Raymond Longino | | Raymond Longino | | 1,500.00 |
| Check | 10/02/2023 | Quang Ngo | | Quango Ngo | | 1,000.00 |
| Check | 10/09/2023 | Raymond Longino | | Raymond Longino | | 1,500.00 |
| Check | 10/09/2023 | Quang Ngo | | Quango Ngo | | 1,000.00 |
| Total TriState Capital Bank -2245 | | | | | 0.00 | 5,000.00 |
| **Axos Operating -8607** | | | | | | |
| Check | 10/02/2023 | RingCentral | DBT CRD 0959 10/01/23 39582040 RING... | 66800 Call Center Services | | 25.54 |
| Check | 10/02/2023 | Boston Commerce | DBT CRD 0755 10/01/23 65081909 BOST... | 60400 Bank Service Charges | | 19.99 |
| Check | 10/03/2023 | Liberty Mutual | DBT CRD 0236 10/02/23 73632473 Libert... | 63300 Insurance Expense | | 34.42 |
| Check | 10/03/2023 | RingCentral | DBT CRD 0223 10/02/23 65913507 RING... | 66800 Call Center Services | | 501.28 |
| Deposit | 10/03/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LL... | NSBA Services LLC | 6,018.53 | |
| Check | 10/04/2023 | Telsur Inc | DBT CRD 2001 10/03/23 36896953 TELS... | 66800 Call Center Services | | 290.00 |
| Check | 10/04/2023 | G4 Marketing Group | DBT CRD 0411 10/03/23 30721975 IN *G... | Advertising | | 300.00 |
| Check | 10/06/2023 | Liberty Mutual | DBT CRD 0033 10/05/23 00214304 LIBE... | 63300 Insurance Expense | | 94.36 |
| Check | 10/10/2023 | Intuit | DBT CRD 0732 10/06/23 51213145 INTUI... | 66720 Quickbooks Fees | | 238.50 |
| Check | 10/11/2023 | Telsur Inc | DBT CRD 1745 10/11/23 19321273 TELS... | 66800 Call Center Services | | 290.00 |
| Deposit | 10/11/2023 | NSBA Services LLC | Wire Transfer Credit NSBA SERVICES LL... | NSBA Services LLC | 5,748.10 | |
| Check | 10/16/2023 | Spectrum | DBT CRD 1046 10/13/23 67966069 Spect... | 61700 Computer and Internet Exp | | 94.99 |
| Total Axos Operating -8607 | | | | | 11,766.63 | 1,889.08 |
| **Axos Payroll Tax -9456** | | | | | | |
| Total Axos Payroll Tax -9456 | | | | | | |
| **Axos Trustee DIP -0307** | | | | | | |
| Check | 10/13/2023 | Axos Bank | | 60400 Bank Service Charges | | 76.00 |
| Total Axos Trustee DIP -0307 | | | | | 0.00 | 76.00 |
| **Axos Cash Collateral -0331** | | | | | | |
| Total Axos Cash Collateral -0331 | | | | | | |
| **TOTAL** | | | | | **11,766.63** | **6,965.08** |

**See attached Accountant's Compilation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

**National Small Business Alliance, Case No. #21-00031**
## Statement of Operations
**October 1 - 17, 2023**

|  | Oct 1 - 17, 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Revenue** | |
| **Gross Income - Connected** | |
| **NSBA Services LLC** | 11,766.63 |
| **Total Gross Income - Connected** | 11,766.63 |
| **Total Revenue** | 11,766.63 |
| **Total Income** | 11,766.63 |
| **Gross Profit** | 11,766.63 |
| **Expense** | |
| **60400 Bank Service Charges** | 95.99 |
| **61700 Computer and Internet Exp** | 94.99 |
| **63300 Insurance Expense** | 128.78 |
| **66700 Contract Labor Fees** | |
| **66720 Quickbooks Fees** | 238.50 |
| **Quango Ngo** | 2,000.00 |
| **Raymond Longino** | 3,000.00 |
| **Total 66700 Contract Labor Fees** | 5,238.50 |
| **Payroll Taxes** | 493.68 |
| **66800 Call Center Services** | 1,106.82 |
| **Advertising** | 300.00 |
| **Total Expense** | 7,458.76 |
| **Net Ordinary Income** | 4,307.87 |
| **Net Income** | **4,307.87** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

# National Small Business Alliance, Case No. #21-00031
## Balance Sheet
### As of October 17, 2023

|  | Oct 17, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TriState Capital Bank -2245 | 24,967.76 |
| Axos Operating -8607 | 28,314.25 |
| Axos Payroll Tax -9456 | 4,627.26 |
| Axos Trustee DIP -0307 | -51.00 |
| Axos Cash Collateral -0331 | 2,744.10 |
| **Total Checking/Savings** | 60,602.37 |
| **Total Current Assets** | 60,602.37 |
| **TOTAL ASSETS** | **60,602.37** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Loan from VRC | 25,000.00 |
| 24000 Payroll Liabilities | 7,393.68 |
| **Total Other Current Liabilities** | 32,393.68 |
| **Total Current Liabilities** | 32,393.68 |
| **Long Term Liabilities** | |
| **Priority Debt** | |
| FTB Priority | 4,339.77 |
| IRS-GIG Taxes Priority | 141,856.66 |
| IRS Secure Priority | 164,304.67 |
| Professional Fees | 134,791.50 |
| **Total Priority Debt** | 445,292.60 |
| **Secured Debt** | |
| VRC | 151,328.04 |
| **Total Secured Debt** | 151,328.04 |
| **Unsecured Debt** | 569,546.05 |
| **Total Long Term Liabilities** | 1,166,166.69 |
| **Total Liabilities** | 1,198,560.37 |
| **Equity** | |
| Deposit from MH per Ch11 Plan | 3,000.00 |
| 32000 Retained Earnings | -1,161,374.59 |
| Net Income | 20,416.59 |
| **Total Equity** | -1,137,958.00 |
| **TOTAL LIABILITIES & EQUITY** | **60,602.37** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

**National Small Business Alliance, Case No. #21-00031**
## Schedule of Payments to Insiders
**October 1 - 17, 2023**

| Type | Date | Name | Memo | Split | Paid Amount |
|------|------|------|------|-------|-------------|
| **TOTAL** | | | | | |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

# National Small Business Alliance
## Reconciliation Detail
### TriState Capital Bank -2245, Period Ending 10/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 29,967.76 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 13 items** | | | | | | |
| Check | 10/02/2023 | 112 | Raymond Longino | X | -1,500.00 | -1,500.00 |
| Check | 10/02/2023 | 113 | Quang Ngo | X | -1,000.00 | -2,500.00 |
| Check | 10/09/2023 | 114 | Raymond Longino | X | -1,500.00 | -4,000.00 |
| Check | 10/09/2023 | 115 | Quang Ngo | X | -1,000.00 | -5,000.00 |
| Check | 10/23/2023 | ACH | IRS | X | -3,619.58 | -8,619.58 |
| Check | 10/23/2023 | ACH | IRS | X | -3,619.49 | -12,239.07 |
| Check | 10/24/2023 | ACH | EDD | X | -773.95 | -13,013.02 |
| Check | 10/24/2023 | ACH | EDD | X | -451.95 | -13,464.97 |
| Check | 10/26/2023 | ACH | IRS | X | -946.67 | -14,411.64 |
| Check | 10/26/2023 | ACH | EDD | X | -118.20 | -14,529.84 |
| Check | 10/27/2023 | 116 | Raymond Longino | X | -2,100.00 | -16,629.84 |
| Check | 10/27/2023 | 117 | Quang Ngo | X | -1,400.00 | -18,029.84 |
| Check | 10/31/2023 | 118 | | X | -41.75 | -18,071.59 |
| | | | Total Checks and Payments | | -18,071.59 | -18,071.59 |
| **Deposits and Credits - 1 item** | | | | | | |
| Check | 10/27/2023 | | Funds Transfer | X | 1.00 | 1.00 |
| | | | Total Deposits and Credits | | 1.00 | 1.00 |
| | | | Total Cleared Transactions | | -18,070.59 | -18,070.59 |
| Cleared Balance | | | | | -18,070.59 | 11,897.17 |
| Register Balance as of 10/31/2023 | | | | | -18,070.59 | 11,897.17 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Check | 11/07/2023 | | Funds Transfer | * | 25.00 | 25.00 |
| Check | 11/07/2023 | | Funds Transfer | * | 2,744.10 | 2,769.10 |
| Check | 11/07/2023 | | Funds Transfer | * | 4,627.26 | 7,396.36 |
| | | | Total Deposits and Credits | | 7,396.36 | 7,396.36 |
| | | | Total New Transactions | | 7,396.36 | 7,396.36 |
| **Ending Balance** | | | | | **-10,674.23** | **19,293.53** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219



Member **FDIC**

|  | Period Covered: |
|---|---|
|  | October 01, 2023 - October 31, 2023 |
|  | Page 1 of 5 |

Mr. Wendell W. Webster
1101 Connecticut Ave. NW Suite 402
Washington DC 20036

| | |
|---|---|
| Case Number | 21-00031 |
| Case Name | NATIONAL SMALL BUSINESS ALLIANCE, I DEBTOR |
| Trustee Number | ████ |
| Trustee Name | Mr. Wendell W. Webster TRUSTEE |

📞 Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ████████ | $29,967.76 | $11,897.17 |
| **Total** | | **$29,967.76** | **$11,897.17** |

## TRUSTEE CHECKING
**Account Number:** ████████

| Enclosures | 6 | Beginning Balance | $29,967.76 |
|---|---|---|---|
| | | + Total Additions | $1.00 |
| | | - Total Subtractions | $18,071.59 |
| | | **Ending Balance** | **$11,897.17** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 112 | 10-05 | $1,000.00 |
| 113 | 10-05 | $1,500.00 |
| 114 | 10-13 | $1,000.00 |
| 115 | 10-16 | $1,500.00 |
| 116 | 10-31 | $2,100.00 |
| 117 | 10-31 | $1,400.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 10-23 | IRS USATAXPYMT NATIONAL SMALL BUSINES | $3,619.49 |
| 10-23 | IRS USATAXPYMT NATIONAL SMALL BUSINES | $3,619.58 |
| 10-24 | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | $451.95 |
| 10-24 | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | $773.95 |
| 10-26 | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | $118.20 |
| 10-26 | IRS USATAXPYMT NATIONAL SMALL BUSINES | $946.67 |
| 10-31 | BANK & TECH FEE | $41.75 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 10-27 | NSB Alliance TEST WENDELL WEBSTER | $1.00 |

**TRISTATE CAPITAL**

301 Grant Street, STE 2700
Pittsburgh PA 15219


Member
FDIC

Period Covered:
October 01, 2023 - October 31, 2023
Page 2 of 5

**Daily Balances**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | $29,967.76 | 10-05 | $27,467.76 | 10-13 | $26,467.76 |
| 10-16 | $24,967.76 | 10-23 | $17,728.69 | 10-24 | $16,502.79 |
| 10-26 | $15,437.92 | 10-27 | $15,438.92 | 10-31 | $11,897.17 |

TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219

Member FDIC

Period Covered:
October 01, 2023 - October 31, 2023
Page 3 of 5



| 10/05/2023 | 112 | $1,000.00 | 10/05/2023 | 112 | $1,000.00 |
| 10/05/2023 | 113 | $1,500.00 | 10/05/2023 | 113 | $1,500.00 |
| 10/13/2023 | 114 | $1,000.00 | 10/13/2023 | 114 | $1,000.00 |
| 10/16/2023 | 115 | $1,500.00 | 10/16/2023 | 115 | $1,500.00 |

TRISTATE CAPITAL

301 Grant Street, STE 2700
Pittsburgh PA 15219



Period Covered:
October 01, 2023 - October 31, 2023
Page 4 of 5





| 10/31/2023 | 116 | $2,100.00 | | 10/31/2023 | 116 | $2,100.00 |





| 10/31/2023 | 117 | $1,400.00 | | 10/31/2023 | 117 | $1,400.00 |

**National Small Business Alliance**
## Reconciliation Detail
**Axos Operating -8607, Period Ending 10/31/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 18,436.70 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 14 items** | | | | | | |
| Check | 10/02/2023 | | RingCentral | X | -25.54 | -25.54 |
| Check | 10/02/2023 | | Boston Commerce | X | -19.99 | -45.53 |
| Check | 10/03/2023 | | RingCentral | X | -501.28 | -546.81 |
| Check | 10/03/2023 | | Liberty Mutual | X | -34.42 | -581.23 |
| Check | 10/04/2023 | | G4 Marketing Group | X | -300.00 | -881.23 |
| Check | 10/04/2023 | | Telsur Inc | X | -290.00 | -1,171.23 |
| Check | 10/06/2023 | | Liberty Mutual | X | -94.36 | -1,265.59 |
| Check | 10/10/2023 | | Intuit | X | -238.50 | -1,504.09 |
| Check | 10/11/2023 | | Telsur Inc | X | -290.00 | -1,794.09 |
| Check | 10/16/2023 | | Spectrum | X | -94.99 | -1,889.08 |
| Check | 10/18/2023 | | Telsur Inc | X | -290.00 | -2,179.08 |
| Check | 10/25/2023 | | Intuit | X | -137.80 | -2,316.88 |
| Check | 10/27/2023 | | Funds Transfer | X | -1.00 | -2,317.88 |
| Check | 10/31/2023 | | RingCentral | X | -25.54 | -2,343.42 |
| | | | Total Checks and Payments | | -2,343.42 | -2,343.42 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 10/03/2023 | | NSBA Services LLC | X | 6,018.53 | 6,018.53 |
| Deposit | 10/11/2023 | | NSBA Services LLC | X | 5,748.10 | 11,766.63 |
| Deposit | 10/18/2023 | | NSBA Services LLC | X | 6,141.46 | 17,908.09 |
| | | | Total Deposits and Credits | | 17,908.09 | 17,908.09 |
| | | | Total Cleared Transactions | | 15,564.67 | 15,564.67 |
| Cleared Balance | | | | | 15,564.67 | 34,001.37 |
| Register Balance as of 10/31/2023 | | | | | 15,564.67 | 34,001.37 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 11/02/2023 | | Liberty Mutual | M | -34.42 | -34.42 |
| Check | 11/02/2023 | | Boston Commerce | M | -19.99 | -54.41 |
| Check | 11/03/2023 | | RingCentral | M | -501.28 | -555.69 |
| Check | 11/06/2023 | | G4 Marketing Group | M | -300.00 | -855.69 |
| Check | 11/07/2023 | | Intuit | M | -238.50 | -1,094.19 |
| | | | Total Checks and Payments | | -1,094.19 | -1,094.19 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/06/2023 | | Liberty Mutual | M | 177.92 | 177.92 |
| | | | Total Deposits and Credits | | 177.92 | 177.92 |
| | | | Total New Transactions | | -916.27 | -916.27 |
| **Ending Balance** | | | | | **14,648.40** | **33,085.10** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



**Account Information
Report**

**National Small Business Alliance Inc**

**October 01, 2023 - October 31, 2023**

**Account: *8607 (National Small Business Alliance, Inc. Case 21-00031)**

| | |
|---|---|
| Available Balance | $34,001.37 |
| Opening Ledger Balance | $34,026.91 |
| Collected Balance | $34,001.37 |
| Current Balance | $34,001.37 |
| Closing Ledger | $34,001.37 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $6,141.46 |
| Last Deposit Date | 10/18/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 10/31/2023 | Recurring Debit Card - DDA | | | $25.54 |
| | DBT CRD 0907 10/30/23 08337184 | | | |
| | RINGCENTRAL INC. | | | |
| | 888-898-4591 CA C#9209 | | | |
| 10/27/2023 | ACH Debit | | | $1.00 |
| | TEST NSB Alliance | | | |
| | CCD ▬▬▬▬▬▬▬ | | | |
| | NSB Alliance | | | |
| | INDIVIDUAL ID #▬▬▬▬▬ | | | |
| 10/25/2023 | Recurring Debit Card - DDA | | | $137.80 |
| | DBT CRD 0756 10/24/23 66079058 | | | |
| | INTUIT *QBooks Online | | | |
| | CL.INTUIT.COM CA C#9209 | | | |
| 10/18/2023 | POS Sig-based Transaction | | | $290.00 |
| | DBT CRD 1554 10/18/23 52920907 | | | |
| | TELSUR INC. | | | |
| | 619-862-7587 CA C#9209 | | | |
| 10/18/2023 | Wire Transfer Credit | | $6,141.46 | |
| | Wire Transfer Credit | | | |
| | NSBA SERVICES LLC | | | |
| | 24 MESA VIEW DR | | | |
| | CATHEDRAL CTY,CA,92234 US | | | |
| | 20231018L3LF151C000368 | | | |
| | 20231018MMQFMP9N000042 | | | |
| | ▬▬▬▬▬▬▬ | | | |
| 10/16/2023 | Recurring Debit Card - DDA | | | $94.99 |
| | DBT CRD 1046 10/13/23 67966069 | | | |
| | Spectrum | | | |
| | 855-707-7328 MO C#9209 | | | |

| Date | Description | | Amount |
|---|---|---|---|
| 10/11/2023 | POS Sig-based Transaction | | $290.00 |
| | DBT CRD 1745 10/11/23 19321273 | | |
| | TELSUR INC. | | |
| | 619-862-7587 CA C#9209 | | |
| 10/11/2023 | Wire Transfer Credit | $5,748.10 | |
| | Wire Transfer Credit | | |
| | NSBA SERVICES LLC | | |
| | 24 MESA VIEW DR | | |
| | CATHEDRAL CTY,CA,92234 US | | |
| | 20231011I1Q73AGC000429 | | |
| | 20231011MMQFMP9N000057 | | |
| | ███████████ | | |
| 10/10/2023 | Recurring Debit Card - DDA | | $238.50 |
| | DBT CRD 0732 10/06/23 51213145 | | |
| | INTUIT *QBooks Online | | |
| | CL.INTUIT.COM CA C#9209 | | |
| 10/06/2023 | Recurring Debit Card - DDA | | $94.36 |
| | DBT CRD 0033 10/05/23 00214304 | | |
| | LIBERTY MUTUAL | | |
| | 866-290-2920 NH C#9209 | | |
| 10/04/2023 | POS Sig-based Transaction | | $290.00 |
| | DBT CRD 2001 10/03/23 36896953 | | |
| | TELSUR INC | | |
| | 619-489-2466 CA C#9209 | | |
| 10/04/2023 | Recurring Debit Card - DDA | | $300.00 |
| | DBT CRD 0411 10/03/23 30721975 | | |
| | IN *G4 MARKETING GROUP | | |
| | 619-5785963 CA C#9209 | | |
| 10/03/2023 | POS Sig-based Transaction | | $34.42 |
| | DBT CRD 0236 10/02/23 73632473 | | |
| | Liberty Mutual Insuran | | |
| | Boston MA C#9209 | | |
| 10/03/2023 | Recurring Debit Card - DDA | | $501.28 |
| | DBT CRD 0223 10/02/23 65913507 | | |
| | RINGCENTRAL INC. | | |
| | 888-898-4591 CA C#9209 | | |
| 10/03/2023 | Wire Transfer Credit | $6,018.53 | |
| | Wire Transfer Credit | | |
| | NSBA SERVICES LLC | | |
| | 24 MESA VIEW DR | | |
| | CATHEDRAL CTY,CA,92234 US | | |
| | 20231003J1Q5040C000438 | | |
| | 20231003MMQFMP9N000054 | | |
| | ███████████ | | |
| 10/02/2023 | Recurring Debit Card - DDA | | $25.54 |
| | DBT CRD 0959 10/01/23 39582040 | | |
| | RINGCENTRAL INC. | | |
| | 888-898-4591 CA C#9209 | | |
| 10/02/2023 | Recurring Debit Card - DDA | | $19.99 |
| | DBT CRD 0755 10/01/23 65081909 | | |
| | BOSTON COMMERCE INC | | |
| | RICHARD YOURF MA C#9209 | | |

Report Generated on: 11/15/23 07:52:44 PM

## National Small Business Alliance
## Reconciliation Detail
**Axos Payroll Tax -9456, Period Ending 10/31/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 4,627.26 |
| Cleared Balance | | | | | | 4,627.26 |
| | | | | | | |
| Register Balance as of 10/31/2023 | | | | | | 4,627.26 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/07/2023 | | Funds Transfer | M | -4,627.26 | -4,627.26 |
| Total Checks and Payments | | | | | -4,627.26 | -4,627.26 |
| Total New Transactions | | | | | -4,627.26 | -4,627.26 |
| **Ending Balance** | | | | | **-4,627.26** | **0.00** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



**Account Information
Report**

**National Small Business Alliance Inc**

**October 01, 2023 - October 31, 2023**

**Account: *9456 (National Small Business Alliance, Inc. TAX ACCOUNT)**

| | |
|---|---|
| Available Balance | $4,627.26 |
| Opening Ledger Balance | $4,627.26 |
| Collected Balance | $4,627.26 |
| Current Balance | $4,627.26 |
| Closing Ledger | $4,627.26 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $4,200.00 |
| Last Deposit Date | 08/01/2023 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 11/15/23 07:52:58 PM

## National Small Business Alliance
### Reconciliation Detail
**Axos Bank -0232, Period Ending 10/31/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| Cleared Balance | | | | | | 0.00 |
| Register Balance as of 10/31/2023 | | | | | | 0.00 |
| **Ending Balance** | | | | | | **0.00** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



## Account Information Report

**National Small Business Alliance Inc**

| October 01, 2023 - October 31, 2023 | |
|---|---|
| **Account: *0232 (NSBA 0232, Case 21-00031)** | |

| | |
|---|---|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $2,500.00 |
| Last Deposit Date | 05/17/2022 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 11/15/23 07:52:08 PM

**National Small Business Alliance**
**Reconciliation Detail**
Axos Trustee DIP -0307, Period Ending 10/31/2023

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 25.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 10/13/2023 | | Axos Bank | X | -76.00 | -76.00 |
| Total Checks and Payments | | | | | -76.00 | -76.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 10/25/2023 | | | X | 76.00 | 76.00 |
| Total Deposits and Credits | | | | | 76.00 | 76.00 |
| Total Cleared Transactions | | | | | 0.00 | 0.00 |
| Cleared Balance | | | | | 0.00 | 25.00 |
| Register Balance as of 10/31/2023 | | | | | 0.00 | 25.00 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/07/2023 | | Funds Transfer | M | -25.00 | -25.00 |
| Total Checks and Payments | | | | | -25.00 | -25.00 |
| Total New Transactions | | | | | -25.00 | -25.00 |
| **Ending Balance** | | | | | **-25.00** | **0.00** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**

Page 1



**Account Information
Report**

**National Small Business Alliance Inc**

**October 01, 2023 - October 31, 2023**

**Account: *0307 (NATIONAL SMALL BUSINESS ALLIANCE INC,)**

| | |
|---|---|
| Available Balance | $25.00 |
| Opening Ledger Balance | $25.00 |
| Collected Balance | $25.00 |
| Current Balance | $25.00 |
| Closing Ledger | $25.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $76.00 |
| Last Deposit Date | 10/25/2023 |
| Credit Line / Overdraft Amount | $0.00 |

| Posted Date | Description | Check Number | Credit | Debit |
|---|---|---|---|---|
| 10/25/2023 | Fee Code Refund Account Analysis Charge September 2023 | | $76.00 | |
| 10/13/2023 | Account Analysis Charge | | | $76.00 |

Report Generated on: 11/15/23 07:52:18 PM

**National Small Business Alliance**
## Reconciliation Detail
**Axos Trustee Tax -0315, Period Ending 10/31/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| Cleared Balance | | | | | | 0.00 |
| Register Balance as of 10/31/2023 | | | | | | 0.00 |
| **Ending Balance** | | | | | | **0.00** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



**Account Information Report**

**National Small Business Alliance Inc**

| October 01, 2023 - October 31, 2023 |
|---|

**Account: *0315 (WENDELL W. WEBSTER)**

| | |
|---|---|
| Available Balance | $0.00 |
| Opening Ledger Balance | $0.00 |
| Collected Balance | $0.00 |
| Current Balance | $0.00 |
| Closing Ledger | $0.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $0.00 |
| Last Deposit Date | |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 11/15/23 07:52:26 PM

## National Small Business Alliance
## Reconciliation Detail
**Axos Cash Collateral -0331, Period Ending 10/31/2023**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,744.10 |
| Cleared Balance | | | | | | 2,744.10 |
| Register Balance as of 10/31/2023 | | | | | | 2,744.10 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 11/07/2023 | | Funds Transfer | * | -2,744.10 | -2,744.10 |
| Total Checks and Payments | | | | | -2,744.10 | -2,744.10 |
| Total New Transactions | | | | | -2,744.10 | -2,744.10 |
| **Ending Balance** | | | | | **-2,744.10** | **0.00** |

**See attached Accountant's Compliation Report.**
**No assurance is provided on these financial statements.**
**The financial statements do not include a statement of cash flows.**
**Substantially all disclosures required by GAAP omitted.**



## Account Information Report

**National Small Business Alliance Inc**

**October 01, 2023 - October 31, 2023**

**Account: *0331 (NSBA 0331, Case -21-00031)**

| | |
|---|---|
| Available Balance | $2,744.10 |
| Opening Ledger Balance | $2,744.10 |
| Collected Balance | $2,744.10 |
| Current Balance | $2,744.10 |
| Closing Ledger | $2,744.10 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $260.14 |
| Last Deposit Date | 05/17/2023 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 11/15/23 07:52:35 PM