The order below is hereby signed.

Signed: December 1 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
In Re:                              )
   National Small Business          )
             Alliance, Inc.         )   Case No. 21-00031 ELG
                                    )        Chapter 11
             Debtor                 )
```

AMENDED ORDER ALLOWING COMPENSATION

TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation for the period of the November 22, 2022 through August 18, 2023 to Arthur Lander C.P.A., P.C. in the amount of $8,897.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Seen and Agreed to:


/s/ Marc Albert, Chapter 11 Subchapter V Trustee
_____
Marc Albert, Trustee
1776 Pennsylvania Ave  NW   # 800
Washington, DC    20006
202-659-2214
malbert@stinson.com



Seen and not objection to:


/s/ Kristen Eustis
_____
Kristen Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov



Service of order: recipients of electronic notice



Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314