The order below is hereby signed.

Signed: December 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING
APPLICATION OF MCNAMEE HOSEA, P.A.
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") filed by McNamee Hosea, P.A. ("McNamee Hosea"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED,** that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of **August 13, 2023** through **November 9, 2023**, in the amount of $7,612.50 as compensation for

services rendered, and in the additional amount of $1,493.87 for a total award of for reimbursement for out-of-pocket expenses; and it is further

**ORDERED**, that the Chapter 7 Trustee is authorized to pay McNamee Hosea the sum of $9,106.37; and it is further

**ORDERED,** that absent further order of the Court, upon approval of the Trustee's Final Report, that this interim award shall be deemed to be awarded on a final basis.

### END OF ORDER

I ASK FOR THIS

/s/ *Justin P. Fasano*
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea et al.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
*Counsel for the Chapter 7 Trustee*

**SEEN**

GERARD VETTER,
ACTING U.S. TRUSTEE, REGION 4


By: /s/ Kristen Eustis
Kristen Eustis
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

cc:    Office of the United States Trustee
       1725 Duke Street
       Suite 650
       Alexandria, VA 22314

Wendell Webster
Webster & Frederickson, PLLC
1101 Connecticut Ave NW
Washington, DC 20036