The order below is hereby signed.

Signed: December 7 2023



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
In re:                                  )
                                        )        Case No. 21-00031-ELG
National Small Business Alliance, Inc., )        Chapter 7
                                        )
                                        )
                 Debtor.                )
_____ )

**ORDER GRANTING SECOND AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION OF STINSON LLP AS CHAPTER 11 TRUSTEE'S COUNSEL FOR THE PERIOD OF NOVEMBER 16, 2022 THROUGH AUGUST 18, 2023**

This matter came before the Court on the application ("Application") for approval of compensation of Stinson LLP ("Attorneys"). Attorneys served as counsel to Marc E. Albert ("Trustee"), the previous Chapter 11 trustee for the bankruptcy estate of National Small Business Alliance, Inc. before the case was converted to Chapter 7. Attorneys also previously served as counsel for the Trustee in his prior separate role as Subchapter V Trustee prior to revocation of the Debtor's subchapter V designation. The Application seeks compensation for the period from November 16, 2022 through August 18, 2023. This is the second and final application by Attorneys

as counsel for the Chapter 11 Trustee. In the Application, compensation sought for fees totals

$45,180.00 and compensation for expenses totals $636.77.

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same

hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the final compensation of Stinson LLP is hereby approved

in the following amounts:  **Fees – $45,180.00**, and **Expenses - $636.77**; and it is

**FURTHER ORDERED**, that the amount of Stinson LLP's chapter 11 administrative claim

of the estate for fees and expenses, representing the fees and expenses approved herein, plus

previous unpaid approved professional fees and expenses, is $128,808.58.

**FURTHER ORDERED,** that the current Chapter 7 Trustee is authorized to distribute

available funds to Stinson LLP on its administrative claim pursuant to the distribution provisions

of the Bankruptcy Code.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert,*
*Chapter 11 Trustee*

**SEEN:**

/s/ Kristen S. Eustis
Kristen S. Eustis, DC Bar No. MD28984
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Tel: (703) 557-7227
kristen.s.eustis@usdoj.gov
*Counsel for the Office of the United States*
*Trustee*

2

Copies to:

All parties registered to receive service through the Court's CM/ECF system

and

National Small Business Alliance, Inc.
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004

CORE/3516991.0006/184936721.1