The order below is hereby signed.

Signed: December 7 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 21-00031-ELG |
| National Small Business Alliance, Inc., ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## ORDER GRANTING TRUSTEE'S SECOND APPLICATION
## FOR FINAL ALLOWANCE OF COMPENSATION

Marc E. Albert, previous Chapter 11 trustee for the bankruptcy estate of National Small Business Alliance, Inc., having filed his Chapter 11 Trustee's Second and Final Application for Compensation and Reimbursement of Expenses to Trustee for the Period from November 16, 2022 through August 18, 2023, and notice and opportunity for hearing having been given to all creditors and other parties in interest, and upon consideration of any objections filed, it is

**ORDERED** that reasonable compensation for actual and necessary expenses incurred is hereby awarded or allowed pursuant to 11 U.S.C. § § 326(a), 330(a), 503(b)(2) or 503(b)(4), as follows:

CORE/3516991.0006/184954906.1

| Applicant | Compensation | Expenses |
|---|---|---|
| Marc E. Albert, Trustee | $10,611.11 | $0.00 |

and it is

**FURTHER ORDERED,** that the current chapter 7 trustee is authorized to distribute available funds towards the compensation awarded herein pursuant to the distribution provisions of the Bankruptcy Code as a chapter 11 administrative claim of the estate.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 11 Trustee*

**SEEN:**

/s/ Kristen S. Eustis
Kristen S. Eustis, DC Bar No. MD28984
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Tel: (703) 557-7227
kristen.s.eustis@usdoj.gov
*Counsel for the Office of the United States Trustee*

Copies to:

ECF Recipients