```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
In Re:                               )
   National Small Business           )
             Alliance, Inc.          )   Case No. 21-00031 ELG
                                     )   Chapter 7
             Debtor                  )
```

## MOTION FOR APPLICATION FOR FINAL COMPENSATION
## AS ACCOUNTANT FOR THE TRUSTEE CHAPTER 7 PERIOD

Arthur Lander C.P.A., P.C. respectfully represents to the Court:

1. <u>Employment as Certified Public Accountant</u>.  Applicant applied to the Court and was appointed to act as Certified Public Accountant for the Trustee pursuant to an order of the Court dated September 11, 2023 for the Chapter 7 period.

2. <u>Previous Payments have been made for SubChapter 11 period</u>. The Accountant was paid $11,998.50 for the Subchapter V period of January 31, 2021 through April 18, 2022.  An additional payment of $7,626.48 for the Chapter 11 period from April 22, 2022 through November 21, 2022.  Total approved accounting fees through to this current application is $34,533.50 of which 19,624.98 has been paid.  This leaves a balance of 14,908.52 through November 21, 2022, and with the current application of $8,897.00 leaves a balance due of 23,805.52 for the Chapter 11 period.

   No application or payment has been made for the Chapter 7 period.  The application for the Chapter 7 period is $21,097.00

3. <u>Summary of services performed during the Chapter 7</u>.  The precise dates, descriptions and hours of services are fully set forth in the statement of services attached hereto as an Exhibit. To summarize, the work was to prepare corporate tax returns for 2023, 1099 forms, monthly reports, and payroll issues.

4. <u>Requested Compensation</u>. Applicant has no agreement to share any compensation which may be awarded by this Court.  The services performed herein were performed entirely by applicant. Applicant respectfully submits that the rates of $200 to $510 per hour is a fair rate of compensation for services of the type rendered by the applicant.

Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Wherefore, the applicant prays that the Court enter an Order authorizing and awarding fees to Arthur Lander C.P.A., P.C. for services rendered in the amount of $21,097.00.

                        Arthur Lander C.P.A., P.C.

                        /S/ Arthur Lander

                        President

/S/ Arthur Lander
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

I, Wendell Webster, the Trustee, have reviewed this Motion and have no objection.

/s/ Wendell Webster

_____

Marc Albert

### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Motion for Application for Final Compensation As Accountant for the Trustee, the Proposed Order, and Notice of Motion was mailed postage prepaid November 26, 2024, to Wendell Webster, Chapter 7 Trustee, the U.S. Trustee, and parties listed on the Clerk's mailing matrix.

/S/ Arthur Lander

_____
Arthur Lander

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
In Re:                              )
    National Small Business         )
              Alliance, Inc.        )   Case No. 21-00031 ELG
                                    )          Chapter 7
              Debtor                )
```

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation to Arthur Lander C.P.A., P.C. in the amount of $21,097.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N.  Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Seen and Agreed to:

/s/ Wendell Webster
_____
Wendell Webster, Trustee
1101 Connecticut Avenue NW Suite 402
Washington, DC 20036
202-659-8510
wwebster@websterfredrickson.com



Service of order: recipients of electronic notice


Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N. Washington St. #104
Alexandria, VA  22314

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                              )
   National Small Business         )
           Alliance, Inc.     )   Case No. 21-00031 ELG
                                    )         Chapter 7
       Debtor                       )

<u>NOTICE OF OPPORTUNITY TO OBJECT TO
MOTION FOR APPLICATION FOR FINAL COMPENSATION
AS ACCOUNTANT FOR THE TRUSTEE</u>

     PLEASE TAKE NOTICE, pursuant to Rule 2002(a)(7) and 2002(c)(2) of the Federal Rules of Bankruptcy that Arthur Lander, C.P.A. P.C. has filed an Application for Payment of Accountant's Fees in the amount of $XXXXXX0.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the Court to approve the fees sought by Arthur Lander CPA PC in the Application, or if you want the Court to consider your views on the matter, then on or before **December 17,2024**, (21 days) you or your attorney must:

> File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:
>
> Clerk, U.S. Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001.
>
> If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.
>
> You must also mail a copy of your objection to:

Arthur Lander, Esq., 300 N. Washington St. #104, Alexandria, Va 22314

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.

/S/ Arthur Lander

Arthur Lander, Esq. DC Bar No. 421860
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com

Arthur Lander, C.P.A., P.C.
300 N. Washington St. #104
Alexandria VA 22314


Invoice submitted to:
National Small Business Alliance
c/o Wendell Webster Trustee
1101 Connecticut Ave. NW Suite 402
Washington DC 20036


January 30, 2024

Invoice #14014

Professional services

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/28/23 Chr (0.2) Correspondence with Wendell<br>(0.3) Review of rules regarding MOR in Chapter 7 as an ongoing concern<br>(0.7) Calls and correspondence with Axos to set up appointment tomorrow to meet with trustees to change over banking signatory | 1.20<br>200.00/hr | 240.00 |
| 8/29/23 Chr (0.6) Meeting with Wendell, Marc, and Axos team to determine next steps to continue operation of business, correspondence. | 0.60<br>200.00/hr | 120.00 |
| 9/12/23 Chr (0.2) Correspondence with Chapter 7 Trustee,<br>(0.6) calls to Axos,<br>(0.3) setting up meeting with LeAnn and Leslie regarding account access for Wendell,<br>(0.4) calls to Treasury Management at Axos | 1.50<br>200.00/hr | 300.00 |

National Small Business Alliance                                          Page    2

|          |     |                                                                                                                                                                                                                                                                                                   | Hrs/Rate          | Amount |
|----------|-----|---|---|---|
| 9/13/23  | APL | Conference call with Leslie from Axos and Wendell Webster on transfer of funds .5,; calls to Axos bank and emails .5, phone call with Ray Longino on payroll 1st quarter .3;, phone call with Mke Holleran on authorizing tranfers of funds .2 | 1.50<br>510.00/hr | 765.00 |
|          | Chr | (0.5) Meeting with Leslie regarding next steps and how to get access to Axos.<br>(0.2) Further correspondence. | 0.70<br>200.00/hr | 140.00 |
| 9/14/23  | APL | Emails and phone calls on offer to purchase with Trustee and Counsel .5; Meeting conference call with Axos bank on transferring moneys to Trustee account .5. | 1.00<br>510.00/hr | 510.00 |
|          | Chr | (1.6) Meeting with Art, Wendell, and LeAnn regarding electronic access. (0.3) Transfer of funds from Axos to Chapter 7 account.<br>(0.9) Setting up Art Lander's Axos account for Chapter 7 access.<br>(1.0) Starting work on the Final Chapter 11 PCR: reviewing prior quarter and starting UST Form 11. | 3.80<br>200.00/hr | 760.00 |
| 9/15/23  | Chr | Continuing to work on final Quarter Chapter 11 PCR.<br><br>(1.2) Downloading transactions from Axos and ingest.<br>(0.9) Coding transactions.<br>(0.7) Reviewing and reconciling bank statements to final period. | 2.80<br>200.00/hr | 560.00 |

```
National Small Business Alliance                                  Page    3

                                              Hrs/Rate              Amount

9/18/23  APL  Issue of US Trustee report and     0.30               153.00
              which Trustee to sign and which  510.00/hr
              to pay.

         Chr  (0.3) Working on compilation       1.70               340.00
              report for Final PCR.            200.00/hr
              (1.2) Working on drafting
              additional disclosures for
              attachments.
              (0.2) Correspondence with
              trustee.

9/19/23  APL  Working on monthly reports.        0.50               255.00
              Call with Marc and Wendell on   510.00/hr
              filing.

         Chr  Working on finalizing PCR and      3.80               760.00
              starting work on first MOR,     200.00/hr
              (1.4) Preparation of UST Form
              11-PCR
              (0.4) Assembly of PCR and
              preparation to send for review.
              (0.8) Review of past work on
              MOR and researching rules for
              MOR in a Chapter 7.
              (0.9) Downloading and coding
              transactions.
              (0.3) Correspondence with Tony
              Pika.

9/20/23  APL  Discussion with  Trustee on        0.40               204.00
              filing US Trustee reports.      510.00/hr

         Chr  Continuing to work on first        3.90               780.00
              Chapter 7 monthly operating     200.00/hr
              report for NSBA.

              (1.4) reconciling accounts,
              redacting banks statements,
              footers, and assembling bank
              statements,
              (0.5) revising and updating
              escrow disclosure,
```

National Small Business Alliance                                              Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | (0.2) calculation of cumulative receipts and disbursements, (0.5) working on exhibits for MOR, (0.4) adjustments to balance sheet, (0.3) review and putting the escrow account on the books. (0.6) Finalizing and assembly and delivery of PCR and MOR to trustee. |  |  |
| 9/21/23 | APL | Phone call with Ray on payroll for 1st quarter and status of reports. | 0.20 510.00/hr | 102.00 |
|  | Chr | (0.5) Working on preparation of 3rd Quarter voucher and correspondence. | 0.50 200.00/hr | 100.00 |
| 9/22/23 | APL | Review of quarterly report for short period ending Aug 18, 2023.  Email to Harry Acevedo and Marc Ablert and Wendell Webster. | 0.50 510.00/hr | 255.00 |
| 10/2/23 | Chr | Working on Monthly Operating Report for September 2023. (1.1) Downloading transactions and downloading bank statements from Axos. (0.1) Correspondence with Trustee regarding bank statement for Ch7 account. | 1.20 200.00/hr | 240.00 |
| 10/5/23 | Chr | Working on Monthly Operating Report for September 2023. (0.8) Organizing files and | 1.70 200.00/hr | 340.00 |

| National Small Business Alliance | | Page 5 |
|---|---|---|
| | Hrs/Rate | Amount |

|  |  |  |  |
|---|---|---|---|
| | setting up UST Form 11-MOR for September 2023.<br>(0.9) Entering transactions and reconciliations. | | |
| 10/6/23 Chr | Working on Payroll for NSBA.<br><br>(0.6) Research on total payroll for Quarter 1 2023.<br>(0.7) Review of QuickBooks Online Payroll files to check deficiencies. (0.2) Correspondence with Raymond.<br>(0.2) Finding and downloading, printing prior period's tax returns for comparison. | 2.10<br>200.00/hr | 420.00 |
| 10/9/23 Chr | (0.4) Downloading Q1, 2023 already-filed returns; downloading forms and setting up returns for amended filing. | 0.40<br>200.00/hr | 80.00 |
| 10/10/23 Chr | Working on Monthly Operating Report for September 2023.<br><br>(0.3) Setting up Form UST Form 11-MOR.<br>(0.7) Downloading transactions and ingest.<br>(0.4) Categorizing transactions.<br>(0.8) Preparation of income statement, statement of cash receipts and disbursements, and balance sheet. | 2.20<br>200.00/hr | 440.00 |
| 10/11/23 Chr | Finalizing and assembly and delivery of Monthly Operating Report for September 2023 to trustee for review and filing.<br><br>(0.8) Working on redacting bank statements, assembly of statements, bank | 1.70<br>200.00/hr | 340.00 |

National Small Business Alliance                                   Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | reconciliations, and footnotes.<br>(0.5) Updating disclosure statement and compilation report.<br>(0.4) Assembly of MOR and attachments and delivery to trustee. |  |  |
| 10/15/23 | Chr | Continuing to work on amended payroll returns.<br><br>(0.7) Form 941-X,<br>(0.6) Form CA DE 9,<br>(0.3) Form CA DE 9C | 1.60<br>200.00/hr | 320.00 |
| 10/16/23 | Chr | (0.9) Working on Quarter 1, 2023 payroll tax returns for IRS (941)<br>(0.4) Working on California (DE 9, DE 9C)<br>(0.5) Working on adjustment to Quarter 2 for California due to SUTA tax timing. | 1.80<br>200.00/hr | 360.00 |
| 10/18/23 | Chr | Working on Quarter 3 and Quarter 4 Payroll:<br><br>(1.2) Downloading prior period's returns and analysis of Intuit's calculations.<br>(2.1) Drafting Quarter 3 forms 941 and California payroll returns.<br>(0.8) Starting work on Quarter 4 Form 941. | 4.10<br>200.00/hr | 820.00 |
| 10/19/23 | APL | Review of 1st quarter 2023 amended 941X and CA payroll forms .5; Email to Trustee, Justin and Ray on transfer of deposits and payments .1 | 0.60<br>510.00/hr | 306.00 |

| | | |
|---|---:|---:|
| National Small Business Alliance | | Page    7 |
| | Hrs/Rate | Amount |
| 10/19/23 Chr (0.5) Finalize work on Quarter 4 Form 941, (0.6) Revision to Quarter 1 returns, (1.2) Beginning analysis of Q1-Q4 calculations against 941's, (0.4) Fraction of cents calculations for each period. (1.2) Spreadsheets for weekly salary based on our caculations and the ones entered to QBO to reconcile for W-2 prep. | 3.90 200.00/hr | 780.00 |
| 10/20/23 Chr (1.4) Finalize Quarter 1, 2, 3 numbers and calculation of tax due (1.1) Filing via EFTPS for payment of returns and EDD eServices to pay for California returns. (0.3) Setting up and double checking new bank account in EFTPS and EDD eServices. (1.5) Finalizing spreadsheets to track all payroll payments for W-2. | 4.30 200.00/hr | 860.00 |
| 10/21/23 APL Working on 1st quarter, 2nd quarter and 3rd quarter 2023 payroll. | 0.50 510.00/hr | 255.00 |
| 10/23/23 APL Follow on review of discrepency in employee payments. | 0.40 510.00/hr | 204.00 |
| Chr (0.3) Correspondence with Tony Pika and Jennifer Jacobs. (1.2) Working on Payroll: finalizing 941s and California DE 9 and DE 9C (0.2) Assembly for review. | 1.70 200.00/hr | 340.00 |

National Small Business Alliance                                    Page    8

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/24/23 | Chr | (1.1) Final Form 940, calcluation of credit reduction and updating forms, (0.7) File Quarter 4 returns for IRS and California, (0.4) Pay IRS and California Q4 taxes, (0.2) Meeting with Art regarding Part 2 of Form 941, (1.2) Preparation of W-2 for Mr. Ngo and W-3, plus red forms. | 3.60 200.00/hr | 720.00 |
| 10/25/23 | APL | Checking payroll calculation for 2023. | 0.50 510.00/hr | 255.00 |
|  | APL | Discussion with Trustee on bank account transfer balances, year end payroll tax returns, and reconciliation of income and expense with new owner. | 0.40 510.00/hr | 204.00 |
|  | Chr | (1.2) Preparation of Forms 1099 for Michael and Ray and assembly. (0.4) Preparation of Form 1096. | 1.60 200.00/hr | 320.00 |
|  | Chr | (0.5) Beginning work on final Chapter 7 MOR; copying Form UST Form 11-MOR. (0.7) Downloading transactions and reviewing statements. (0.3) Reviewing docket entry and order to run business. (0.1) Correspondence with Trustee | 1.60 200.00/hr | 320.00 |
| 10/26/23 | APL | Review of 1099 and 1096 and sending to subcontractors. | 0.40 510.00/hr | 204.00 |
|  | Chr | (0.7) Ingest and coding of bank transactions. (0.8) Initial work on bank reconciliations and bank | 2.70 200.00/hr | 540.00 |

National Small Business Alliance                                      Page    9

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | redactions; assembly and footers.<br>(0.5) Calculation of cumulative receipts, disbursements, net income, and taxes.<br>(0.7) Finalizing Form 11-MOR entries. |  |  |
| 10/26/23 Chr | (0.2) Phone meeting with Art and Wendell to discuss Axos, (0.3) Test to send ACH from Axos accounts to Wendell's Chapter 7 account and verification. | 0.40<br>200.00/hr | 80.00 |
| 10/30/23 Chr | Continuing to work on Monthly Operating Report. | 2.40<br>200.00/hr | 480.00 |
|  | (1.2) finalizing coding transactions and reconciliation of accounts and preparation of statements.<br>(0.3) Working on disclosure statement.<br>(0.9) Initial work on preparation attachments required for filing. |  |  |
| 10/31/23 Chr | (0.5) Finalize disclosure statement for attachment to MOR.<br>(0.3) Compilation report for final MOR.<br>(0.9) Preparation of report of disbursements and deposits, income statement, and balance sheet with latest information. | 1.70<br>200.00/hr | 340.00 |
| Chr | (0.3) Finalizing and review of Form 940, paying federal tax deposit via EFTPS. | 0.30<br>200.00/hr | 60.00 |

National Small Business Alliance                                      Page    10

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/6/23 | APL Email regarding 3rd quarter claim US Trustee. Review of file and reply. | 0.40<br>510.00/hr | 204.00 |
|  | APL Phone call to Axos on closing account. Transferring funds to Trustee's account. | 0.40<br>510.00/hr | 204.00 |
| 11/7/23 | APL Phone calls to Axos and closing accounts to transfer funds to Trustee's account. | 0.50<br>510.00/hr | 255.00 |
| 11/8/23 | APL Axos email waiver of fee. | 0.50<br>510.00/hr | 255.00 |
| 11/10/23 | APL Trustee to phone call on transfer of fund, 2023 tax return, and closing estate. | 0.40<br>510.00/hr | 204.00 |
| 11/15/23 | Chr (0.4) Updating books with TriState bank statement from Trustee and coding transactions. (0.5) Updating reports for attachment with latest balance sheet, profit and loss, and schedule of receipts and deposits. | 0.90<br>200.00/hr | 180.00 |
| 11/20/23 | APL Review of final MOR and phone call with Trustee. | 0.30<br>510.00/hr | 153.00 |
|  | Chr (0.3) Assembly and delivery of final Chapter 7 MOR to Trustee. | 0.30<br>200.00/hr | 60.00 |
| 11/28/23 | APL Review of notice from Axos bank and Trustee's email. Response to Axos. | 0.50<br>510.00/hr | 255.00 |
|  | APL Emails Axos bank and charge back fee. | 0.50<br>510.00/hr | 255.00 |

National Small Business Alliance																							Page   11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/12/23 | APL | Email with Lelsie Perez at Axos on bank fees and closing bank account. | 0.50<br>510.00/hr | 255.00 |
| 1/10/24 | Chr | (0.6) Review of draft Form 2 and conversion to prepare for ingest into QuickBooks. | 0.60<br>200.00/hr | 120.00 |
| 1/11/24 | Chr | (0.7) Entering transactions into QuickBooks<br>(0.3) Reconciliation of Form 2 to books.<br>(0.3) Transfer of 2022 tax return to 2023 software.<br>(0.4) Conversion of trial balance from QB to Trial Balance software for ingest in tax software.<br>(0.6) Adjusting journal entries for trial balance. | 2.30<br>200.00/hr | 460.00 |
| 1/12/24 | Chr | (0.5) Finalizing bookkeeping for 2023.<br>(0.2) Review of 2022 notes and 2022 tax return.<br>(0.3) Adjustment to liabilities, and finalizing trial balance to move to tax return.<br>(0.4) Linking trial balance to 2023 federal tax return.<br>(0.8) Continuing to prepare 2023 federal tax return pages 1-5.<br>(0.4) Review of payroll and subcontractor expenses and schedule for Art. | 2.60<br>200.00/hr | 520.00 |
| 1/15/24 | Chr | (0.4) Meeting with Art to review notes regarding balance sheet<br>(0.2) Adjustment to balance sheet in trial balance software. | 1.90<br>200.00/hr | 380.00 |

National Small Business Alliance								Page    12

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | (1.1) Continuing to prepare 2023 federal tax return.<br>(0.2) Reviewing 2022 DC tax return. |  |  |
| 1/16/24 Chr | (0.6) Continuing work on DC tax return.<br>(0.5) Final review and list of questions for Art. | 1.10<br>200.00/hr | 220.00 |
| 1/25/24 Chr | (0.3) Meeting with Art regarding tax returns.<br>(0.5) Adjustment to returns and adjusting balance sheet and calculating administrative expenses. | 0.80<br>200.00/hr | 160.00 |
| 1/26/24 Chr | (0.4) Meeting with Art regarding final returns.<br>(0.7) Assembly of tax returns and correspondence/delivery to Trustee for electronic signature. | 1.10<br>200.00/hr | 220.00 |
| 1/27/24 APL | Review of workpapers and form 2 and documents .5 ;  Tax return preparation fof 2023 .5; Letters for expedited review .3; and Instruction letter for Trustee .2. | 1.50<br>510.00/hr | 765.00 |
|  | For professional services rendered | 85.80 | $21,097.00 |
|  | Balance due |  | $21,097.00 |

Payment can be made via PayPal at    arthurlander.com/paynow