**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re:  I NATIONAL SMALL BUSINESS ALLIANCE            § Case No. 21-00031
                                                     §
                                                     §
                                                     §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/31/2021. The case was converted to one under Chapter 7 on 08/18/2023. The undersigned trustee was appointed on 08/18/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                $      112,822.73

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 48,128.41 |
| Bank service fees | 637.16 |
| Other payments to creditors | 5,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $      59,057.16 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/20/2023 and the deadline for filing governmental claims was 12/20/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,891.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,891.14, for a total compensation of $8,891.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2024

By: /s/ Wendell W. Webster
        Trustee , Bar No.: 245696

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 21-00031
Case Name: I NATIONAL SMALL BUSINESS ALLIANCE
For Period Ending: 12/02/2024

Trustee Name: (730040) Wendell W. Webster
Date Filed (f) or Converted (c): 08/18/2023 (c)
§ 341(a) Meeting Date: 09/21/2023
Claims Bar Date: 12/20/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at AXOS, xxxxxx8607 (u) | 7,010.60 | 7,010.60 | | 85,481.46 | FA |
| 2 | Global Impact Group, Inc, 0% ownership, Valuation Method: $1 Liquidation Value (u) | 1.00 | 1.00 | | 0.00 | FA |
| 3 | National Small Business Alliance ("NSBA SD"By an Order endered on 7/28/21 this Honorable Court, the Court found that these 2 entities are alter egos of the Debtor, 0% ownership, Valuation Method: $1 Liquidation Value (u) | 1.00 | 1.00 | | 1.00 | FA |
| 4 | Goodwill | 970,000.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at US Bank (NSBA Services), xxxxxx5524 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | NSBA, Inc (u)<br>Liquidation from Sale of Business per court Order DKT 447. $5,000 paid directly to secured creditor. | 20,000.00 | 0.00 | | 25,000.00 | FA |
| 7 | IRS 941 Refund (u) | 0.00 | 0.00 | | 8.56 | FA |
| 8 | IRS 941 Refund (u) | 0.00 | 0.00 | | 1,147.88 | FA |
| 9 | IRS 940 Refund (u) | 0.00 | 0.00 | | 86.44 | FA |
| 10 | CA State Tax Refund (u) | 0.00 | 0.00 | | 322.00 | FA |
| 11 | CA State Employment Tax Refund (u) | 0.00 | 0.00 | | 62.48 | FA |
| 12 | CA State Employment (u) | 0.00 | 0.00 | | 712.91 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$997,012.60** | **$7,012.60** | | **$112,822.73** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

| | |
|---|---|
| Case No.: 21-00031 | Trustee Name: (730040) Wendell W. Webster |
| Case Name: I NATIONAL SMALL BUSINESS ALLIANCE | Date Filed (f) or Converted (c): 08/18/2023 (c) |
| | § 341(a) Meeting Date: 09/21/2023 |
| For Period Ending: 12/02/2024 | Claims Bar Date: 12/20/2023 |

**Major Activities Affecting Case Closing:**

9/9/24 - Tax refund of $712.91 received for California employment taxes.

8/22/24 - Tax refunds of $322.00 and $62.48 received for California employment taxes.

7/16/24 - Request for extension of bank service fee exemption pending receipt of tax refunds; Stretto agreed to extend service fee exemption for additional 60 days to Sept. 30, 2024.

7/15/24 - Tax refund of $1,147.88 received for Federal employment taxes.

7/9/24 - Awaiting final tax refunds from EDD for employment tax refunds in the amounts of $62.48, $322.00 & $747.22.

6/22/24 - Tax refunds not yet received; Requests for Duplicate Controller's Warrant/Stop Payment forms submitted to CA Employment Development Dept (EDD) for refunds in the amount of $62.48 & $322.00.

5/15/24 - Banking exemption requested for Stretto banking service fees, pending final resolution of debtor's tax issues. Exemption granted for period 5/1/24 to 7/31/24.

4/19/24 - T/C with Art Lander; receipt of tax refund on behalf of the estate within next 2 weeks.

3/15/24 - Tax refund not yet received; TFR on hold.

2/10/24 - Accountant received notice of tax refund for state taxes; TFR on hold pending receipt of refund.

1/9/24 - Contacted STRETTO to update Form 1; draft Form 2 forwarded to acct for preparation of 2023 tax rtns.

12/15/23 - State & federal employment taxes pd on 11/20/23 ($920.05 pd to Calif; $4,650.16 pd to IRS for FICA & FUTA taxes).

11/8/23 - Balance of Axos Bk fds transferred to Chapter 7 estate ($33,085.10 on 11/8/23 & $7,396.36 on 11/7/23).

10/4/23 - Order granting motion to sell assets approved on 10/4/23; assets sold for $25,00- $5,000 pd to secured creditor.

9/15/23 - Axos Bk acct fds ($35,000) for the Debtor were transferred to the Chapter 7 estate on 9/14/23; Debtor representative, R Longino & Debtor's atty E Nwaubani have been reminded via email of the Zoom 341 mtg scheduled for 9:30 am EST on 9/21/23.

**Initial Projected Date Of Final Report (TFR):** 08/22/2024    **Current Projected Date Of Final Report (TFR):** 09/30/2024 (Actual)

| | |
|---|---|
| 12/02/2024 | /s/Wendell W. Webster |
| Date | Wendell W. Webster |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 21-00031 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******2245 Checking |
| For Period Ending: | 12/02/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/23 | {1} | Marc Albert, Ch 11 Trustee | Ch 11 Operating Acct Funds | 1229-000 | 10,000.00 | | 10,000.00 |
| 08/31/23 | 101 | Quang Ngo | Employee Compensation (2 Weeks) | 2690-000 | | 2,000.00 | 8,000.00 |
| 08/31/23 | 102 | Raymond Longino | Independent Contractor Compensation Stopped on 09/07/2023 | 2690-000 | | 3,000.00 | 5,000.00 |
| 09/07/23 | 102 | Raymond Longino | Independent Contractor Compensation Stopped: check issued on 08/31/2023 | 2690-000 | | -3,000.00 | 8,000.00 |
| 09/07/23 | 103 | Raymond Longino | Employee Compensation 2 Weeks | 2690-000 | | 3,000.00 | 5,000.00 |
| 09/12/23 | 104 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 4,000.00 |
| 09/12/23 | 105 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 2,500.00 |
| 09/15/23 | {1} | I NATIONAL SMALL BUSINESS ALLIANCE | NSB Alliance    Transfer National Small Busines | 1229-000 | 35,000.00 | | 37,500.00 |
| 09/18/23 | 106 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 36,500.00 |
| 09/18/23 | 107 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 35,500.00 |
| 09/18/23 | 108 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 34,000.00 |
| 09/18/23 | 109 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 32,500.00 |
| 09/25/23 | 110 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 31,500.00 |
| 09/25/23 | 111 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 30,000.00 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 32.24 | 29,967.76 |
| 10/02/23 | 112 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 28,967.76 |
| 10/02/23 | 113 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 27,467.76 |
| 10/09/23 | 114 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 26,467.76 |
| 10/09/23 | 115 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 24,967.76 |
| 10/23/23 | | IRS | IRS        USATAXPYMT    NATIONAL SMALL BUSINES | 2690-000 | | 3,619.49 | 21,348.27 |
| 10/23/23 | | IRS | IRS        USATAXPYMT    NATIONAL SMALL BUSINES | 2690-000 | | 3,619.58 | 17,728.69 |
| 10/24/23 | | California Payroll Tax | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | 2690-000 | | 451.95 | 17,276.74 |
| 10/24/23 | | California Payroll Tax | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | 2690-000 | | 773.95 | 16,502.79 |
| 10/26/23 | | California Payroll Tax | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | 2690-000 | | 118.20 | 16,384.59 |
| 10/26/23 | | IRS | IRS        USATAXPYMT    NATIONAL SMALL BUSINES | 2690-000 | | 946.67 | 15,437.92 |
| 10/27/23 | {3} | NSBA | NSB Alliance    TEST WENDELL WEBSTER | 1229-000 | 1.00 | | 15,438.92 |
| 10/27/23 | 116 | Raymond Longino | Final Independent Contractor Compensation | 2690-000 | | 2,100.00 | 13,338.92 |
| 10/27/23 | 117 | Quang Ngo | Final Employee Compensation | 2690-000 | | 1,400.00 | 11,938.92 |

Page Subtotals:    $45,001.00    $33,062.08

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

| Form 2 | | | | | Exhibit B | |
|---|---|---|---|---|---|---|
| | | **Cash Receipts And Disbursements Record** | | | Page: 2 | |

| Case No.: | 21-00031 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******2245 Checking |
| For Period Ending: | 12/02/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 41.75 | 11,897.17 |
| 11/01/23 | | IRS | IRS          USATAXPYMT NATIONAL SMALL BUSINES | 2690-000 | | 84.00 | 11,813.17 |
| 11/07/23 | {1} | NSBA Ch 7 Bktcy Estate | NSB Alliance Tax WW chp 7 WENDELL WEBSTER | 1229-000 | 4,627.26 | | 16,440.43 |
| 11/07/23 | {1} | NSBA Ch 7 Bktcy Estate | NatSBusAlliance  WW Chpt 7 WENDELL WEBSTER | 1229-000 | 25.00 | | 16,465.43 |
| 11/07/23 | {1} | NSBA Ch 7 Bktcy Estate | NSBA 0331       WW Chpt 7 WENDELL WEBSTER | 1229-000 | 2,744.10 | | 19,209.53 |
| 11/08/23 | {1} | NSBA Ch 7 Bktcy Estate | NSB Alliance     WW Chpt 7 WENDELL WEBSTER | 1229-000 | 33,085.10 | | 52,294.63 |
| 11/09/23 | | McNamee Hosea | Sale proceeds from asset sale | | 20,000.00 | | 72,294.63 |
| | {6} | | Liquidation of NSBA, Inc.   $25,000.00 | 1229-000 | | | |
| | | Venture Resources Consulting, LLC & John Rainaldi | Proceeds paid to creditor per court Order DKT 447   -$5,000.00 | 4110-000 | | | |
| 11/09/23 | {6} | McNamee Hosea | Duplicate deposit reversed 11/10; see deposit no. 10002 | 1229-000 | 20,000.00 | | 92,294.63 |
| 11/09/23 | {6} | McNamee Hosea | Deposit Reversal: Sale proceeds from asset sale | 1229-000 | -20,000.00 | | 72,294.63 |
| 11/20/23 | 118 | United States Treasury | 941 FICA Employment Taxes | 2690-000 | | 946.67 | 71,347.96 |
| 11/20/23 | 119 | United States Treasury | 940 FUTA Unemployment Taxes | 2690-000 | | 84.00 | 71,263.96 |
| 11/20/23 | 120 | United States Treasury | 941 Adjusted Employment Taxes 1st Q 2023 | 2690-000 | | 3,619.49 | 67,644.47 |
| 11/20/23 | 121 | Franchise Tax Board | California Employment Taxes 1st Q 2023 | 2690-000 | | 920.05 | 66,724.42 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 87.89 | 66,636.53 |
| 12/12/23 | 122 | McNamee Hosea | Ch 7 Legal Fees | 3210-000 | | 7,612.50 | 59,024.03 |
| 12/12/23 | 123 | McNamee Hosea | Ch 7 Atty Exps | 3220-000 | | 1,493.87 | 57,530.16 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 96.19 | 57,433.97 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 101.00 | 57,332.97 |
| 02/05/24 | 124 | DC Treasurer | TIN:47-4270871; Tax Period Ended 12/31/23; D-20 Rtn | 2820-000 | | 250.00 | 57,082.97 |
| 02/21/24 | 125 | SeibertKeck Insurance Partners | Policy #3792909 03/01/2024-03/01/2025 | 2300-000 | | 87.99 | 56,994.98 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 88.30 | 56,906.68 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 87.92 | 56,818.76 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 96.87 | 56,721.89 |
| 05/10/24 | {7} | US Treasury | IRS/941 Ref | 1224-000 | 8.56 | | 56,730.45 |
| 07/15/24 | {8} | Department of the Treasury | Federal Tax Refund | 1224-000 | 1,147.88 | | 57,878.33 |
| 07/18/24 | {9} | US Treasury | IRS Refund Fm 940 12.2023 | 1224-000 | 86.44 | | 57,964.77 |
| 07/24/24 | {9} | US Treasury | IRS Refund 940 Tax 12.2023 | 1224-000 | 86.44 | | 58,051.21 |

Page Subtotals:   $61,810.78   $15,698.49

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

Form 2          Exhibit B

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 21-00031 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******2245 Checking |
| For Period Ending: | 12/02/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/24/24 | {9} | US Treasury | Deposit Reversal: IRS Refund 940 Tax 12.2023 | 1224-000 | -86.44 | | 57,964.77 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 57,959.77 |
| 08/08/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -5.00 | 57,964.77 |
| 08/22/24 | {10} | State of California | State Employment Tax Refund | 1224-000 | 322.00 | | 58,286.77 |
| 08/22/24 | {11} | State of California | State Employment Tax Refund | 1224-000 | 62.48 | | 58,349.25 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 58,344.25 |
| 09/09/24 | {12} | State of California | Employment Tax Refund | 1224-000 | 712.91 | | 59,057.16 |
| | | **COLUMN TOTALS** | | | 107,822.73 | 48,765.57 | $59,057.16 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 107,822.73 | 48,765.57 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $107,822.73 | $48,765.57 | |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 4

| | | | |
|---|---|---|---|
| **Case No.:** | 21-00031 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | I NATIONAL SMALL BUSINESS ALLIANCE | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0871 | **Account #:** | ******2245 Checking |
| **For Period Ending:** | 12/02/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $107,822.73 |
| Plus Gross Adjustments: | $5,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $112,822.73 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2245 Checking | $107,822.73 | $48,765.57 | $59,057.16 |
| | **$107,822.73** | **$48,765.57** | **$59,057.16** |

12/02/2024
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

Printed: 12/02/2024 6.31 AM                                                                                        Page: 1

# Exhibit C
## Claims Distribution - Mon, 12-02-2024
### Trustee: Webster

| Case Number: | 21-00031 | Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE |
|---|---|---|---|
| Petition Date: | 01/31/2021 | Judge: | ELIZABETH L. GUNN |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE | Wendell W. Webster | A7 | 200 | $8,891.14 | $0.00 | $8,891.14 | $0.00 | $8,891.14 | 100.00 % | $50,166.02 |
| Admn | McNamee Hosea | A7 | 200 | $7,612.50 | $7,612.50 | $0.00 | $0.00 | $0.00 | 100.00 % | $50,166.02 |
| Admn | McNamee Hosea | A7 | 200 | $1,493.87 | $1,493.87 | $0.00 | $0.00 | $0.00 | 100.00 % | $50,166.02 |
| Admn | Arthur C.P.A. P.C. Lander | A7 | 200 | $21,097.00 | $0.00 | $21,097.00 | $0.00 | $21,097.00 | 100.00 % | $29,069.02 |
| Admn | Arthur C.P.A. P.C. Lander | A11 | 300 | $23,805.52 | $0.00 | $23,805.52 | $0.00 | $4,098.93 | 17.22 % | $24,970.09 |
| Admn | Stinson LLP | A11 | 300 | $128,808.58 | $0.00 | $128,808.58 | $0.00 | $22,178.76 | 17.22 % | $2,791.33 |
| Admn | Marc Albert, Trustee | A11 | 300 | $10,611.11 | $0.00 | $10,611.11 | $0.00 | $1,827.06 | 17.22 % | $964.27 |
| BOND | SeibertKeck Insurance Partners | A7 | 200 | $87.99 | $87.99 | $0.00 | $0.00 | $0.00 | 100.00 % | $964.27 |
| 11 | U.S. Trustee | A7 | 200 | $964.27 | $0.00 | $964.27 | $0.00 | $964.27 | 100.00 % | $0.00 |
| | Totals: | | | $203,371.98 | $9,194.36 | $194,177.62 | $0.00 | $59,057.16 | | |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-00031
Case Name:  I NATIONAL SMALL BUSINESS ALLIANCE
Trustee Name: Wendell W. Webster

**Balance on hand:** $ 59,057.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Venture Resources Consulting, LLC & John Rainaldi | 201,770.72 | 201,770.72 | 5,000.00 | 0.00 |
| 10S | Department of Treasury | 164,304.67 | 164,304.67 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 59,057.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 8,891.14 | 0.00 | 8,891.14 |
| Accountant for Trustee, Fees - Arthur C.P.A. P.C. Lander | 21,097.00 | 0.00 | 21,097.00 |
| Fees, United States Trustee | 964.27 | 0.00 | 964.27 |
| Bond Payments - SeibertKeck Insurance Partners | 87.99 | 87.99 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea | 7,612.50 | 7,612.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - McNamee Hosea | 1,493.87 | 1,493.87 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $ 30,952.41
Remaining balance:  $ 28,104.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation  - Marc Albert, Trustee | 10,611.11 | 0.00 | 1,827.06 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Stinson LLP | 128,808.58 | 0.00 | 22,178.76 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - Arthur C.P.A. P.C. Lander | 23,805.52 | 0.00 | 4,098.93 |

Total to be paid for prior chapter administrative expenses:  $ 28,104.75
Remaining balance:  $ 0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $23,395.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Bankruptcy Section MS A340 | 4,339.77 | 0.00 | 0.00 |
| 10P | Department of Treasury | 19,055.96 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $788,895.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Bankruptcy Section MS A340 | 17,839.99 | 0.00 | 0.00 |
| 2 | Venture Resources Consulting, LLC | 494,864.20 | 0.00 | 0.00 |
| 4 | Michael Essary | 8,786.00 | 0.00 | 0.00 |
| 5 | Ken Bethel | 60,687.49 | 0.00 | 0.00 |
| 6 | Connelly Paving Co. | 91,875.00 | 0.00 | 0.00 |
| 7 | Jennifer Bethel | 25,000.00 | 0.00 | 0.00 |
| 8 | Thomas J. Kelly | 50,000.00 | 0.00 | 0.00 |
| 9 | Lisa Johnson | 32,531.25 | 0.00 | 0.00 |
| 10U | Department of Treasury | 7,311.33 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  |  | None |  |  |

**UST Form 101-7-TFR(5/1/2011)**

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| --- | --- | --- | --- |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| | | None | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| --- | --- | --- | --- |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**