The order below is hereby signed.

Signed: December 18 2024

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                              )
   National Small Business          )
          Alliance, Inc.       )   Case No. 21-00031 ELG
                                    )          Chapter 7
      Debtor                        )

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation to Arthur Lander C.P.A., P.C. in the amount of $21,097.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N.  Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Seen and Agreed to:

/s/ Wendell Webster
_____
Wendell Webster, Trustee
1101 Connecticut Avenue NW Suite 402
Washington, DC 20036
202-659-8510
wwebster@websterfredrickson.com

Service of order: recipients of electronic notice

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N.  Washington St. #104
Alexandria, VA  22314