The order below is hereby signed.

Signed: December 18 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF COLUMBIA
In Re:                              )
    National Small Business         )
                Alliance, Inc.      )   Case No. 21-00031 ELG
                                    )         Chapter 7
                Debtor              )
```

ORDER ALLOWING COMPENSATION TO ACCOUNTANT FOR THE TRUSTEE

The motion for Application for final compensation to Arthur Lander C.P.A., P.C. in the amount of $21,097.00 is granted.

**END OF ORDER**

/S/ Arthur Lander

_____
Arthur Lander, Esq.
For Applicant Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, Va. 22314
(703) 486-0700
law@businesslegalservicesinc.com
DC Bar No. 421860

Seen and Agreed to:

/s/ Wendell Webster
_____
Wendell Webster, Trustee
1101 Connecticut Avenue NW Suite 402
Washington, DC 20036
202-659-8510
wwebster@websterfredrickson.com

Service of order: recipients of electronic notice

Copies to:

United States Trustee
1725 Duke St.
Alexandria, VA  22314

Marc Albert
Chapter 11 Trustee
1775 Pennsylvania Ave. NW Suite
Suite 800
Washington, DC  20006

Arthur Lander
300 N. Washington St. #104
Alexandria, VA  22314

United States Bankruptcy Court

District of Columbia

In re:  Case No. 21-00031-ELG

National Small Business Alliance, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Dec 18, 2024      Form ID: pdf001      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| acc | + | Arthur Lander CPA PC, 300 N. Washington St., Suite 104, Alexandria, VA 22314-2530 |
| acc | + | Arthur Lander CPA PC, 300 N. Washington St. #104, Alexandria, VA 22314-2530 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Creditor Ken Bethel ADavison@beankinney.com gaslam@beankinney.com |
| Andrea Campbell Davison | on behalf of Creditor Lisa Johnson ADavison@beankinney.com gaslam@beankinney.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Bradford F. Englander | on behalf of Defendant The Motiva Group Inc. benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |
| Bradford F. Englander | on behalf of Creditor The Motiva Group Inc. benglander@whitefordlaw.com, twhitt@wtplaw.com;dchaney@whitefordlaw.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf001 | Total Noticed: 2 |

Eric Chibueze Nwaubani
    on behalf of Attorney Law Group International Chartered enwaubani391@gmail.com

Eric Chibueze Nwaubani
    on behalf of Debtor National Small Business Alliance Inc. enwaubani391@gmail.com

Jeffery T. Martin
    on behalf of Creditor Connelly Paving Co. jeff@martinlawgroup.com
    Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Joshua W. Cox
    on behalf of Defendant Marc E Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Joshua W. Cox
    on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc Elliott Albert
    on behalf of Trustee Marc E. Albert malbert@stinson.com
    Porsche.barnes@stinson.com;marc.albert@stinson.com;Joshua.cox@stinson.com

Maurice Belmont VerStandig
    on behalf of Plaintiff The Rainaldi Family Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor Venture Resources Consulting LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor Rainaldi Family Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor John Rainaldi mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Venture Resources Consulting LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff John Rainaldi mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com DC03@ecfcbis.com

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 24