IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: ) | 21-00031-ELG |
| NATIONAL SMALL BUSINESS ) | |
| ALLIANCE, INC., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |

## LINE TO AMEND TRUSTEE'S FINAL REPORT

Wendell W. Webster, Trustee ("Trustee") for the estate of National Small Business Alliance, Inc., files this line to seek approval of a revised final report, and states as follows:

The Trustee submitted a final report on December 16, 2024 (Docket No. 465), which provided on page 10 thereof for payment of $28,104.75 to three holders of Chapter 11 administrative claims, as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation - Marc Albert, Trustee | 10,611.11 | $0.00 | 1,827.06 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Stinson LLP | 128,808.58 | $0.00 | 22,178.76 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - Arthur C.P.A. P.C. Lander | 23,805.52 | $0.00 | 4,098.93 |

The Trustee overlooked the order dated November 29, 2022 allowing the administrative expense of Law Group International Chartered and Eric Nwaubani, Esq. in the amount of

_____
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

$88,121.30 (Docket No. 390), of which all but $25,000 was subordinated by the Chapter 11 Trustee's confirmed plan (Docket No. 377, p. 8).  Accordingly, the proposed distribution in the Trustee's Final Report should revised as following:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation - Marc Albert, Trustee | $10,611.11 | $0.00 | $1,584.39 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Stinson LLP | $128,808.58 | $0.00 | $19,232.99 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - Arthur C.P.A. P.C. Lander | $23,805.52 | $0.00 | $3554.51 |
| Prior Chapter Attorney for Debtor Law Group International Chartered and Eric Nwaubani, Esq. | $25,000.00 | $0.00 | $3,732.86 |

The Trustee requests that the Court approve the distribution in the final report as revised. Further, in light of the fact that the original final report was already served on over 800 creditors who are receiving no distribution either way, the Trustee requests that the Court determine service of this line is unnecessary.

Dated:  December 24, 2024                                      Respectfully submitted

/s/ Justin P. Fasano
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 24, 2024, I served a copy of the foregoing was served via CM/ECF, upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano