The order below is hereby signed.

Signed: January 10 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DISTRICT OF COLUMBIA

In re:

NATIONAL SMALL BUSINESS ALLIANCE, I

Debtor(s).

Case No. 21-00031
Chapter 7

### ORDER APPROVING AMENDED FINAL REPORT, DISTRIBUTION AND APPLICATIONS FOR FEES AND EXPENSES

Upon consideration of the Trustee's Line to Amend Final Report and Proposed Distribution and the accompanying Applications (the "Report"), notice of the Report having been served via CM/ECF to all parties receiving notice thereby, there being no objection made to the Report, and for good cause shown in the Line to Amend Trustee's Final Report, it is hereby:

ORDERED:

1. Reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| Applicant | Compensation | Expenses |
|---|---|---|
| Wendell W. Webster, Trustee | $ 8,891.14 | $0.00 |

2. The final report and distribution to creditors are hereby approved, as revised in the Line to Amend Trustee's Final Report and the Trustee is directed to make payment in accordance with said distribution.

1

**I ASK FOR THIS:**

*/s/ Wendell W. Webster*
*Wendell W. Webster, Esq.*
Chapter 7 Trustee
DC Bar No. 245696

Copies to:

All parties registered to receive service through the Court's CM/ECF system and:

Wendell W. Webster, Trustee
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW
Suite 402
Washington, DC 20036

Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA  22314