**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: I NATIONAL SMALL BUSINESS ALLIANCE | § § § § | Case No. 21-00031 |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Wendell W. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $970,001.00 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,000.00 | Claims Discharged Without Payment: | $1,934,097.78 |
| Total Expenses of Administration: | $107,822.73 | | |

3) Total gross receipts of $112,822.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $112,822.73 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $244,483.87 | $366,075.39 | $366,075.39 | $5,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $79,629.99 | $79,717.98 | $79,717.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $163,225.21 | $188,225.21 | $28,104.75 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $440,188.11 | $23,395.73 | $23,395.73 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,145,202.52 | $788,895.26 | $788,895.26 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,829,874.50 | $1,421,221.58 | $1,446,309.57 | $112,822.73 |

4) This case was originally filed under chapter 7 on 01/31/2021, and it was converted to chapter 7 on 08/18/2023. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2025        By: /s/ Wendell W. Webster
                             Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at AXOS, xxxxxx8607 | 1129-000 | $85,481.46 |
| National Small Business Alliance ("NSBA SD"By an Order endered on 7/28/21 this Honorable Court, the Court found that the | 1129-000 | $1.00 |
| CA State Employment | 1224-000 | $712.91 |
| CA State Employment Tax Refund | 1224-000 | $62.48 |
| CA State Tax Refund | 1224-000 | $322.00 |
| IRS 940 Refund | 1224-000 | $86.44 |
| IRS 941 Refund | 1224-000 | $1,147.88 |
| IRS 941 Refund | 1224-000 | $8.56 |
| NSBA, Inc | 1229-000 | $25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$112,822.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Venture Resources Consulting, LLC & John Rainaldi | 4110-000 | NA | $201,770.72 | $201,770.72 | $5,000.00 |
| 10S | Department of Treasury | 4110-000 | NA | $164,304.67 | $164,304.67 | $0.00 |
| N/F | Venture Resources Consulting | 4110-000 | $244,483.87 | NA | NA | NA |
| | **TOTAL SECURED** | | **$244,483.87** | **$366,075.39** | **$366,075.39** | **$5,000.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wendell W. Webster | 2100-000 | NA | $8,891.14 | $8,891.14 | $8,891.14 |
| Accountant for Trustee, Fees - Arthur C.P.A. P.C. Lander | 3310-000 | NA | $21,097.00 | $21,097.00 | $21,097.00 |
| Fees, United States Trustee | 2950-000 | NA | $964.27 | $964.27 | $964.27 |
| Bond Payments - SeibertKeck Insurance Partners | 2300-000 | NA | $0.00 | $87.99 | $87.99 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $637.16 | $637.16 | $637.16 |
| Chapter 7 Operating Case Expenses - California Payroll Tax | 2690-000 | NA | $1,344.10 | $1,344.10 | $1,344.10 |
| Chapter 7 Operating Case Expenses - Franchise Tax Board | 2690-000 | NA | $920.05 | $920.05 | $920.05 |
| Chapter 7 Operating Case Expenses - IRS | 2690-000 | NA | $8,269.74 | $8,269.74 | $8,269.74 |
| Chapter 7 Operating Case Expenses - Quang Ngo | 2690-000 | NA | $9,400.00 | $9,400.00 | $9,400.00 |
| Chapter 7 Operating Case Expenses - Raymond Longino | 2690-000 | NA | $14,100.00 | $14,100.00 | $14,100.00 |
| Chapter 7 Operating Case Expenses - United States Treasury | 2690-000 | NA | $4,650.16 | $4,650.16 | $4,650.16 |
| Other State or Local Taxes (post-petition) - DC Treasurer | 2820-000 | NA | $250.00 | $250.00 | $250.00 |
| Attorney for Trustee Fees (Other Firm) - McNamee Hosea | 3210-000 | NA | $7,612.50 | $7,612.50 | $7,612.50 |
| Attorney for Trustee Expenses (Other Firm) - McNamee Hosea | 3220-000 | NA | $1,493.87 | $1,493.87 | $1,493.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$79,629.99** | **$79,717.98** | **$79,717.98** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - Arthur C.P.A. P.C. Lander | 6310-000 | NA | $23,805.52 | $23,805.52 | $3,554.51 |
| Attorney for D-I-P Fees - Eric Nwaubani, Esq. | 6210-160 | $0.00 | $0.00 | $25,000.00 | $3,732.86 |
| Prior Chapter Trustee Compensation - Marc Albert, Trustee | 6101-000 | NA | $10,611.11 | $10,611.11 | $1,584.39 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Stinson LLP | 6110-000 | NA | $128,808.58 | $128,808.58 | $19,232.99 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$163,225.21** | **$188,225.21** | **$28,104.75** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Bankruptcy Section MS A340 | 5800-000 | NA | $4,339.77 | $4,339.77 | $0.00 |
| 10P | Department of Treasury | 5800-000 | NA | $19,055.96 | $19,055.96 | $0.00 |
| N/F | Franchise Tax Board | 5600-000 | $22,179.76 | NA | NA | NA |
| N/F | Motiva Group Attn Mitchell Wagner | 5600-000 | $418,008.35 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$440,188.11** | **$23,395.73** | **$23,395.73** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Bankruptcy Section MS A340 | 7100-000 | NA | $17,839.99 | $17,839.99 | $0.00 |
| 2 | Venture Resources Consulting, LLC | 7100-000 | NA | $494,864.20 | $494,864.20 | $0.00 |
| 4 | Michael Essary | 7100-000 | NA | $8,786.00 | $8,786.00 | $0.00 |
| 5 | Ken Bethel | 7100-000 | $0.00 | $60,687.49 | $60,687.49 | $0.00 |
| 6 | Connelly Paving Co. | 7100-000 | $0.00 | $91,875.00 | $91,875.00 | $0.00 |
| 7 | Jennifer Bethel | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 |
| 8 | Thomas J. Kelly | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 9 | Lisa Johnson | 7100-000 | $0.00 | $32,531.25 | $32,531.25 | $0.00 |
| 10U | Department of Treasury | 7100-000 | $0.00 | $7,311.33 | $7,311.33 | $0.00 |
| N/F | Connelly Paving | 7100-000 | $75,000.00 | NA | NA | NA |
| N/F | Eric Deitz Gordon Rees Scully Mansukhani | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Jennifer Bethel | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Ken Bethel | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | Lisa Johnson | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | Mallory Holt Wingert Grebing Brubaker & Juskie LLP | 7100-000 | $8,282.50 | NA | NA | NA |
| N/F | Rainaldi Family Trust | 7100-000 | $30,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ronald F. Woods & Associates | 7100-000 | $45,902.32 | NA | NA | NA |
| N/F | The Motiva Group, Inc- Attn: Mitchell S. Wagner | 7100-000 | $418,008.35 | NA | NA | NA |
| N/F | The Motiva Group, Inc- Attn: Mitchell S. Wagner, Esq | 7100-000 | $418,008.35 | NA | NA | NA |
| N/F | Thomas Kelly | 7100-000 | $50,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,145,202.52** | **$788,895.26** | **$788,895.26** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 21-00031
Case Name: I NATIONAL SMALL BUSINESS ALLIANCE
For Period Ending: 02/10/2025

Trustee Name: (730040) Wendell W. Webster
Date Filed (f) or Converted (c): 08/18/2023 (c)
§ 341(a) Meeting Date: 09/21/2023
Claims Bar Date: 12/20/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at AXOS, xxxxxx8607 | 7,010.60 | 7,010.60 | | 85,481.46 | FA |
| 2 | Global Impact Group, Inc, 0% ownership, Valuation Method: $1 Liquidation Value (u) | 1.00 | 1.00 | | 0.00 | FA |
| 3 | National Small Business Alliance ("NSBA SD"By an Order endered on 7/28/21 this Honorable Court, the Court found that these 2 entities are alter egos of the Debtor, 0% ownership, Valuation Method: $1 Liquidation Value | 1.00 | 1.00 | | 1.00 | FA |
| 4 | Goodwill | 970,000.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at US Bank (NSBA Services), xxxxxx5524 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | NSBA, Inc (u)<br>Liquidation from Sale of Business per court Order DKT 447. $5,000 paid directly to secured creditor. | 20,000.00 | 0.00 | | 25,000.00 | FA |
| 7 | IRS 941 Refund (u) | 0.00 | 0.00 | | 8.56 | FA |
| 8 | IRS 941 Refund (u) | 0.00 | 0.00 | | 1,147.88 | FA |
| 9 | IRS 940 Refund (u) | 0.00 | 0.00 | | 86.44 | FA |
| 10 | CA State Tax Refund (u) | 0.00 | 0.00 | | 322.00 | FA |
| 11 | CA State Employment Tax Refund (u) | 0.00 | 0.00 | | 62.48 | FA |
| 12 | CA State Employment (u) | 0.00 | 0.00 | | 712.91 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$997,012.60** | **$7,012.60** | | **$112,822.73** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | |
|---|---|
| **Case No.:** 21-00031 | **Trustee Name:** (730040) Wendell W. Webster |
| **Case Name:** I NATIONAL SMALL BUSINESS ALLIANCE | **Date Filed (f) or Converted (c):** 08/18/2023 (c) |
| | **§ 341(a) Meeting Date:** 09/21/2023 |
| **For Period Ending:** 02/10/2025 | **Claims Bar Date:** 12/20/2023 |

**Major Activities Affecting Case Closing:**

9/9/24 - Tax refund of $712.91 received for California employment taxes.

8/22/24 - Tax refunds of $322.00 and $62.48 received for California employment taxes.

7/16/24 - Request for extension of bank service fee exemption pending receipt of tax refunds; Stretto agreed to extend service fee exemption for additional 60 days to Sept. 30, 2024.

7/15/24 - Tax refund of $1,147.88 received for Federal employment taxes.

7/9/24 - Awaiting final tax refunds from EDD for employment tax refunds in the amounts of $62.48, $322.00 & $747.22.

6/22/24 - Tax refunds not yet received; Requests for Duplicate Controller's Warrant/Stop Payment forms submitted to CA Employment Development Dept (EDD) for refunds in the amount of $62.48 & $322.00.

5/15/24 - Banking exemption requested for Stretto banking service fees, pending final resolution of debtor's tax issues. Exemption granted for period 5/1/24 to 7/31/24.

4/19/24 - T/C with Art Lander; receipt of tax refund on behalf of the estate within next 2 weeks.

3/15/24 - Tax refund not yet received; TFR on hold.

2/10/24 - Accountant received notice of tax refund for state taxes; TFR on hold pending receipt of refund.

1/9/24 - Contacted STRETTO to update Form 1; draft Form 2 forwarded to acct for preparation of 2023 tax rtns.

12/15/23 - State & federal employment taxes pd on 11/20/23 ($920.05 pd to Calif; $4,650.16 pd to IRS for FICA & FUTA taxes).

11/8/23 - Balance of Axos Bk fds transferred to Chapter 7 estate ($33,085.10 on 11/8/23 & $7,396.36 on 11/7/23).

10/4/23 - Order granting motion to sell assets approved on 10/4/23; assets sold for $25,00- $5,000 pd to secured creditor.

9/15/23 - Axos Bk acct fds ($35,000) for the Debtor were transferred to the Chapter 7 estate on 9/14/23; Debtor representative, R Longino & Debtor's atty E Nwaubani have been reminded via email of the Zoom 341 mtg scheduled for 9:30 am EST on 9/21/23.

**Initial Projected Date Of Final Report (TFR):** 08/22/2024    **Current Projected Date Of Final Report (TFR):** 09/30/2024 (Actual)

| | |
|---|---|
| 02/10/2025 | /s/Wendell W. Webster |
| Date | Wendell W. Webster |

UST Form 101-7-TDR ( 10 /1/2010)

| | Form 2 | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | | | | Page: 1 |

| Case No.: | 21-00031 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******2245 Checking |
| For Period Ending: | 02/10/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/29/23 | {1} | Marc Albert, Ch 11 Trustee | Ch 11 Operating Acct Funds | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/31/23 | 101 | Quang Ngo | Employee Compensation (2 Weeks) | 2690-000 | | 2,000.00 | 8,000.00 |
| 08/31/23 | 102 | Raymond Longino | Independent Contractor Compensation Stopped on 09/07/2023 | 2690-000 | | 3,000.00 | 5,000.00 |
| 09/07/23 | 102 | Raymond Longino | Independent Contractor Compensation Stopped: check issued on 08/31/2023 | 2690-000 | | -3,000.00 | 8,000.00 |
| 09/07/23 | 103 | Raymond Longino | Employee Compensation 2 Weeks | 2690-000 | | 3,000.00 | 5,000.00 |
| 09/12/23 | 104 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 4,000.00 |
| 09/12/23 | 105 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 2,500.00 |
| 09/15/23 | {1} | I NATIONAL SMALL BUSINESS ALLIANCE | NSB Alliance      Transfer National Small Busines | 1129-000 | 35,000.00 | | 37,500.00 |
| 09/18/23 | 106 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 36,500.00 |
| 09/18/23 | 107 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 35,500.00 |
| 09/18/23 | 108 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 34,000.00 |
| 09/18/23 | 109 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 32,500.00 |
| 09/25/23 | 110 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 31,500.00 |
| 09/25/23 | 111 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 30,000.00 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 32.24 | 29,967.76 |
| 10/02/23 | 112 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 28,967.76 |
| 10/02/23 | 113 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 27,467.76 |
| 10/09/23 | 114 | Quang Ngo | Employee Compensation | 2690-000 | | 1,000.00 | 26,467.76 |
| 10/09/23 | 115 | Raymond Longino | Independent Contractor Compensation | 2690-000 | | 1,500.00 | 24,967.76 |
| 10/23/23 | | IRS | IRS         USATAXPYMT NATIONAL SMALL BUSINES | 2690-000 | | 3,619.49 | 21,348.27 |
| 10/23/23 | | IRS | IRS         USATAXPYMT NATIONAL SMALL BUSINES | 2690-000 | | 3,619.58 | 17,728.69 |
| 10/24/23 | | California Payroll Tax | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | 2690-000 | | 451.95 | 17,276.74 |
| 10/24/23 | | California Payroll Tax | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | 2690-000 | | 773.95 | 16,502.79 |
| 10/26/23 | | California Payroll Tax | EMPLOYMENT DEVEL EDD EFTPMT NATIONAL SMALL BUSINES | 2690-000 | | 118.20 | 16,384.59 |
| 10/26/23 | | IRS | IRS         USATAXPYMT NATIONAL SMALL BUSINES | 2690-000 | | 946.67 | 15,437.92 |
| 10/27/23 | {3} | NSBA | NSB Alliance      TEST WENDELL WEBSTER | 1129-000 | 1.00 | | 15,438.92 |
| 10/27/23 | 116 | Raymond Longino | Final Independent Contractor Compensation | 2690-000 | | 2,100.00 | 13,338.92 |
| 10/27/23 | 117 | Quang Ngo | Final Employee Compensation | 2690-000 | | 1,400.00 | 11,938.92 |

Page Subtotals:        $45,001.00        $33,062.08

{ } Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                ! - transaction has not been cleared

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 21-00031 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******2245 Checking |
| For Period Ending: | 02/10/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 41.75 | 11,897.17 |
| 11/01/23 |  | IRS | IRS     USATAXPYMT NATIONAL SMALL BUSINES | 2690-000 |  | 84.00 | 11,813.17 |
| 11/07/23 | {1} | NSBA Ch 7 Bktcy Estate | NSB Alliance Tax WW chp 7 WENDELL WEBSTER | 1129-000 | 4,627.26 |  | 16,440.43 |
| 11/07/23 | {1} | NSBA Ch 7 Bktcy Estate | NatSBusAlliance  WW Chpt 7 WENDELL WEBSTER | 1129-000 | 25.00 |  | 16,465.43 |
| 11/07/23 | {1} | NSBA Ch 7 Bktcy Estate | NSBA 0331     WW Chpt 7 WENDELL WEBSTER | 1129-000 | 2,744.10 |  | 19,209.53 |
| 11/08/23 | {1} | NSBA Ch 7 Bktcy Estate | NSB Alliance    WW Chpt 7 WENDELL WEBSTER | 1129-000 | 33,085.10 |  | 52,294.63 |
| 11/09/23 |  | McNamee Hosea | Sale proceeds from asset sale |  | 20,000.00 |  | 72,294.63 |
|  | {6} |  | Liquidation of NSBA, Inc.     $25,000.00 | 1229-000 |  |  |  |
|  |  | Venture Resources Consulting, LLC & John Rainaldi | Proceeds paid to creditor per court Order DKT 447     -$5,000.00 | 4110-000 |  |  |  |
| 11/09/23 | {6} | McNamee Hosea | Duplicate deposit reversed 11/10; see deposit no. 10002 | 1229-000 | 20,000.00 |  | 92,294.63 |
| 11/09/23 | {6} | McNamee Hosea | Deposit Reversal: Sale proceeds from asset sale | 1229-000 | -20,000.00 |  | 72,294.63 |
| 11/20/23 | 118 | United States Treasury | 941 FICA Employment Taxes | 2690-000 |  | 946.67 | 71,347.96 |
| 11/20/23 | 119 | United States Treasury | 940 FUTA Unemployment Taxes | 2690-000 |  | 84.00 | 71,263.96 |
| 11/20/23 | 120 | United States Treasury | 941 Adjusted Employment Taxes 1st Q 2023 | 2690-000 |  | 3,619.49 | 67,644.47 |
| 11/20/23 | 121 | Franchise Tax Board | California Employment Taxes 1st Q 2023 | 2690-000 |  | 920.05 | 66,724.42 |
| 11/30/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 87.89 | 66,636.53 |
| 12/12/23 | 122 | McNamee Hosea | Ch 7 Legal Fees | 3210-000 |  | 7,612.50 | 59,024.03 |
| 12/12/23 | 123 | McNamee Hosea | Ch 7 Atty Exps | 3220-000 |  | 1,493.87 | 57,530.16 |
| 12/29/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 96.19 | 57,433.97 |
| 01/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 101.00 | 57,332.97 |
| 02/05/24 | 124 | DC Treasurer | TIN:47-4270871; Tax Period Ended 12/31/23; D-20 Rtn | 2820-000 |  | 250.00 | 57,082.97 |
| 02/21/24 | 125 | SeibertKeck Insurance Partners | Policy #3792909 03/01/2024-03/01/2025 | 2300-000 |  | 87.99 | 56,994.98 |
| 02/29/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 88.30 | 56,906.68 |
| 03/29/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 87.92 | 56,818.76 |
| 04/30/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 96.87 | 56,721.89 |
| 05/10/24 | {7} | US Treasury | IRS/941 Ref | 1224-000 | 8.56 |  | 56,730.45 |
| 07/15/24 | {8} | Department of the Treasury | Federal Tax Refund | 1224-000 | 1,147.88 |  | 57,878.33 |
| 07/18/24 | {9} | US Treasury | IRS Refund Fm 940 12.2023 | 1224-000 | 86.44 |  | 57,964.77 |
| 07/24/24 | {9} | US Treasury | IRS Refund 940 Tax 12.2023 | 1224-000 | 86.44 |  | 58,051.21 |

Page Subtotals:  $61,810.78   $15,698.49

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 21-00031 | Trustee Name: | Wendell W. Webster (730040) |
| --- | --- | --- | --- |
| Case Name: | I NATIONAL SMALL BUSINESS ALLIANCE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***0871 | Account #: | ******2245 Checking |
| For Period Ending: | 02/10/2025 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/24/24 | {9} | US Treasury | Deposit Reversal: IRS Refund 940 Tax 12.2023 | 1224-000 | -86.44 |  | 57,964.77 |
| 07/31/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 57,959.77 |
| 08/08/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | -5.00 | 57,964.77 |
| 08/22/24 | {10} | State of California | State Employment Tax Refund | 1224-000 | 322.00 |  | 58,286.77 |
| 08/22/24 | {11} | State of California | State Employment Tax Refund | 1224-000 | 62.48 |  | 58,349.25 |
| 08/30/24 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 58,344.25 |
| 09/09/24 | {12} | State of California | Employment Tax Refund | 1224-000 | 712.91 |  | 59,057.16 |
| 01/14/25 | 126 | Wendell W. Webster, Trustee | Ch. 7 Admn Claim | 2100-000 |  | 8,891.14 | 50,166.02 |
| 01/14/25 | 127 | Arthur Lander, CPA PC | Admn Claim | 3310-000 |  | 21,097.00 | 29,069.02 |
| 01/14/25 | 128 | Arthur Lander, CPA PC | Admn Claim Voided on 01/14/2025 | 3310-000 |  | 21,097.00 | 7,972.02 |
| 01/14/25 | 128 | Arthur Lander, CPA PC | Admn Claim Voided: check issued on 01/14/2025 | 3310-000 |  | -21,097.00 | 29,069.02 |
| 01/14/25 | 129 | Unites States Trustee | Priority Claim | 2950-000 |  | 964.27 | 28,104.75 |
| 01/14/25 | 130 | Marc Albert, Trustee | Ch 11 Admn Claim | 6101-000 |  | 1,584.39 | 26,520.36 |
| 01/14/25 | 131 | Stinson LLP | Ch 11 Admn Claim | 6110-000 |  | 19,232.99 | 7,287.37 |
| 01/14/25 | 132 | Arthur Lander, CPA PC | Ch 11 Admn Claim | 6310-000 |  | 3,554.51 | 3,732.86 |
| 01/14/25 | 133 | Eric Nwaubani, Esq. | Ch 11 Admn Claim | 6210-160 |  | 3,732.86 | 0.00 |
|  |  | COLUMN TOTALS |  |  | 107,822.73 | 107,822.73 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  |  | 107,822.73 | 107,822.73 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $107,822.73 | $107,822.73 |  |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-00031 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | I NATIONAL SMALL BUSINESS ALLIANCE | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0871 | **Account #:** | ******2245 Checking |
| **For Period Ending:** | 02/10/2025 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $107,822.73 |
| Plus Gross Adjustments: | $5,000.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $112,822.73 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2245 Checking | $107,822.73 | $107,822.73 | $0.00 |
| | **$107,822.73** | **$107,822.73** | **$0.00** |

02/10/2025      /s/Wendell W. Webster
Date             Wendell W. Webster

UST Form 101-7-TDR (10 /1/2010)