**22OC7ASST**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
National Small Business Alliance, Inc.  
**Debtor**

**Case No.** 21−00031−ELG

**Chapter** 7

# ORDER

==========

   UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

   ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 11/26/25

For the Court:  
Angela D. Caesar  
BY:  mb

Copies To:  
Recipients of Electonic Notifications;  
Debtor;  
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re:  
National Small Business Alliance, Inc.  
    Debtor

Case No. 21-00031-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2  
Date Rcvd: Nov 26, 2025     Form ID: oc7asst     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | National Small Business Alliance, Inc., 601 Pennsylvania Avenue NW, South Building, Suite 900, Washington, DC 20004-2601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Creditor Ken Bethel ADavison@beankinney.com ksmith@beankinney.com |
| Andrea Campbell Davison | on behalf of Creditor Lisa Johnson ADavison@beankinney.com ksmith@beankinney.com |
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Bradford F. Englander | on behalf of Defendant The Motiva Group Inc. benglander@whitefordlaw.com, dchaney@whitefordlaw.com |
| Bradford F. Englander | on behalf of Creditor The Motiva Group Inc. benglander@whitefordlaw.com, dchaney@whitefordlaw.com |
| Eric Chibueze Nwaubani | on behalf of Debtor National Small Business Alliance Inc. enwaubani391@gmail.com |

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: oc7asst | Total Noticed: 1 |

Eric Chibueze Nwaubani
    on behalf of Attorney Law Group International Chartered enwaubani391@gmail.com

Jeffery T. Martin
    on behalf of Creditor Connelly Paving Co. jeff@martinlawgroup.com
    Martin.JefferyT.B119228@notify.bestcase.com;brittany@martinlawgroup.com;Diana@martinlawgroup.com

Joshua W. Cox
    on behalf of Defendant Marc E Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Joshua W. Cox
    on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc Elliott Albert
    on behalf of Trustee Marc E. Albert malbert@stinson.com
    Porsche.barnes@stinson.com;marc.albert@stinson.com;Joshua.cox@stinson.com

Maurice Belmont VerStandig
    on behalf of Plaintiff The Rainaldi Family Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor Venture Resources Consulting  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor Rainaldi Family Trust mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Creditor John Rainaldi mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Venture Resources Consulting  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff John Rainaldi mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com DC03@ecfcbis.com

Wendell W. Webster
    on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com

TOTAL: 24